**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FILED**

MAY 2 3 2014

U.S. COURT OF
FEDERAL CLAIMS

14- 444C

1. Abad, Michael

2. Abbott, Aaron

3. Abbott, Richard

4. Abdelmuti, Ala

5. Abou srouk, Jamal

6. Abrego, Elias

7. Abreu, Franklyn

8. Abukhurma, Mohammad

9. Acevedo, Carlos

10. Acevedo, Rey

11. Acevedo-Rosado, Alexis

12. Achtermann, Joseph

13. Acosta, Antonio

14. Acosta, Arturo

15. Acosta, Gerardo

16. Acosta, Ignacio

17. Acosta, Jorge

18. Acosta, Jose

19. Acosta, Jose

20. Acosta, Jose

21. Acosta, Roxana

22. Acree, Joseph                    )
                                     )
23. Adamo, Peter                     )
                                     )
24. Adams, Benjamin                  )
                                     )
25. Adamski, Michael                 )
                                     )
26. Adema, Lukas                     )
                                     )
27. Adiguzel, Deniz                  )
                                     )
28. Agbunag, Terryl                  )
                                     )
29. Agle-Aton, Colleen               )
                                     )
30. Aguayo Robles, Juan              )
                                     )
31. Agudio, Frank                    )
                                     )
32. Aguiar, Luis                     )
                                     )
33. Aguilar, Adrian                  )
                                     )
34. Aguilar, Adrian                  )
                                     )
35. Aguilar, Cliff                   )
                                     )
36. Aguilar, Felipe                  )
                                     )
37. Aguilar, Hector                  )
                                     )
38. Aguilar, Jesus                   )
                                     )
39. Aguilar, Jorge                   )
                                     )
40. Aguilar, Jose                    )
                                     )
41. Aguilar, Marco                   )
                                     )
42. Aguilar, Marco                   )
                                     )
43. Aguilar, Martin                  )
                                     )
44. Aguilar, Michael                 )
                                     )

45. Aguilar, Ricardo    )
46. Aguilar, Victor    )
47. Aguilera, Natalie    )
48. Aguiniga, Rigoberto    )
49. Aguirre, Cesar    )
50. Aguirre, Channon    )
51. Aguirre, Eloy    )
52. Aguirre, Gabriel    )
53. Aguirre, Irene    )
54. Aguirre, Jose    )
55. Aguirre, Samuel    )
56. Ahedo Encinas, Jorge    )
57. Aiello, Steven    )
58. Aili, Kirk    )
59. Akerman, Trevor    )
60. Alaniz, Gabriel    )
61. Alarcon, Andres    )
62. Alcaraz, Arturo    )
63. Alcazar, Jimmy    )
64. Alcocer, Jorge    )
65. Aldaco, Roberto    )
66. Aldahondo, Luis    )
67. Alderman, Alex    )
            )

68. Aleman, Abraham                    )
69. Alexander, Daniel                  )
70. Alexander, Joshua                  )
71. Alexander, Robert                  )
72. Alfaro, Javier                     )
73. Alfaro, Jose                       )
74. Alford, John                       )
75. Allen, Adam                        )
76. Allen, James                       )
77. Allen, Jason                       )
78. Allen, Michael                     )
79. Allen, Troy                        )
80. Allenburg, Stephen                 )
81. Allred, Scott                      )
82. Almaguer, Hiram                    )
83. Almaguer, Jose                     )
84. Almaguer, Juan                     )
85. Almond, Shaun                      )
86. Almonte, Edith                     )
87. Alonso, Dario                      )
88. Alonso, David                      )
89. Alonzo, Felix                      )
90. Alonzo, Manuel                     )
                                       )

91. Altamirano, Daniel )
)
92. Altherr, Lance )
)
93. Alva, Juan )
)
94. Alvarado, Claudio )
)
95. Alvarado, Daniel )
)
96. Alvarado, David )
)
97. Alvarado, Eric )
)
98. Alvarado, Gerardo )
)
99. Alvarado, Jesus )
)
100. Alvarado, Jose )
)
101. Alvarado, Juan )
)
102. Alvarado, Robert )
)
103. Alvarado, Roberto )
)
104. Alvarez, Andres )
)
105. Alvarez, Armando )
)
106. Alvarez, Armando )
)
107. Alvarez, Christopher )
)
108. Alvarez, Francisco )
)
109. Alvarez, Gabriel )
)
110. Alvarez, Jesus )
)
111. Alvarez, Jose )
)
112. Alvarez, Osbaldo )
)
113. Alvarez, Rodolfo )
)
)

114. Alvarez, Samuel                          )
115. Alvarez, Vicente                         )
116. Alvarez IV, Manuel                       )
117. Alvear, Ricardo                          )
118. Alvidrez, David                          )
119. Alvillar, Alfredo                        )
120. Alvirde, Alejandro                       )
121. Amador, Eric                             )
122. Amador, Sergio                           )
123. Amaya, Lombardo                          )
124. Ambrose, Chris                           )
125. Amell, Nicholas                          )
126. Amezcua, Christopher                     )
127. Ammerman, Roy                            )
128. Amparo, Julio                            )
129. Amsley, James                            )
130. Amundson, Erik                           )
131. Anaya, Carmelino                         )
132. Anaya, Gerardo                           )
133. Anaya, Raul                              )
134. Anctil, Ryan                             )
135. Andaur, Ryan                             )
136. Andersen, Erik                           )
                                              )

114. Alvarez, Samuel )
115. Alvarez, Vicente )
116. Alvarez IV, Manuel )
117. Alvear, Ricardo )
118. Alvidrez, David )
119. Alvillar, Alfredo )
120. Alvirde, Alejandro )
121. Amador, Eric )
122. Amador, Sergio )
123. Amaya, Lombardo )
124. Ambrose, Chris )
125. Amell, Nicholas )
126. Amezcua, Christopher )
127. Ammerman, Roy )
128. Amparo, Julio )
129. Amsley, James )
130. Amundson, Erik )
131. Anaya, Carmelino )
132. Anaya, Gerardo )
133. Anaya, Raul )
134. Anctil, Ryan )
135. Andaur, Ryan )
136. Andersen, Erik )

137. Anderson, Anthony                    )
                                          )
138. Anderson, Jason                      )
                                          )
139. Anderson, Spencer                    )
                                          )
140. Anderson, Tracy                      )
                                          )
141. Andrade, Daniel                      )
                                          )
142. Andreasen, Neal                      )
                                          )
143. Andrew, Edwin                        )
                                          )
144. Andrews, Joshua                      )
                                          )
145. Andujo, Hector                       )
                                          )
146. Andujo, Orlando                      )
                                          )
147. Anfinsen, Jonathan                   )
                                          )
148. Angeles, Jacob                       )
                                          )
149. Anschutz, Kenneth                    )
                                          )
150. Antone, Tyler                        )
                                          )
151. Antu, Edoardo                        )
                                          )
152. Anzaldua, Adrian                     )
                                          )
153. Apodaca, Michaeljason                )
                                          )
154. Apodaca, Vanessa                     )
                                          )
155. Aragon, Michael                      )
                                          )
156. Aranda, Erik                         )
                                          )
157. Arasim, Patrick                      )
                                          )
158. Arce, Jesse                          )
                                          )
159. Arce, Miguel                         )
                                          )

160. Archer, Kelly                          )
161. Arciniega, Jorge                       )
                                            )
162. Arechiga, Edgar                        )
                                            )
163. Arellanes, Shane                       )
                                            )
164. Arellano, Alexander                    )
                                            )
165. Arellano, Jesus                        )
                                            )
166. Arellano, Jose                         )
                                            )
167. Arellano, Josue                        )
                                            )
168. Arevalo, Dana                          )
                                            )
169. Arevalo, Jesus                         )
                                            )
170. Arevalo, Jose                          )
                                            )
171. Arias, Carlos                          )
                                            )
172. Arimas, Jesse                          )
                                            )
173. Armendariz, Gabriel                    )
                                            )
174. Armendariz, Guillermo                  )
                                            )
175. Armendariz, Jesus                      )
                                            )
176. Armenta, Carlos                        )
                                            )
177. Armienti, Daniel                       )
                                            )
178. Armijo, Frank                          )
                                            )
179. Arredondo, Abimael                     )
                                            )
180. Arredondo, Heraldo                     )
                                            )
181. Arredondo, Mario                       )
                                            )
182. Arredondo, Mark                        )
                                            )

183. Arredondo, Norman )
184. Arredondo, Pedro )
185. Arredondo, Ricardo )
186. Arreola, Jesus )
187. Arreola, Jose )
188. Arriaga, Roberto )
189. Arroyo, Cesar )
190. Arroyo, Jose )
191. Arroyo, Orlando )
192. Arroyo, Ricardo )
193. Arruda, Matthew )
194. Artalejo, Juan )
195. Arteaga, Juan )
196. Arteaga, Remberto )
197. Aseng, Yanse )
198. Ashton, Edward )
199. Astudillo, Luis )
200. Atencio, Michael )
201. Athanatos, Georgios )
202. Aton, Adam )
203. Aubrey, Joseph )
204. Augustine, David )
205. Aurigema, Alan )
)

206. Austin, Jeffrey                                )
                                                     )
207. Avalos, Zane                                   )
                                                     )
208. Aversano, Eric                                 )
                                                     )
209. Avery, Joshua                                  )
                                                     )
210. Avila, Andres                                  )
                                                     )
211. Avila, Christopher                             )
                                                     )
212. Avila, Esther                                  )
                                                     )
213. Avila, Ignacio                                 )
                                                     )
214. Avila, Louie                                   )
                                                     )
215. Avila, Luis                                    )
                                                     )
216. Avila, Victor                                  )
                                                     )
217. Aviles, Aldo                                   )
                                                     )
218. Avilez, Gilbert                                )
                                                     )
219. Avina, Juan                                    )
                                                     )
220. Ayala, Emilio                                  )
                                                     )
221. Ayala, Eric                                    )
                                                     )
222. Ayala, Juan                                    )
                                                     )
223. Ayala, Mayra                                   )
                                                     )
224. Ayala-Quinones, Durango                        )
                                                     )
225. Ayarza, Ameth                                  )
                                                     )
226. Aycock, Howard                                 )
                                                     )
227. Ayres, Garrett                                 )
                                                     )
228. Baca, Alberto                                  )
                                                     )

229. Badger, Marcus                    )
                                       )
230. Badillo, Fabian                   )
                                       )
231. Baez, Jonathan                    )
                                       )
232. Baez, Yessica                     )
                                       )
233. Baeza, Angel                      )
                                       )
234. Bagwell, Nathan                   )
                                       )
235. Bahlawan, Rayan                   )
                                       )
236. Bajgrowicz, Ryan                  )
                                       )
237. Bajo, Kelton                      )
                                       )
238. Bak Sklener, Paul                 )
                                       )
239. Baker, Benjamin                   )
                                       )
240. Baker, Christopher                )
                                       )
241. Baker, Derek                      )
                                       )
242. Baker, Kevin                      )
                                       )
243. Bakki, Mark                       )
                                       )
244. Balboa, Enrique                   )
                                       )
245. Balderas, Jose                    )
                                       )
246. Balderrama, Salvador              )
                                       )
247. Baldwin, Kevin                    )
                                       )
248. Ball, Jason                       )
                                       )
249. Ball, Justin                      )
                                       )
250. Ball, Michael                     )
                                       )
251. Ballesteros, Alberto              )
                                       )

252. Ballistrea, Nicole )
253. Ballon, Jose )
254. Baltazar, Jorge )
255. Banaszak, Aaron )
256. Banda, Julian )
257. Bane, Mark )
258. Bannon, Brock )
259. Banscher, Joshua )
260. Banuelos, Luis )
261. Baptiste, Timothy )
262. Baquera, Francisco )
263. Barajas, Daniel )
264. Barajas, Roger )
265. Baran, James )
266. Barber, Brandon )
267. Barbosa, Manuel )
268. Barcomb, Timothy )
269. Barker, David )
270. Barnard, Justin )
271. Barnes, Paul )
272. Barnett, Kenny )
273. Barney, John )
274. Barona, Luis )
)

275. Barr, Steven                          )
                                           )
276. Barragan, Edgar                       )
                                           )
277. Barragan, Luis                        )
                                           )
278. Barraza, Cristobal                    )
                                           )
279. Barraza, Jonathan                     )
                                           )
280. Barraza, Jose                         )
                                           )
281. Barrera, Adalberto                    )
                                           )
282. Barrera, Darrick                      )
                                           )
283. Barrera, Isaac                        )
                                           )
284. Barrera, Jose                         )
                                           )
285. Barrera, Miguel                       )
                                           )
286. Barrera, Romualdo                     )
                                           )
287. Barrera, Salvador                     )
                                           )
288. Barreto Lugo, Ismael                  )
                                           )
289. Barrientos, Jaime                     )
                                           )
290. Barriere, Douglas                     )
                                           )
291. Barrios, Jose                         )
                                           )
292. Barron, Daniel                        )
                                           )
293. Barron, Gilbert                       )
                                           )
294. Barron, Jorge                         )
                                           )
295. Barron, Ricardo                       )
                                           )
296. Barry, Patrick                        )
                                           )
297. Barry, Sean                           )
                                           )

298. Bartol jr, Allan                        )
                                             )
299. Bash, Daniel                            )
                                             )
300. Basoria, Hector                         )
                                             )
301. Bastedo, Jordon                         )
                                             )
302. Bates, Jonathan                         )
                                             )
303. Bates, Peter                            )
                                             )
304. Bauer, Daniel                           )
                                             )
305. Bauman, Adam                            )
                                             )
306. Baumgardner, Erick                      )
                                             )
307. Bautista, Stewart                       )
                                             )
308. Baxa, Diego                             )
                                             )
309. Baxter, Bjorn                           )
                                             )
310. Bayles, Daniel                          )
                                             )
311. Bayon, Manuel                           )
                                             )
312. Baysinger, Cory                         )
                                             )
313. Bazan, Horacio                          )
                                             )
314. Bazan, Santos                           )
                                             )
315. Bazzi, Mohammed                         )
                                             )
316. Beard, Peter                            )
                                             )
317. Bears, Christopher                      )
                                             )
318. Beas, Santos                            )
                                             )
319. Beasley, Derek                          )
                                             )
320. Beatty, Luke                            )
                                             )

321. Beaudot, Erik                    )
                                      )
322. Bebber, Donald                   )
                                      )
323. Beck, Jason                      )
                                      )
324. Becker, Brett                    )
                                      )
325. Becker, Robert                   )
                                      )
326. Becker, Trent                    )
                                      )
327. Beckman, Stephen                 )
                                      )
328. Bedolla, Jorge                   )
                                      )
329. Bedolla, Luis                    )
                                      )
330. Bedoy, Raul                      )
                                      )
331. Bedoya, Michael                  )
                                      )
332. Beeman, Armen                    )
                                      )
333. Behare, Sean                     )
                                      )
334. Bejar, Lenin                     )
                                      )
335. Bell, Justin                     )
                                      )
336. Bellew, Jackie                   )
                                      )
337. Beltran, Phillip                 )
                                      )
338. Benavides, Eloy                  )
                                      )
339. Benavides, Eric                  )
                                      )
340. Benavides, Hugo                  )
                                      )
341. Benavides, Mauricio             )
                                      )
342. Benavides, Renatto               )
                                      )
343. Benavidez, Agustin               )
                                      )

344. Bendele, John                          )
                                            )
345. Bendickson, Jason                      )
                                            )
346. Benevento, Ryan                        )
                                            )
347. Benitez, Dimas                         )
                                            )
348. Bennett, Brian                         )
                                            )
349. Bennett, Jeffery                       )
                                            )
350. Bennett, Terry                         )
                                            )
351. Benson, Marcela                        )
                                            )
352. Bentley, Nelson                        )
                                            )
353. Benzler, Brian                         )
                                            )
354. Beresiwsky, Daniel                     )
                                            )
355. Berg, Daniel                           )
                                            )
356. Berg, Jared                            )
                                            )
357. Berghammer, Jeremy                     )
                                            )
358. Berlanga, Jose                         )
                                            )
359. Bermudez, Juan                         )
                                            )
360. Bernal, Jaime                          )
                                            )
361. Berrios, Alexis                        )
                                            )
362. Berumen, Mario                         )
                                            )
363. Bess, Anthony                          )
                                            )
364. Best, James                            )
                                            )
365. Best, Reginald                         )
                                            )
366. Betcher, Scott                         )
                                            )

367. Betschart, Patrick                    )
                                           )
368. Bianchi, Josh                         )
                                           )
369. Bickel, Aaron                         )
                                           )
370. Bicondova, John                       )
                                           )
371. Bido Hernandez, Julissa               )
                                           )
372. Biggar, Thomas                        )
                                           )
373. Biggins, Allen                        )
                                           )
374. Binkley, Jahshua                      )
                                           )
375. Birchard, Adam                        )
                                           )
376. Bird, Darren                          )
                                           )
377. Bitar, Ivan                           )
                                           )
378. Bitterman, Matthew                    )
                                           )
379. Blackburn, Steven                     )
                                           )
380. Blades, John                          )
                                           )
381. Blair, Russell                        )
                                           )
382. Blanco, Christopher                   )
                                           )
383. Blanco, Gabriel                       )
                                           )
384. Blanco, Jerrold                       )
                                           )
385. Blas, Efrain                          )
                                           )
386. Blatchley, Dustin                     )
                                           )
387. Blatnick, Todd                        )
                                           )
388. Blau, Alex                            )
                                           )
389. Blier, Glenn                          )
                                           )

390. Blinson, Douglas                    )
                                          )
391. Blount, Jeremiah                     )
                                          )
392. Blount, Michael                      )
                                          )
393. Boatwright, Robert                   )
                                          )
394. Bocanegra, Carlos                    )
                                          )
395. Bocharski, Keith                     )
                                          )
396. Bochenski, Mark                      )
                                          )
397. Bocia, Anthony                       )
                                          )
398. Bohner, Joshua                       )
                                          )
399. Boland, David                        )
                                          )
400. Bollenbeck, Phillip                  )
                                          )
401. Bolton, Andrew                       )
                                          )
402. Bond, Carlos                         )
                                          )
403. Bondarenko, Anthony                  )
                                          )
404. Boni, David                          )
                                          )
405. Bonsell, Aaron                       )
                                          )
406. Bookmyer, Thomas                     )
                                          )
407. Boone, Paul                          )
                                          )
408. Borges, David                        )
                                          )
409. Borgo, Douglas                       )
                                          )
410. Borrero, Wilfredo                    )
                                          )
411. Borror, Kenneth                      )
                                          )
412. Bortner, Mike                        )
                                          )

413. Bosch, Brandon )
414. Bosco, Bosco )
415. Bosque-Soto, Jesus )
416. Boss, Leonard )
417. Bost, Mark )
418. Botello, Allen )
419. Botello, Andres )
420. Botts, Tina )
421. Bouchard, Brett )
422. Bouchard, Christopher )
423. Boudle, Quinn )
424. Bovay, Matthew )
425. Bowdler, Dennis )
426. Bowen, Joseph )
427. Bower, Thomas )
428. Bowser, James )
429. Boyd, Ronald )
430. Boyd, Ward )
431. Boyea, Matthew )
432. Brackett, Matthew )
433. Bradshaw, Travis )
434. Brady, Andrew )
435. Brady, Michael )
)

436. Brainard, Joshua          )
                               )
437. Branch, Forrest           )
                               )
438. Brannan, Dawn             )
                               )
439. Brant, Jeffrey            )
                               )
440. Bratton, Benjamin         )
                               )
441. Bratton, Eli              )
                               )
442. Braun, Ryan               )
                               )
443. Bravence, Christopher     )
                               )
444. Bravo, Armando            )
                               )
445. Breault, Shawn            )
                               )
446. Breeden, Jason            )
                               )
447. Brennan, Christopher      )
                               )
448. Brenner, Adam             )
                               )
449. Brewer, Jermaine          )
                               )
450. Brewer, Stephen           )
                               )
451. Breyer, Adam              )
                               )
452. Bribiesca, Juan           )
                               )
453. Bridenbecker, Ryan        )
                               )
454. Bright, Brian             )
                               )
455. Brightman, Daniel         )
                               )
456. Brimmer, Anna             )
                               )
457. Brinker, Douglas          )
                               )
458. Brinkley, Nathan          )
                               )

459. Briseno, Andres )
)
460. Brito, Alejandro )
)
461. Britton, Chad )
)
462. Brizius, Davin )
)
463. Broderick, Juan )
)
464. Brodie, Christopher )
)
465. Broeker, Samuel )
)
466. Brogni, Christopher )
)
467. Brongo, Michael )
)
468. Brooks, Bradley )
)
469. Brooks, Daniel )
)
470. Brooks, Kyle )
)
471. Brown, Alexander )
)
472. Brown, Eric )
)
473. Brown, Kenneth )
)
474. Brown, Mark )
)
475. Brown, Paul )
)
476. Brown, Robert )
)
477. Brown, Rochelle )
)
478. Brown, Sean )
)
479. Brown, Tomothy )
)
480. Brown, Toriano )
)
481. Brown, William )
)

482. Brownrigg, Timothy                )
                                        )
483. Bruce, Terence                     )
                                        )
484. Brudnok, Rebecca                   )
                                        )
485. Brummitt, Donald                   )
                                        )
486. Bruner, Faron                      )
                                        )
487. Bruss, Jeffrey                     )
                                        )
488. Bryant, Dennis                     )
                                        )
489. Bryant, Zedrick                    )
                                        )
490. Brzeczek, Christopher              )
                                        )
491. Brzuchalski, Brent                 )
                                        )
492. Budlong, Brandon                   )
                                        )
493. Buenrostro, Alberto                )
                                        )
494. Bulkley, Brett                     )
                                        )
495. Bumgarner, Jacob                   )
                                        )
496. Bundock, Justin                    )
                                        )
497. Bundrick, Gregory                  )
                                        )
498. Burcham, Bryan                     )
                                        )
499. Burgoin, German                    )
                                        )
500. Burgos, Schuyler                   )
                                        )
501. Burgueno, Adolfo                   )
                                        )
502. Burgueno, Jose                     )
                                        )
503. Buriano, Sergio                    )
                                        )
504. Burke, Andrew                      )
                                        )

505. Burke, Brandon )
506. Burke, Dan )
507. Burkett, William )
508. Burleson, Stuart )
509. Burnette, Shedrian )
510. Burns, Brendan )
511. Burns, David )
512. Burruel, Bobby )
513. Burry, Donald )
514. Burt, Ian )
515. Burton, Chisum )
516. Bustamante, Antonio )
517. Bustamante, Ezequiel )
518. Butler, Scott )
519. Butron, Edward )
520. Buttice, Adam )
521. Buyo, Juan )
522. Byland, Jimmy )
523. Byrne, Ryan )
524. Bzibziak, Daniel )
525. Caballero, Abram )
526. Caballero, Jose )
527. Caballero, Leonel )
)

528. Caballero, Rolando )
529. Cabral, Jose )
530. Cabrera, Alma )
531. Cabrera, Anthony )
532. Cabrera, Christopher )
533. Cabrera, Hector )
534. Cabrera, Jesus )
535. Cabrera, Manuel )
536. Cabrera, Sergio )
537. Cabrera, Victor )
538. Caccamo, Salvatore )
539. Cade, Phillip )
540. Cadena, Daniel )
541. Cadena, Enrique )
542. Cadena, Federico )
543. Cadena, Juan )
544. Cain, Christopher )
545. Cain, James )
546. Cain, Matthew )
547. Cairns, Christopher )
548. Calanche, Michael )
549. Calderon, Anadelia )
550. Calderon, Armando )

551. Calderon, Ernesto )
552. Calderon, Genaro )
553. Calderon, Gray )
554. Calderon, Jose )
555. Calderon, Roy )
556. Calderon, Sabas )
557. Caldwell, Carrie )
558. Caldwell, Jesse )
559. Caldwell, Justin )
560. Calhoun, Marcus )
561. Cali, Amanda )
562. Callanan, Jason )
563. Callanan, John )
564. Callaway, Reginald )
565. Callison, James )
566. Calvillo, Adrian )
567. Calvillo, Jorge )
568. Calvillo Riojas, Juan )
569. Calzada, Daniel )
570. Camacho, Cesar )
571. Camarillo, Antonio )
572. Camden, Sean )
573. Campbell, Chad )

574. Campbell, Douglas )
575. Campbell, Patrick )
576. Campbell, Sammy )
577. Campos, Mario )
578. Campos, Ricardo )
579. Campos, Victorino )
580. Campoy, Nicolas )
581. Canales, Cynthia )
582. Cancel, William )
583. Cancino, Daniel )
584. Cancino, Miguel )
585. Candelaria, Danny )
586. Canizales, Luis )
587. Canizales, Roberto )
588. Cannan, Sean )
589. Cannon, Michael )
590. Cano, Arnoldo )
591. Cano, Luis )
592. Cantabrana, Bernardo )
593. Cantu, Abraham )
594. Cantu, Alejandro )
595. Cantu, Arnold )
596. Cantu, Claudio )

597. Cantu, Donato )
598. Cantu, Eliseo )
599. Cantu, Enrique )
600. Cantu, Gabriel )
601. Cantu, Gustavo )
602. Cantu, Joshua )
603. Cantu, Juan )
604. Cantu, Nicolas )
605. Cantu, Pedro )
606. Cantu, Victor )
607. Canvasser, Jeffrey )
608. Carbajal, Fabian )
609. Carcamo, Israel )
610. Cardenas, Danny )
611. Cardenas, Mario )
612. Cardenas, Raul )
613. Cardenas, Salvador )
614. Cardenas, Victor )
615. Cardona, Edward )
616. Cardona, William )
617. Cardona-Perez, Anibal )
618. Cardoza, Carlos )
619. Cardoza, German )
)

620. Cardoza, Miguel

621. Cardoza, Nathan

622. Carey, David

623. Carillo, Joe

624. Carillo, Kevin

625. Carino, Ron

626. Carkeek, Brett

627. Carlin, Edgar

628. Carlson, Alexander

629. Carlson, Andrew

630. Carlson, Christopher

631. Carlton, Joshua

632. Carmody, Donald

633. Carmon, Scott

634. Carnero, Jose

635. Carney, Jason

636. Carney, Justin

637. Carnot, Juan

638. Caro, Jackie

639. Caron, Neall

640. Carpela, Matt

641. Carpenter, Jacob

642. Carpenter, Michael

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

643. Carr, David )
)
644. Carr, Jason )
)
645. Carr, Robert )
)
646. Carranza, Gerardo )
)
647. Carranza, Jorge )
)
648. Carrasco, Michael )
)
649. Carrasquillo, Alex )
)
650. Carreon, Valente )
)
651. Carrera, Pedro )
)
652. Carreras, Miguel )
)
653. Carriaga, Francisco )
)
654. Carriere, Arturo )
)
655. Carrillo, Alfonso )
)
656. Carrillo, Armando )
)
657. Carrillo, Daniel )
)
658. Carrillo, Felipe )
)
659. Carrillo, Gabriel )
)
660. Carrillo, Joel )
)
661. Carrillo, Juan )
)
662. Carrillo, Juan )
)
663. Carrillo, Nora )
)
664. Carrizales, Alejandro )
)
665. Carson, Jack )
)

666. Carter, Aaron )
)
667. Carter, Brian )
)
668. Carter, Jeffrey )
)
669. Cartwright, Christopher )
)
670. Caruthers, Kevin )
)
671. Casares, Jose )
)
672. Casarez, Manuel )
)
673. Casey, Cheatum )
)
674. Casey, Michael )
)
675. Casiano, Wilfredo )
)
676. Cassino, Kevin )
)
677. Castaneda, Hector )
)
678. Castelar, Jaime )
)
679. Castillo, Agustine )
)
680. Castillo, Alan )
)
681. Castillo, Antelmo )
)
682. Castillo, Emmanuel )
)
683. Castillo, Eric )
)
684. Castillo, Eric )
)
685. Castillo, Francisco )
)
686. Castillo, Frank )
)
687. Castillo, Guadalupe )
)
688. Castillo, Ivan )
)

689. Castillo, Jeremy )
)
690. Castillo, Jose )
)
691. Castillo, Jose )
)
692. Castillo, Juventino )
)
693. Castillo, Melissa )
)
694. Castillo, Nancy )
)
695. Castillo, Raul )
)
696. Castillo, Raul )
)
697. Castro, Adrian )
)
698. Castro, Carlos )
)
699. Castro, Christian )
)
700. Castro, Fernando )
)
701. Castro, Heriberto )
)
702. Castro, Ralph )
)
703. Castro, Romualdo )
)
704. Catala, German )
)
705. Catalan, Jannina )
)
706. Catalan, Jose )
)
707. Caudillo, Fernando )
)
708. Cavazos, Alejandro )
)
709. Cavazos, Daryl )
)
710. Cavazos, Isaac )
)
711. Cavazos, Jason )
)

712. Cavazos, Johnny                    )
                                        )
713. Cavazos, Omar                      )
                                        )
714. Cavazos, Rene                      )
                                        )
715. Cazares, Cesar                     )
                                        )
716. Cazares, Eric                      )
                                        )
717. Cazares, Fermin                    )
                                        )
718. Cazarez, Sergio                    )
                                        )
719. Ceasar, Anton                      )
                                        )
720. Ceja, Adalberto                    )
                                        )
721. Ceja, Omar                         )
                                        )
722. Ceja, Rigoberto                    )
                                        )
723. Celaya, Gonzalo                    )
                                        )
724. Celaya, Marvin                     )
                                        )
725. Ceniceros, Juan                    )
                                        )
726. Centeno, Joel                      )
                                        )
727. Centeno, Moses                     )
                                        )
728. Centrello, Christopher             )
                                        )
729. Cervantes, Armando                 )
                                        )
730. Cervantes, Ivan                    )
                                        )
731. Cervantes, Noel                    )
                                        )
732. Cervantes, Ruben                   )
                                        )
733. Cervantes-Coria, Refugio           )
                                        )
734. Cespedes, Filemon                  )
                                        )

735. Cestero, Edwin                    )
                                       )
736. Chahin, Osman                     )
                                       )
737. Chaidez, Adrian                   )
                                       )
738. Chalk, Ryan                       )
                                       )
739. Chamberlain, Kenneth              )
                                       )
740. Chamberland, Andrew               )
                                       )
741. Chambers, Daniel                  )
                                       )
742. Chambless, David                  )
                                       )
743. Chamorro, Jorge                   )
                                       )
744. Chapa, Jimmy                      )
                                       )
745. Chapa, Nicolas                    )
                                       )
746. Chapa Rocha, Jose                 )
                                       )
747. Chaparro, Alejandro               )
                                       )
748. Chaparro, Rene                    )
                                       )
749. Chapman, Bejamin                  )
                                       )
750. Chapp, Jonathan                   )
                                       )
751. Charde, Daniel                    )
                                       )
752. Charlemagne, Kercy                )
                                       )
753. Charlotten, Carlos                )
                                       )
754. Charon, Thomas                    )
                                       )
755. Charter, Casey                    )
                                       )
756. Chavez, Atzel                     )
                                       )
757. Chavez, Carlos                    )
                                       )

758. Chavez, Dale                    )
                                     )
759. Chavez, Daniel                  )
                                     )
760. Chavez, Domonic                 )
                                     )
761. Chavez, Eduardo                 )
                                     )
762. Chavez, Ernesto                 )
                                     )
763. Chavez, Gerardo                 )
                                     )
764. Chavez, Gregorio                )
                                     )
765. Chavez, Hector                  )
                                     )
766. Chavez, Hector                  )
                                     )
767. Chavez, Joe                     )
                                     )
768. Chavez, Lorena                  )
                                     )
769. Chavez, Luis                    )
                                     )
770. Chavez, Manuel                  )
                                     )
771. Chavez, Nicolas                 )
                                     )
772. Chavez, Ruth                    )
                                     )
773. Chavez, Sergio                  )
                                     )
774. Chavez, Victor                  )
                                     )
775. Chavira, Erick                  )
                                     )
776. Chavira, Humberto               )
                                     )
777. Chavira, Norberto               )
                                     )
778. Chen, Hector                    )
                                     )
779. Cheney, David                   )
                                     )
780. Chestnut, Brenton               )
                                     )

781. Chirinos, Alex                          )
                                             )
782. Chmielowiec, David                      )
                                             )
783. Chokan, Ivan                            )
                                             )
784. Chong, Hugo                             )
                                             )
785. Christie, Paul                          )
                                             )
786. Christmore, Joseph                      )
                                             )
787. Christy, Ronald                         )
                                             )
788. Chudoba, Jason                          )
                                             )
789. Chung, Solin                            )
                                             )
790. Chupp, Scott                            )
                                             )
791. Cifuentes, Armando                      )
                                             )
792. Cinelli, Domenico                       )
                                             )
793. Ciprian, Jovanny                        )
                                             )
794. Cisneros, Anthony                       )
                                             )
795. Cisneros, Carlos                        )
                                             )
796. Cisneros, Enrique                       )
                                             )
797. Cisneros, Ernesto                       )
                                             )
798. Cisneros, Jaime                         )
                                             )
799. Cisneros, Joseph                        )
                                             )
800. Cisneros, Rene                          )
                                             )
801. Clark, Arthur                           )
                                             )
802. Clark, Daniel                           )
                                             )
803. Clark, Edwin                            )
                                             )

804. Clark, Grey )
805. Clark, Jeremy )
806. Clark, Vincent )
807. Clark, William )
808. Clarke, Cassandra )
809. Clarke, William )
810. Class, Gabriel )
811. Claudio, Nestor )
812. Clausen, Bryan )
813. Clay, Alan )
814. Clements, Matthew )
815. Clemmons, Damon )
816. Clifton, Victor )
817. Clifton, Victor )
818. Clinghan, Michael )
819. Clinton, Mark )
820. Coates Jr, Kenneth )
821. Coatney, Michael )
822. Cobos, Ivan )
823. Coca, Juan )
824. Cochran, David )
825. Cocio, Marie )
826. Cockerel, Jack )

827. Cody, Duane )
828. Coffelt, Dustin )
829. Coffer, Matthew )
830. Coffey, Lourdes )
831. Coffman, Thomas )
832. Coggins, Andrew )
833. Cogswell, Matthew )
834. Colavecchio, Anthony )
835. Cole, Christopher )
836. Cole, Christopher )
837. Cole, Jeremiah )
838. Cole, Russell )
839. Cole, Tyrone )
840. Coleman, Andrew )
841. Coleman, Cary )
842. Coleman, Michael )
843. Collazo, Angel )
844. Collazo-Ramos, Jose )
845. Collier, David )
846. Collins, Sean )
847. Collins, Sean )
848. Collins, Yuri )
849. Colmenares, Wallace )

850. Colon, Andres )
851. Colon, Ricardo )
852. Colon, Robert )
853. Colon-Rivera, Edgardo )
854. Colucci, William )
855. Colvin, Griffin )
856. Comaduran, Lee )
857. Coman, Jason )
858. Condit, Michael )
859. Condon, Keith )
860. Connolly, Gregory )
861. Connolly, John )
862. Conrad, Brian )
863. Conrad, Daniel )
864. Contino, Dawn )
865. Contreras, Guillermo )
866. Contreras, Jesus )
867. Contreras, Jose )
868. Contreras, Rafael )
869. Contreras, Rene )
870. Contrevas, Salvador )
871. Conway, Joshua )
872. Cook, Michael )

873. Cook, Willie )
)
874. Cooley, Lucas )
)
875. Cooper, Bryin )
)
876. Cooper, Ronald )
)
877. Cooper, Sheldon )
)
878. Copeland, Marlon )
)
879. Copenhaver, Clinton )
)
880. Copp, Brandon )
)
881. Corbett, Nicholas )
)
882. Corbin, Michael )
)
883. Corbin, Ralph )
)
884. Cordova, Ricardo )
)
885. Cordts, Erochson )
)
886. Corella, Emmanuel )
)
887. Coria, Jorge )
)
888. Coria, Luis )
)
889. Coria, Abraham )
)
890. Corneiro, Angel )
)
891. Corning, Richard )
)
892. Corona, Ernesto )
)
893. Corona, Guadalupe )
)
894. Corona, Luis )
)
895. Corona, Ricardo )
)

896. Corona, Sonya )
897. Corona, Vicente )
898. Coronado, Ashley )
899. Coronado, Gerardo )
900. Coronado, Miguel )
901. Coronado, Ronald )
902. Coronado, Scott )
903. Coronel, Michael )
904. Corral, Orlando )
905. Corrales, Jesus )
906. Correa, Juan )
907. Correa, Kenneth )
908. Correa, Mark )
909. Correa, Michael )
910. Cortes, Arnulfo )
911. Cortes, David )
912. Cortes, Marbin )
913. Cortes, Raul )
914. Cortez, Antonio )
915. Cortez, Fernando )
916. Cortez, Mario )
917. Cortez, Mark )
918. Cortez, Oberlin )
)

919. Cortez, Pedro
    )
920. Cortez, Robert
    )
921. Cortez, Roberto
    )
922. Cortina, Jose
    )
923. Cortinas, Jaime
    )
924. Cortinas, Juan
    )
925. Cortright, David
    )
926. Cosby, Mike
    )
927. CosmeRivera, Alexie
    )
928. Costas, Peter
    )
929. Costello, John
    )
930. Cota, Elisabeth
    )
931. Cote, Greg
    )
932. Cote, Kelly
    )
933. Cotto, Jose
    )
934. Cotto, Luis
    )
935. Coulter, John
    )
936. Courser, Joshua
    )
937. Covarrubias, Humberto
    )
938. Covarrubias, Jose
    )
939. Covino, Matthew
    )
940. Covino, Samantha
    )
941. Cowan, Kenneth
    )

942. Cox, Damien       )
)
943. Cox, David        )
)
944. Cox, James        )
)
945. Cox, Michael       )
)
946. Cox, Michael       )
)
947. Coyne, Jared       )
)
948. Craig, Michael       )
)
949. Crandall, Curtis      )
)
950. Crandall, Shaun      )
)
951. Cranford, James      )
)
952. Cravens, Steven      )
)
953. Creiglow, Jonathan     )
)
954. Crespi, Gerardo      )
)
955. Crespo, Jesse       )
)
956. Crespo, Osvaldo      )
)
957. Creteau, Travis      )
)
958. Crichton, Dan       )
)
959. Croissette, James      )
)
960. Crosby, Sergio       )
)
961. Crottie, Shane       )
)
962. Crowder, Jeffery      )
)
963. Crowley, Adrienne      )
)
964. Croy, Russell       )
)

965. Croyle, Jeffrey )
966. Crum, Daniel )
967. Crumpton, Braun )
968. Crutcher, David )
969. Cruz, Axel )
970. Cruz, Confesor )
971. Cruz, David )
972. Cruz, Delfina )
973. Cruz, Eric )
974. Cruz, Homaet )
975. Cruz, James )
976. Cruz, Jeffrey )
977. Cruz, Joe )
978. Cruz, Jose )
979. Cruz, Lisandro )
980. Cruz, Miguel )
981. Cruz, Venancio )
982. Cruz (Torres), Jesus )
983. Cuadra, Ernesto )
984. Cuccia, Ashley )
985. Cuellar, Crecencio )
986. Cuellar, Ernesto )
987. Cuevas, Lilia )
)

988. Cuevas, Rafael )
989. Culler, Jared )
990. Culver, Frank )
991. Cuming, Collin )
992. Cummings, Jason )
993. Cummings, Ryan )
994. Cundiff, Adrian )
995. Cupedro, Jason )
996. Curiel, Angel )
997. Curran, Joseph )
998. Curtis, Christopher )
999. Curtis, Matthew )
1000. Curtiss, Michael )
1001. Curtiss, Timothy )
1002. Cypher, Jeremy )
1003. Czesak, Michael )
1004. Dadd, Richard )
1005. Dagostino, Michael )
1006. Daily, John )
1007. Daley, Timothy )
1008. Daly, Sean )
1009. Daniels, Kajoya )
1010. Danjer, Marco )
)

1011. Danna, Mark )
1012. Dannewitz, Kurt )
1013. Daugaard, Eric )
1014. Dauphinee, Eric )
1015. Davenport, Tim )
1016. Davidovic, Vladimir )
1017. Davila, Hugo )
1018. Davila, Joshua )
1019. Davila, Luis )
1020. Davila, Virgilio )
1021. Davis, Benjamin )
1022. Davis, Daryl )
1023. Davis, Douglas )
1024. Davis, Nicholas )
1025. Davis, Sean )
1026. Davis, Troy )
1027. Davis, Wayne )
1028. Day, Bronson )
1029. Day, Jason )
1030. Day, Robert )
1031. De Anda, James )
1032. De Andrade, Ralph )
1033. De Bruin, George )
)

1034. De Jesus, Daniel                 )
                                        )
1035. De Jesus, Eduardo                )
                                        )
1036. De Jesus, FELIX                  )
                                        )
1037. De La Cruz, Daniel               )
                                        )
1038. De la cruz, Javier               )
                                        )
1039. De La Cruz, Seim                 )
                                        )
1040. De La Fuente, Erik               )
                                        )
1041. De La Fuente, Ricardo            )
                                        )
1042. De la garza, Humberto            )
                                        )
1043. De La Garza, Jose                )
                                        )
1044. De La Garza, Levi                )
                                        )
1045. De La Garza, Matthew             )
                                        )
1046. De La Garza, Mauricio            )
                                        )
1047. De la garza, Ricardo             )
                                        )
1048. De La Garza, Steven              )
                                        )
1049. De La Hoya, Marco                )
                                        )
1050. De La O, Carlos                  )
                                        )
1051. De La Rosa, Alejandro            )
                                        )
1052. De La Rosa, Juan                 )
                                        )
1053. De La Torre, Claudia             )
                                        )
1054. De lachica, Lisa                 )
                                        )
1055. De Leon, Carlos                  )
                                        )
1056. De Leon, Jason                   )
                                        )

1057. De Leon, Jonathan                )
                                        )
1058. De Leon, Jorge                   )
                                        )
1059. De Leon, Judith                  )
                                        )
1060. De Leon, Rafael                  )
                                        )
1061. De Leon Jr, Gilbert              )
                                        )
1062. De Los Santos, Aldo              )
                                        )
1063. De los santos, Luis              )
                                        )
1064. De Los Santos, Rolando           )
                                        )
1065. De Milio, Gregory                )
                                        )
1066. De Ochoa, Adrian                 )
                                        )
1067. De Villiers, Alain               )
                                        )
1068. De Vries, Elizabeth              )
                                        )
1069. Deanda, Ricardo                  )
                                        )
1070. Deanda, Richard                  )
                                        )
1071. Deans, Jerry                     )
                                        )
1072. DeBord, Joseph                   )
                                        )
1073. Decker, Jarrett                  )
                                        )
1074. Decker, Thomas                   )
                                        )
1075. Decoster, Andrew                 )
                                        )
1076. Defilippo, James                 )
                                        )
1077. Degasperi, Elias                 )
                                        )
1078. Deke, James                      )
                                        )
1079. Del Cueto, Arturo                )
                                        )

1080. Del orbe, Juan                    )
                                        )
1081. Del Toro, Nirey                   )
                                        )
1082. Del Valle, Erick                  )
                                        )
1083. Del Villar, Rene                  )
                                        )
1084. Delacruz, Kenneth                 )
                                        )
1085. Delacruz, Paco                    )
                                        )
1086. Delagarza, Ricardo                )
                                        )
1087. Delbel, Calvin                    )
                                        )
1088. Deleel, Dustin                    )
                                        )
1089. Deleon, Arnold                    )
                                        )
1090. Deleon, Belma                     )
                                        )
1091. Deleon, Domingo                   )
                                        )
1092. Deleon, Randy                     )
                                        )
1093. Delgadillo, Jose                  )
                                        )
1094. Delgado, Alfredo                  )
                                        )
1095. Delgado, Danny                    )
                                        )
1096. Delgado, David                    )
                                        )
1097. Delgado, Homero                   )
                                        )
1098. Delgado, Jose                     )
                                        )
1099. Delgado, Juan                     )
                                        )
1100. Delgado, Michael                  )
                                        )
1101. Delgado, Oscar                    )
                                        )
1102. Delintt, Daniel                   )
                                        )

1103. Della Villa, Mark                    )
1104. Deluna, Arturo                       )
1105. Deluna, Federico                     )
1106. DelZoppo, Michael                    )
1107. Demanski, Christopher                )
1108. Demas, Evenson                       )
1109. Demery, John                         )
1110. Denman, Jason                        )
1111. Dent, John                           )
1112. Deplonty, Brian                      )
1113. DePlonty, Yvette                     )
1114. Deponte, Matthew                     )
1115. Derome, Anthony                      )
1116. Derrick, Steven                      )
1117. Desouza, Tonio                       )
1118. Desrosiers, Brian                    )
1119. Devan, Michael                       )
1120. Devellin, Kenneth                    )
1121. Devenport, Cory                      )
1122. Devine, Patrick                      )
1123. Devins, Brian                        )
1124. Devowe, joshua                       )
1125. Dewilde, Daniel                      )
                                           )

1126. Di Palma, Travis    )
                          )
1127. Diaz, Carlos        )
                          )
1128. Diaz, Cesar         )
                          )
1129. Diaz, Christian     )
                          )
1130. Diaz, Crystal       )
                          )
1131. Diaz, Daniel        )
                          )
1132. Diaz, Daniel        )
                          )
1133. Diaz, Eliseo        )
                          )
1134. Diaz, Eva           )
                          )
1135. Diaz, Israel        )
                          )
1136. Diaz, Jesus         )
                          )
1137. Diaz, Jesus         )
                          )
1138. Diaz, Jimmy         )
                          )
1139. Diaz, Jonathan      )
                          )
1140. Diaz, Jose          )
                          )
1141. Diaz, Jose          )
                          )
1142. Diaz, Luis          )
                          )
1143. Diaz, Marco         )
                          )
1144. Diaz, Noe           )
                          )
1145. Diaz, Oswald        )
                          )
1146. Diaz, Rafael        )
                          )
1147. Diaz, Raul          )
                          )
1148. Diaz, Ricardo       )
                          )

1149. Diaz, Ronaldo )
)
1150. Diaz, Sammy )
)
1151. Diaz, Santos )
)
1152. Diaz, Saul )
)
1153. Diaz, Wilfredo )
)
1154. Dickens, Edward )
)
1155. Dickey, Dennis )
)
1156. Dickson, David )
)
1157. Dickson, Larry )
)
1158. Dienstmann, Joshua )
)
1159. Dietrich, Bret )
)
1160. Dillinger, Robert )
)
1161. Dillon, Joshua )
)
1162. Dillon, Sean )
)
1163. Dimart, Jason )
)
1164. Dimolios, Nicholas )
)
1165. Dimolios, Terri )
)
1166. Dingwall, Ben )
)
1167. Dion, Andrew )
)
1168. Dipple, Jason )
)
1169. Dishong, Keith )
)
1170. Diskin, James )
)
1171. Dissler, Leo )
)

1172. Dixon, Jennifer

1173. Djordjevic, Steven

1174. Doe, Travis

1175. Dojaquez, Henry

1176. Dolan, Dan

1177. Dolan, Ryan

1178. Domenech, Juan

1179. Dominguez, Edwardo

1180. Dominguez, Enrique

1181. Dominguez, Hugo

1182. Dominguez, Noah

1183. Dominguez, Ruben

1184. Donat, Mitchelll

1185. Donnelly, Ryan

1186. Donnelly, Terrance

1187. Donner, Nicholas

1188. Donohue, Benjamin

1189. Donovan, Guy

1190. Dooley, Christopher

1191. Doppler, John

1192. Dornan, Derick

1193. Dorsey, Sean

1194. Dougherty, Luis

1195. Douglas, Jeffrey )
1196. Douglass, Garrett )
1197. Doumerc, Arelis )
1198. Dovers, Jennifer )
1199. Drabinski, Stephen )
1200. Drake, James )
1201. Drake, Ryan )
1202. Dreckman, Kyle )
1203. Drinkard, Larry )
1204. Driscoll, Tyler )
1205. Dryden, William )
1206. Duckworth, Neal )
1207. Ducos, Carlos )
1208. Dueck, Walter )
1209. Duenas, Jaime )
1210. Dufour, Daniel )
1211. Duggan, Richard )
1212. Dulinsky, Timothy )
1213. Duncan, Anthony )
1214. Dunham, David )
1215. Dunivent, Timothy )
1216. Dunn, Aaron )
1217. Dunning, Garrett )
)

1218. Dunno, Andy                )
1219. Duquette, Paul             )
1220. Duran, David               )
1221. Duran, Elizabeth           )
1222. Duran, Fernando            )
1223. Duran, Joshua              )
1224. Duran, Julio               )
1225. Duran, Milo                )
1226. Duran, Paul                )
1227. Duran, Robert              )
1228. Durbin, Donald             )
1229. Dutra, Robert              )
1230. Dvorak, Brian              )
1231. Dyer, Christopher          )
1232. Dysert, Garth              )
1233. Eagle, Jason               )
1234. Ealey, Sonya               )
1235. Easterday, Jessica         )
1236. Ebert, Shane               )
1237. Ecclesiastre, Daniel       )
1238. Echavarria, Edgar          )
1239. Echevarria, Gilbert        )
1240. Echeverria, Mauricio       )
                                 )

1241. Eckard, Mark )
1242. Ecker, Gerard )
1243. Eckerd, Adam )
1244. Eddy, Micheal )
1245. Eddy, Patrick )
1246. Edmonson, Nathan )
1247. Edwards, Chianti )
1248. Edwards, Joshua )
1249. Egerton, Michael )
1250. Egnew, Brent )
1251. Eib, Robert )
1252. Eidson, Jason )
1253. Eiser, Ana )
1254. Eiser, Russell )
1255. Eizenhoefer, Wesley )
1256. Ekern, Warren )
1257. Elder, Calvin )
1258. Elenbaum, Nathan )
1259. Elenes, Alexis )
1260. Elenes, Armando )
1261. Eliser, Robert )
1262. Ellefson, Colin )
1263. Elliott, Joseph )
)

1264. Ellis, Robert                          )
                                             )
1265. Ellis, Ryan                            )
                                             )
1266. Ellis, Wesley                          )
                                             )
1267. Elmore, Jason                          )
                                             )
1268. Elmore, Rocky                          )
                                             )
1269. Elsberry, Andrew                       )
                                             )
1270. Elwell, Darren                         )
                                             )
1271. Emblem, Lawrence                       )
                                             )
1272. Emerick, Paul                          )
                                             )
1273. Emrich, Matthew                        )
                                             )
1274. Ennes, Bradley                         )
                                             )
1275. Enriquez, Jacinto                      )
                                             )
1276. Enriquez, Jose                         )
                                             )
1277. Erickson, David                        )
                                             )
1278. Erickson, Michael                      )
                                             )
1279. Erives, Jose                           )
                                             )
1280. Escajeda, Jose                         )
                                             )
1281. Escalera, Hector                       )
                                             )
1282. Escalera, Raul                         )
                                             )
1283. Escamilla, Eloy                        )
                                             )
1284. Escamilla, Ricardo                     )
                                             )
1285. Eschrich, Bryan                        )
                                             )
1286. Escobar, Aaron                         )
                                             )

1287. Escobar, Ronnie                    )
                                         )
1288. Escobedo, Juan                     )
                                         )
1289. Escobedo, Michael                  )
                                         )
1290. Esparza, Adalberto                 )
                                         )
1291. Esparza, Eric                      )
                                         )
1292. Esparza, Jose                      )
                                         )
1293. Esparza, Lori                      )
                                         )
1294. Esparza, Orlando                   )
                                         )
1295. Espejo, Rodrigo                    )
                                         )
1296. Espinoza, Federico                 )
                                         )
1297. Espinoza, Heriberto                )
                                         )
1298. Espinoza, Horacio                  )
                                         )
1299. Espinoza, Javier                   )
                                         )
1300. Espinoza, Joe                      )
                                         )
1301. Espinoza, Ruben                    )
                                         )
1302. Espinoza, Russbel                  )
                                         )
1303. Espiritu Jr, Roberto               )
                                         )
1304. Esqueda, Juan                      )
                                         )
1305. Esquivel, Christian                )
                                         )
1306. Esquivel, David                    )
                                         )
1307. Esquivel, Frank                    )
                                         )
1308. Esquivez, Danny                    )
                                         )
1309. Esquivez, Raul                     )
                                         )

1310. Estacuy, Juan )
)
1311. Estebes, Lester )
)
1312. Estrada, Arturo )
)
1313. Estrada, Efrain )
)
1314. Estrada, Ismael )
)
1315. Estrada, Luis )
)
1316. Estrada, Melina )
)
1317. Estrada, Ricardo )
)
1318. Etherton, Chase )
)
1319. Eubanks, Robert )
)
1320. Evans, Rachael )
)
1321. Everett, Jordan )
)
1322. Evers, Timothy )
)
1323. Evert, Eric )
)
1324. Ewers, Joshua )
)
1325. Faatoalia, David )
)
1326. Faber, Philip )
)
1327. Fackler, Brian )
)
1328. Faddis-ortiz (Daleo), Nydia )
)
1329. Fader, Matthew )
)
1330. Fagerlie, Jarred )
)
1331. Fahrner, Christopher )
)
1332. Fairbairn, Adam )
)

1333. Falletich, Eric                )
                                      )
1334. Farber, Jacob                  )
                                      )
1335. Farias, Carlos                 )
                                      )
1336. Farias, Marcos                 )
                                      )
1337. Farias, Salvador               )
                                      )
1338. Farner, Jeremy                 )
                                      )
1339. Farrell, Anthony               )
                                      )
1340. Farrell, Nicholas              )
                                      )
1341. Farris, Wesley                 )
                                      )
1342. Favela, Juan                   )
                                      )
1343. Fayta, Crystal                 )
                                      )
1344. Feagley, Stephen               )
                                      )
1345. Feger, Stephen                 )
                                      )
1346. Feliciano, Jose                )
                                      )
1347. Felix, Jacob                   )
                                      )
1348. Felix, Rafael                  )
                                      )
1349. Fellows, Gary                  )
                                      )
1350. Felts, Kevin                   )
                                      )
1351. Ferguson, Mavrick              )
                                      )
1352. Ferguson, Nicholas             )
                                      )
1353. Fernandez, Angel               )
                                      )
1354. Fernandez, Arturo              )
                                      )
1355. Fernandez, Diana               )
                                      )

1356. Fernandez, Gerald )
1357. Fernandez, Joseph )
1358. Fernandez, Sabastian )
1359. Fernandez, Victor )
1360. Fernandez Soto, Carlos )
1361. Ferrer, Alfredo )
1362. Fiddelke, Brian )
1363. Fiegel, Eric )
1364. Fierro, Antonio )
1365. Figueroa, Fernando )
1366. Figueroa, Fernando )
1367. Figueroa, Israel )
1368. Figueroa, Jose )
1369. Figueroa, Ricardo )
1370. Figueroa Perez, Alberto )
1371. Filjones, Stephen )
1372. Filleman, Daniel )
1373. Filzek, Jory )
1374. Fink, Charles )
1375. Finkelnburg, Erik )
1376. Finley (Devellin), Mary )
1377. Fiorita, Anthony )
1378. Fischer, Keith )
)

1379. Fish, Lucky                          )
                                           )
1380. Fisher, Farrell                      )
                                           )
1381. Fisher, Richard                      )
                                           )
1382. Fishman, Alex                        )
                                           )
1383. Fitzmorris, Patrick                  )
                                           )
1384. Fitzpatrick, Andrew                  )
                                           )
1385. Flack, Jeremy                        )
                                           )
1386. Flechas, Louis                       )
                                           )
1387. Fleming, Brandon                     )
                                           )
1388. Fleming, Scott                       )
                                           )
1389. Fletcher, Brian                      )
                                           )
1390. Fleury, Kevin                        )
                                           )
1391. Fleury, Stephen                      )
                                           )
1392. Flood, Sarah                         )
                                           )
1393. Flores, Abraham                      )
                                           )
1394. Flores, Alberto                      )
                                           )
1395. Flores, Angel                        )
                                           )
1396. Flores, Edgar                        )
                                           )
1397. Flores, Eduardo                      )
                                           )
1398. Flores, Edward                       )
                                           )
1399. Flores, Elizabeth                    )
                                           )
1400. Flores, Eric                         )
                                           )
1401. Flores, Frank                        )
                                           )

1402. Flores, Gaston )
)
1403. Flores, Hector )
)
1404. Flores, Hector )
)
1405. Flores, Hugo )
)
1406. Flores, Jacobo )
)
1407. Flores, Jesse )
)
1408. Flores, Jesus )
)
1409. Flores, Jose )
)
1410. Flores, Jose )
)
1411. Flores, Jose )
)
1412. Flores, Jose )
)
1413. Flores, Jose )
)
1414. Flores, Joseph )
)
1415. Flores, Luis )
)
1416. Flores, Luis )
)
1417. Flores, Mario )
)
1418. Flores, Omar )
)
1419. Flores, Ricardo )
)
1420. Flores, Rogelio )
)
1421. Flores, Rosemary )
)
1422. Flores, Santos )
)
1423. Flores, Victor )
)
1424. Flores banuelos, Alejandro )
)

1425. Floriani, Andrew                    )
                                           )
1426. Florido (Chamberlain), Shanna        )
                                           )
1427. Flurry, Eric                         )
                                           )
1428. Flynn, John                          )
                                           )
1429. Fogal, Mary                          )
                                           )
1430. Folsom, Gregory                      )
                                           )
1431. Folsom, Robert                       )
                                           )
1432. Fonseca, German                      )
                                           )
1433. Fonseca, Jose                        )
                                           )
1434. Fonseca, Luis                        )
                                           )
1435. Fonseca, Stefan                      )
                                           )
1436. Fontes, Hugo                         )
                                           )
1437. Ford, Dustin                         )
                                           )
1438. Ford, Paul                           )
                                           )
1439. Forkey, Bryan                        )
                                           )
1440. Forshee, Jacob                       )
                                           )
1441. Forte (Edmonson), Allicia            )
                                           )
1442. Fortin, Andrew                       )
                                           )
1443. Fortney, Brian                       )
                                           )
1444. Fortune, Brennan                     )
                                           )
1445. Foster, Allen                        )
                                           )
1446. Foster, John                         )
                                           )
1447. Fowler, John                         )
                                           )

1448. Fox, Justin                    )
                                     )
1449. Fraga, Lance                   )
                                     )
1450. Fragoza, Gabriel               )
                                     )
1451. Fraire, Jose                   )
                                     )
1452. Fraire, Jose                   )
                                     )
1453. Frampton, Spencer              )
                                     )
1454. Francis, Korey                 )
                                     )
1455. Francisco, Theron              )
                                     )
1456. Franco, Antonio                )
                                     )
1457. Franco, Jesus                  )
                                     )
1458. Franco, Joseph                 )
                                     )
1459. Franco, Oscar                  )
                                     )
1460. Frank, Christopher             )
                                     )
1461. Franklin, Aaron                )
                                     )
1462. Frausto, Jose                  )
                                     )
1463. Fredrickson, Adam              )
                                     )
1464. Fredrickson, Nathan            )
                                     )
1465. Fregoso, Carlos                )
                                     )
1466. Fregoso, Fernando              )
                                     )
1467. Fregoso, Rafael                )
                                     )
1468. Fregoso, Rafael                )
                                     )
1469. Fremgen, Stuart                )
                                     )
1470. French, Chad                   )
                                     )

1471. Frescas, Jose )
1472. Frias, Anthony )
1473. Frias, Armando )
1474. Frias, Fabian )
1475. Frias, Ian )
1476. Frias, Russell )
1477. Friend, Claude )
1478. Frisco, John )
1479. Frock, Alan )
1480. Frownfelter, Mark )
1481. Frutos, Isaac )
1482. Frye, Taylor )
1483. Fuentes, Carlos )
1484. Fuentes, Ernest )
1485. Fuentes, Jorge )
1486. Fuller, John )
1487. Fullerton, Jason )
1488. Fulton, William )
1489. Funke, Richard )
1490. Furet, Alberto )
1491. Futch, Darian )
1492. Gackstetter, Luke )
1493. Gadea, Thomas )

1494. Gaff, Phillip                          )
                                             )
1495. Galaviz, Eddie                         )
                                             )
1496. Galaz, Roberto                         )
                                             )
1497. Galioto, Anthony                       )
                                             )
1498. Galkowski, Stephen                     )
                                             )
1499. Gallagher, Brendan                     )
                                             )
1500. Gallagher, Mark                        )
                                             )
1501. Gallagher (O'Mahony), Thane            )
                                             )
1502. Gallant, Greg                          )
                                             )
1503. Gallego, Michael                       )
                                             )
1504. Gallegos, Christopher                  )
                                             )
1505. Gallegos, Daniel                       )
                                             )
1506. Gallegos, Juan                         )
                                             )
1507. Gallegos, Paul                         )
                                             )
1508. Gallegos, Xavier                       )
                                             )
1509. Gallina, Ellioth                       )
                                             )
1510. Galloway, Amber                        )
                                             )
1511. Galloway, Brian                        )
                                             )
1512. Galvan, Alfredo                        )
                                             )
1513. Galvan, Allan                          )
                                             )
1514. Galvan, Hugo                           )
                                             )
1515. Galvan, Jeff                           )
                                             )
1516. Galvan, Joe Ray                        )
                                             )

1517. Galvan, Jose )
)
1518. Galvan, Jose Luis )
)
1519. Galvan, Michael )
)
1520. Galvez, Antonia )
)
1521. Gamboa, Monte )
)
1522. Gamez, Marco )
)
1523. Gamino, Carlos )
)
1524. Gantt, Robert )
)
1525. Garate, Fernando )
)
1526. Garate, Victor )
)
1527. Garay, Edgardo )
)
1528. Garcia, Abraham )
)
1529. Garcia, Adrian )
)
1530. Garcia, Albert )
)
1531. Garcia, Alberto )
)
1532. Garcia, Alberto )
)
1533. Garcia, Alexander )
)
1534. Garcia, Alexis )
)
1535. Garcia, Alfredo )
)
1536. Garcia, Allan )
)
1537. Garcia, Alvaro )
)
1538. Garcia, Andres )
)
1539. Garcia, Andrew )
)

1540. Garcia, Arturo )
1541. Garcia, Benjamin )
1542. Garcia, Carlos )
1543. Garcia, Cesar )
1544. Garcia, Charles )
1545. Garcia, Christian )
1546. Garcia, Darren )
1547. Garcia, Darvy )
1548. Garcia, David )
1549. Garcia, David )
1550. Garcia, David )
1551. Garcia, Desmond )
1552. Garcia, Edgar )
1553. Garcia, Eduardo )
1554. Garcia, Erik )
1555. Garcia, Francisco )
1556. Garcia, Gerardo )
1557. Garcia, Gregory )
1558. Garcia, Guadalupe )
1559. Garcia, Hector )
1560. Garcia, Hector )
1561. Garcia, Hector )
1562. Garcia, Hector )

1563. Garcia, Hugo                )
                                  )
1564. Garcia, Jake                )
                                  )
1565. Garcia, James               )
                                  )
1566. Garcia, Javier              )
                                  )
1567. Garcia, Javier              )
                                  )
1568. Garcia, Javier              )
                                  )
1569. Garcia, Jeanette            )
                                  )
1570. Garcia, Jimmie              )
                                  )
1571. Garcia, Jorge               )
                                  )
1572. Garcia, Jose                )
                                  )
1573. Garcia, Jose                )
                                  )
1574. Garcia, Jose                )
                                  )
1575. Garcia, Jose                )
                                  )
1576. Garcia, Jose                )
                                  )
1577. Garcia, Jose                )
                                  )
1578. Garcia, Joseph              )
                                  )
1579. Garcia, Juan                )
                                  )
1580. Garcia, Juan                )
                                  )
1581. Garcia, Juan                )
                                  )
1582. Garcia, Juan                )
                                  )
1583. Garcia, Juan                )
                                  )
1584. Garcia, Julio               )
                                  )
1585. Garcia, Leroy               )
                                  )

1586. Garcia, Luis                    )
                                      )
1587. Garcia, Luis                    )
                                      )
1588. Garcia, Manuel                  )
                                      )
1589. Garcia, Mark                    )
                                      )
1590. Garcia, Martin                  )
                                      )
1591. Garcia, Mateo                   )
                                      )
1592. Garcia, Miguel                  )
                                      )
1593. Garcia, Noe                     )
                                      )
1594. Garcia, Patricio                )
                                      )
1595. Garcia, Paul                    )
                                      )
1596. Garcia, Ramon                   )
                                      )
1597. Garcia, Refugio                 )
                                      )
1598. Garcia, Reynaldo                )
                                      )
1599. Garcia, Roberto                 )
                                      )
1600. Garcia, Rogelio                 )
                                      )
1601. Garcia, Romeo                   )
                                      )
1602. Garcia, Ruben                   )
                                      )
1603. Garcia, Salomon                 )
                                      )
1604. Garcia, Sergio                  )
                                      )
1605. Garcia, Tyler                   )
                                      )
1606. Garcia, Vanessa                 )
                                      )
1607. Garcia, Veronica                )
                                      )
1608. Garcia, Victor                  )
                                      )

1609. Garcia Lopez, Ronie                    )
                                             )
1610. Garcia quezada, Salvador               )
                                             )
1611. Gardea, David                          )
                                             )
1612. Gardner, Timothy                       )
                                             )
1613. Garibay, Moises                        )
                                             )
1614. Garibay, Sergio                        )
                                             )
1615. Garland, Gerald                        )
                                             )
1616. Garofalo, Robert                       )
                                             )
1617. Garrity, Thomas                        )
                                             )
1618. Gary, Timothy                          )
                                             )
1619. Garza, Alberto                         )
                                             )
1620. Garza, Anaisar                         )
                                             )
1621. Garza, Andres                          )
                                             )
1622. Garza, Arnoldo                         )
                                             )
1623. Garza, Braulio                         )
                                             )
1624. Garza, Bruce                           )
                                             )
1625. Garza, David                           )
                                             )
1626. Garza, Francisco                       )
                                             )
1627. Garza, Hector                          )
                                             )
1628. Garza, Jorge                           )
                                             )
1629. Garza, Jose                            )
                                             )
1630. Garza, Jose                            )
                                             )
1631. Garza, Joshua                          )
                                             )

1632. Garza, Manuel                         )
                                            )
1633. Garza, Mauricio                       )
                                            )
1634. Garza, Michael                        )
                                            )
1635. Garza, Moises                         )
                                            )
1636. Garza, Raul                           )
                                            )
1637. Garza, Rene                           )
                                            )
1638. Garza, Ricardo                        )
                                            )
1639. Garza, Sergio                         )
                                            )
1640. Garza, Teodoro                        )
                                            )
1641. Garza (Espinoza), Zayra               )
                                            )
1642. Garza Castillo, Juan                  )
                                            )
1643. Gasner, Joshua                        )
                                            )
1644. Gaudet, Brett                         )
                                            )
1645. Gaytan, Alejandro                     )
                                            )
1646. Gaytan, Edelmiro                      )
                                            )
1647. Gebhart, Jonathan                     )
                                            )
1648. Geiger, Michael                       )
                                            )
1649. Geissler, Casey                       )
                                            )
1650. Gelabert, Nicholas                    )
                                            )
1651. Genoves, Gabriel                      )
                                            )
1652. George, Michelle                      )
                                            )
1653. Gerber, Jordan                        )
                                            )
1654. Gergurich, Christopher                )
                                            )

1655. Gerhardt, Gregory )
)
1656. Germano, Jovan )
)
1657. Ghrist, Joseph )
)
1658. Gibbons, Timothy )
)
1659. Gibson, Timothy )
)
1660. Giguere, Anthony )
)
1661. Gil Olivas, Jose )
)
1662. Gilbert, Joshua )
)
1663. Gilbreth, Brandon )
)
1664. Gill, Argelia )
)
1665. Gill, Richard )
)
1666. Gill, Scott )
)
1667. Gill, Thomas )
)
1668. Gilmore, David )
)
1669. Giltner, Michael )
)
1670. Giron, Maria )
)
1671. Glance, Jason )
)
1672. Glew, Michael )
)
1673. Gober, Edward )
)
1674. Godfrey, Brett )
)
1675. Godinez, Jorge )
)
1676. Godoy, Arturo )
)
1677. Godshall (Rowland), Katharine )
)

1678. Goehmann, Glenn )
1679. Golda, Nicolas )
1680. Golden, Demetrius )
1681. Golden, Patrick )
1682. Goloweyco, Michael )
1683. Gomez, Aaron )
1684. Gomez, Arturo )
1685. Gomez, Cesar )
1686. Gomez, Cesar )
1687. Gomez, David )
1688. Gomez, Edmund )
1689. Gomez, Eduardo )
1690. Gomez, Ernesto )
1691. Gomez, Francisco )
1692. Gomez, Israel )
1693. Gomez, Israel )
1694. Gomez, Jorge )
1695. Gomez, Jose )
1696. Gomez, Juan )
1697. Gomez, Julio )
1698. Gomez, Mario )
1699. Gomez, Peter )
1700. Gomez, Ray )

1701. Gomez, Ricardo )
1702. Gomez, Richard )
1703. Gomez Medina, Jose )
1704. Gomez-Juarez, Ernesto )
1705. Gomm, Shane )
1706. Gonyea, Roy )
1707. Gonzales, Eric )
1708. Gonzales, Hector )
1709. Gonzales, Jared )
1710. Gonzales, Luis )
1711. Gonzales, Marco )
1712. Gonzalez, Abel )
1713. Gonzalez, Adrian )
1714. Gonzalez, Alberto )
1715. Gonzalez, Alberto )
1716. Gonzalez, Alfonso )
1717. Gonzalez, Angel )
1718. Gonzalez, Arturo )
1719. Gonzalez, Brandon )
1720. Gonzalez, Cesar )
1721. Gonzalez, David )
1722. Gonzalez, David )
1723. Gonzalez, Dimas )
)

1724. Gonzalez, Donaciano )
)
1725. Gonzalez, Eddie )
)
1726. Gonzalez, Edgar )
)
1727. Gonzalez, Erick )
)
1728. Gonzalez, Erik )
)
1729. Gonzalez, Ernesto )
)
1730. Gonzalez, Fernando )
)
1731. Gonzalez, Francisco )
)
1732. Gonzalez, Francisco )
)
1733. Gonzalez, Gabriel )
)
1734. Gonzalez, Gonzalo )
)
1735. Gonzalez, Guillermo )
)
1736. Gonzalez, Javier )
)
1737. Gonzalez, Jesus )
)
1738. Gonzalez, Jesus )
)
1739. Gonzalez, Jose )
)
1740. Gonzalez, Jose )
)
1741. Gonzalez, Jose )
)
1742. Gonzalez, Jose )
)
1743. Gonzalez, Jose )
)
1744. Gonzalez, Juan )
)
1745. Gonzalez, Juan )
)
1746. Gonzalez, Juan )
)

1747. Gonzalez, Leonel                    )
                                          )
1748. Gonzalez, Liana                     )
                                          )
1749. Gonzalez, Lucio                     )
                                          )
1750. Gonzalez, Luis                      )
                                          )
1751. Gonzalez, Luis                      )
                                          )
1752. Gonzalez, Manuel                    )
                                          )
1753. Gonzalez, Marco                     )
                                          )
1754. Gonzalez, Marco                     )
                                          )
1755. Gonzalez, Marco                     )
                                          )
1756. Gonzalez, Maria                     )
                                          )
1757. Gonzalez, Martin                    )
                                          )
1758. Gonzalez, Miguel                    )
                                          )
1759. Gonzalez, Miguel                    )
                                          )
1760. Gonzalez, Orlando                   )
                                          )
1761. Gonzalez, Oscar                     )
                                          )
1762. Gonzalez, Osvaldo                   )
                                          )
1763. Gonzalez, Ramiro                    )
                                          )
1764. Gonzalez, Ricardo                   )
                                          )
1765. Gonzalez, Ricardo                   )
                                          )
1766. Gonzalez, Roberto                   )
                                          )
1767. Gonzalez, Roel                      )
                                          )
1768. Gonzalez, Rolando                   )
                                          )
1769. Gonzalez, Rolando                   )
                                          )

1770. Gonzalez, Shawn )
1771. Gonzalez, Steven )
1772. Gonzalez, Vincent )
1773. Gonzalez, Walter )
1774. Gonzalez Cruz, Carmen )
1775. Gonzalez Schmidt, Luis )
1776. Gonzalez-hernandez, Hector )
1777. Gonzalez-Perez, Juan )
1778. Good, Matthew )
1779. Goode, Phillip )
1780. Goodin, Timothy )
1781. Goodrich, Robert )
1782. Gorczyca, Louis )
1783. Gordillo, Salvador )
1784. Gorm, Joshua )
1785. Gorritz, Manuel )
1786. Goss, Tyler )
1787. Gossett, Richard )
1788. Gotbeter, Abraham )
1789. Gottschall, David )
1790. Gould, Eric )
1791. Grady, Jacob )
1792. Graham, Emily )
)

1793. Graham, Steven )
1794. Granado, James )
1795. Granado, Luis )
1796. Granados, Jose )
1797. Granados Jr., Rodolfo )
1798. Granato, Jeffrey )
1799. Grant, Michael )
1800. Gravelle, Gerald )
1801. Gray, George )
1802. Gray, Raymond )
1803. Graziano, Matthew )
1804. Green, Allen )
1805. Green, Niklas paul )
1806. Gregory, Jesse )
1807. Gregory, John )
1808. Gremes, Robert )
1809. Grey, Kenneth )
1810. Griego, Benjamin )
1811. Griego, Salvador )
1812. Griffin, Manuel )
1813. Grigsby, Jenna )
1814. Grijalva, Jose )
1815. Grijalva, Keith )
)

1816. Grindley, Alexander    )
1817. Grisales, Hector    )
1818. Grossi, Kevin    )
1819. Grotke, Matthew    )
1820. Grow, Forest    )
1821. Guajardo, Jesus    )
1822. Guajardo, Roberto    )
1823. Gubbels, Levi    )
1824. Gudenau, Ryan    )
1825. Guenaga, Carlos    )
1826. Guerra, Alex    )
1827. Guerra, Hector    )
1828. Guerra, Hector    )
1829. Guerra, Jorge    )
1830. Guerra, Jose    )
1831. Guerra, Juan    )
1832. Guerra, Manuel    )
1833. Guerra, Remigio    )
1834. Guerra, Sergio    )
1835. Guerrero, Emmanuel    )
1836. Guerrero, Francisco    )
1837. Guerrero, Hector    )
1838. Guerrero, Josef    )
)

1839. Guerrero, Joseph                )
                                      )
1840. Guerrero, Juan                  )
                                      )
1841. Guerrero, Miguel                )
                                      )
1842. Guerrero, Ricardo               )
                                      )
1843. Guerrero, Rogelio               )
                                      )
1844. Guija, Walter                   )
                                      )
1845. Guillent, Raul                  )
                                      )
1846. Guilliams, Harold               )
                                      )
1847. Gulledge, Travis                )
                                      )
1848. Gulley, Roman                   )
                                      )
1849. Gumaer, Joseph                  )
                                      )
1850. Gumbs, Alfred                   )
                                      )
1851. Gundry, Bryce                   )
                                      )
1852. Gurlea, Nicolas                 )
                                      )
1853. Gurrola, Abel                   )
                                      )
1854. Gurrola, Fernando               )
                                      )
1855. Gustafson, Eric                 )
                                      )
1856. Guthrie, Steve                  )
                                      )
1857. Gutierrez, Aaron                )
                                      )
1858. Gutierrez, Abelardo             )
                                      )
1859. Gutierrez, Daniel               )
                                      )
1860. Gutierrez, Edder                )
                                      )
1861. Gutierrez, Ernesto              )
                                      )

1862. Gutierrez, Ervey )
1863. Gutierrez, Hector )
1864. Gutierrez, Hector )
1865. Gutierrez, Jesus )
1866. Gutierrez, Joel )
1867. Gutierrez, Jorge )
1868. Gutierrez, Luis )
1869. Gutierrez, Manuel )
1870. Gutierrez, Reynol )
1871. Gutierrez, Roberto )
1872. Gutierrez, Roberto )
1873. Gutierrez, Virgilio )
1874. Guziec, Michael )
1875. Guzman, Alejandro )
1876. Guzman, Carlos )
1877. Guzman, Daniel )
1878. Guzman, Jose )
1879. Guzman, Maria )
1880. Guzman, Mauricio )
1881. Guzman, Robert )
1882. Guzman, Rogelio )
1883. Guzman, Winston )
1884. Guzzetta, Eric )
)

1885. Haase, John )
 )
1886. Hacegaba, Hector )
 )
1887. Haines, Randy )
 )
1888. Hairston, Dantae )
 )
1889. Hale, Allen )
 )
1890. Halfhill, Matthew )
 )
1891. Hall, David )
 )
1892. Hall, Ryan )
 )
1893. Hall, Sean )
 )
1894. Haller, Kevin )
 )
1895. Hallett, Michael )
 )
1896. Hamburger, Daniel )
 )
1897. Hamilton, Gene )
 )
1898. Hamilton, Jeffrey )
 )
1899. Hamilton, Ronald )
 )
1900. Hamm, Richard )
 )
1901. Hammock, Jerry )
 )
1902. Handing, Michael )
 )
1903. Hannan, William )
 )
1904. Hanson, Jason )
 )
1905. Hanson, Jonathan )
 )
1906. Hardin, Robert )
 )
1907. Harding, Harrison )
 )

1908. Harices, Juan )
1909. Harlan, James )
1910. Harnden, Jeffrey )
1911. Haro, Ernesto )
1912. Harper, Scott )
1913. Harrington, Eric )
1914. Harrington, Michael )
1915. Harris, Benjamin )
1916. Harris, Christopher )
1917. Harris, Clancy )
1918. Harris, Craig )
1919. Harris, John )
1920. Harris, Keith )
1921. Harrison, Gregory )
1922. Harristhal, Eric )
1923. Hartman, Todd )
1924. Hartshorn, David )
1925. Hartwigsen, Van )
1926. Harvey, Eric )
1927. Harvey, Scott )
1928. Hastings, Sean )
1929. Hatch, Wayne )
1930. Hathaway, David )

1931. Hatton, Mark                          )
                                            )
1932. Hauger, Ryan                          )
                                            )
1933. Haun, Dwayne                          )
                                            )
1934. Hauser, Jerrad                        )
                                            )
1935. Havens, Jason                         )
                                            )
1936. Hayes, Brian                          )
                                            )
1937. Hayes, Christopher                    )
                                            )
1938. Hayes, Matthew                        )
                                            )
1939. Hayes, Scott                          )
                                            )
1940. Hayes, Weston                         )
                                            )
1941. Hayhurst, Robert                      )
                                            )
1942. Haynes, Ariel                         )
                                            )
1943. Hays, Barry                           )
                                            )
1944. Hazelwood, Thomas                     )
                                            )
1945. Headlee, Klint                        )
                                            )
1946. Heath, Todd                           )
                                            )
1947. Hees, Derek                           )
                                            )
1948. Heimann, David                        )
                                            )
1949. Hejl, Floyd                           )
                                            )
1950. Helinski, Steven                      )
                                            )
1951. Heller, David                         )
                                            )
1952. Helton, Virgil                        )
                                            )
1953. Henderson, Christopher                )
                                            )

1954. Hendrickson, Stefanie )
)
1955. Henesy, Brendan )
)
1956. Henry, Eric )
)
1957. Henson, Joseph )
)
1958. Heredia, Jose )
)
1959. Heredia, Roberto )
)
1960. Herman, Adam )
)
1961. Hermosillo, Oscar )
)
1962. Hermosillo, Walter )
)
1963. Hernandez, Abel )
)
1964. Hernandez, Agustin )
)
1965. Hernandez, Alejandro )
)
1966. Hernandez, Alfonso )
)
1967. Hernandez, Armando )
)
1968. Hernandez, Armando )
)
1969. Hernandez, Carmen )
)
1970. Hernandez, Catarino )
)
1971. Hernandez, Cesar )
)
1972. Hernandez, Daniel )
)
1973. Hernandez, Derek )
)
1974. Hernandez, Fabian )
)
1975. Hernandez, Fernando )
)
1976. Hernandez, Franc )
)

1977. Hernandez, Francisco )
1978. Hernandez, Gabriel )
1979. Hernandez, Gerardo )
1980. Hernandez, Guillermo )
1981. Hernandez, Gustavo )
1982. Hernandez, Hector )
1983. Hernandez, Hector )
1984. Hernandez, Hector )
1985. Hernandez, Hermenegildo )
1986. HERNANDEZ, Hilda )
1987. Hernandez, Jaime )
1988. Hernandez, James )
1989. Hernandez, Joel )
1990. Hernandez, John )
1991. Hernandez, Johnny )
1992. Hernandez, Jose )
1993. Hernandez, Jose )
1994. Hernandez, Joseph )
1995. Hernandez, Josue )
1996. Hernandez, Juan )
1997. Hernandez, Juan )
1998. Hernandez, Juan )
1999. Hernandez, Juan )

2000. Hernandez, Lisa )
)
2001. Hernandez, Luis )
)
2002. Hernandez, Luis )
)
2003. Hernandez, Luis )
)
2004. Hernandez, Manny )
)
2005. Hernandez, Manuel )
)
2006. Hernandez, Miguel )
)
2007. Hernandez, Miguel )
)
2008. Hernandez, Orlando )
)
2009. Hernandez, Oswald )
)
2010. Hernandez, Pedro )
)
2011. Hernandez, Raul )
)
2012. Hernandez, Raul )
)
2013. Hernandez, Ricardo )
)
2014. Hernandez, Ricardo )
)
2015. Hernandez, Roberto )
)
2016. Hernandez, Rolando )
)
2017. Hernandez, Salvador )
)
2018. Hernandez, Santiago )
)
2019. Herrera, Al )
)
2020. Herrera, Christopher )
)
2021. Herrera, Daniel )
)
2022. Herrera, David )
)

2023. Herrera, Eduardo )
2024. Herrera, Francisco )
2025. Herrera, Gilberto )
2026. Herrera, Jesus )
2027. Herrera, Juan )
2028. Hertzberg, Robert )
2029. Heskin, Daniel )
2030. Hess, Edward )
2031. Hess, Randall )
2032. Heuckendorf, Heath )
2033. Hicks, Aaron )
2034. Hicks, David )
2035. Hicks, Gregory )
2036. Hicks, Tracy )
2037. Hidalgo, Cesar )
2038. Hidalgo, Eduardo )
2039. Hidalgo, Oscar )
2040. Higbee, Cory )
2041. Hijar, Luis )
2042. Hill, Cody )
2043. Hilliard, Justin )
2044. Hillin, Harold )
2045. Hinderliter, Paul )
)

2046. Hinojosa, Alejandro )
2047. Hinojosa, Carlos )
2048. Hinojosa, Davian )
2049. Hinojosa, Diana )
2050. Hinojosa, Jose )
2051. Hinojosa, Luis )
2052. Hinojosa-Guzman, Jaime )
2053. Hinz, Justin )
2054. Hirmiz, Bassam )
2055. Hirzel, Jestin )
2056. Hitt, Michael )
2057. Hitt (Pennello), Amanda )
2058. Ho, Pang )
2059. Hobson, Brian )
2060. Hockley, Jess )
2061. Hodge, Christopher )
2062. Hoenle, Scott )
2063. Hoessel, Hayes )
2064. Hogan, Daniel )
2065. Hogan, Jeremy )
2066. Hoivik, Jeremy )
2067. Holcomb, Sarah )
2068. Holerud, Brian )
)

2069. Holik, Michael                          )
                                              )
2070. Holland, Jonathan                       )
                                              )
2071. Holland, Todd                           )
                                              )
2072. Holland, Vidal                          )
                                              )
2073. Hollingsworth, Jeffrey                  )
                                              )
2074. Holm, Eric                              )
                                              )
2075. Holmes, Brent                           )
                                              )
2076. Holmes, Steven                          )
                                              )
2077. Holtschlag, Joel                        )
                                              )
2078. Hook, Keith                             )
                                              )
2079. Hooper, Bryan                           )
                                              )
2080. Hopkins, Eric                           )
                                              )
2081. Horal, Christopher                      )
                                              )
2082. Horka, Richard                          )
                                              )
2083. Horner, John                            )
                                              )
2084. Horodysky, John                         )
                                              )
2085. Horton, Adam                            )
                                              )
2086. Horvath, Shawn                          )
                                              )
2087. Hostetter, Eric                         )
                                              )
2088. Houle, Trevor                           )
                                              )
2089. House, Charles                          )
                                              )
2090. House, Jeffrey                          )
                                              )
2091. Housley, Adam                           )
                                              )

2092. Hover, Christian                          )
                                                )
2093. Howard, Andrew                            )
                                                )
2094. Howard, John                              )
                                                )
2095. Howard, Justin                            )
                                                )
2096. Howard, Kenneth                           )
                                                )
2097. Hoyt, Andrew                              )
                                                )
2098. Hubble, Kyle                              )
                                                )
2099. Huber, Eric                               )
                                                )
2100. Huck, Leslie                              )
                                                )
2101. Hudgins, Benjamin                         )
                                                )
2102. Hudson, Christopher                       )
                                                )
2103. Hudson, Jeremy                            )
                                                )
2104. Huebner, David                            )
                                                )
2105. Huerta, Jose                              )
                                                )
2106. Huffman, Galen                            )
                                                )
2107. Hugg, Aaron                               )
                                                )
2108. Hughes, Aaron                             )
                                                )
2109. Hughes, Robert                            )
                                                )
2110. Hughitt, Steven                           )
                                                )
2111. Hull, David                               )
                                                )
2112. Humpherys, Christopher                    )
                                                )
2113. Hunsicker, George                         )
                                                )
2114. Hunt, Benjamin                            )
                                                )

2115. Hunt, Brenden )
)
2116. Hunt, Brent )
)
2117. Hunt, Daniel )
)
2118. Hunt, Edgar )
)
2119. Hunter, Adam )
)
2120. Hunter, Erik )
)
2121. Huppert, Lawrence )
)
2122. Hurlbut, Brendan )
)
2123. Hurt, Jamie )
)
2124. Hurtado, Anabel )
)
2125. Hurtado, David )
)
2126. Hurtado, Ivan )
)
2127. Hurtado, Robert )
)
2128. Hurtado, Salvador )
)
2129. Husick, Thomas )
)
2130. Husted, Robert )
)
2131. Hutchings, Daniel )
)
2132. Huyett, Alexander )
)
2133. Hyc, Jack )
)
2134. Hyland, Matthew )
)
2135. Hynds, Sean )
)
2136. Hynes, Kevin )
)
2137. Ibarra, Alfredo )
)

2138. Ibarra, Gerardo            )
                                 )
2139. Ibarra, Victor             )
                                 )
2140. Ibaven, Jorge              )
                                 )
2141. Iglesias, Carlos           )
                                 )
2142. Illas, Adolfo              )
                                 )
2143. Ilminen, Jesse             )
                                 )
2144. Imbacuan, Gilbert          )
                                 )
2145. Ingram, Olden              )
                                 )
2146. Iniguez, Ariel             )
                                 )
2147. Iniguez, Ramon             )
                                 )
2148. Insurriaga, Alejandro      )
                                 )
2149. Iruegas, Haniel            )
                                 )
2150. Irving, Brian              )
                                 )
2151. Ivers, Mark                )
                                 )
2152. Ives, Louis                )
                                 )
2153. Izaguirre, Marcos          )
                                 )
2154. Jacinto, Leobardo          )
                                 )
2155. Jackson, Bartholomew       )
                                 )
2156. Jackson, Bobbie            )
                                 )
2157. Jackson, Clinton           )
                                 )
2158. Jackson, Daniel            )
                                 )
2159. Jackson, Jennifer          )
                                 )
2160. Jackson, Michael           )
                                 )

2161. Jacobs, Christopher          )
                                    )
2162. Jadin, Rebecca               )
                                    )
2163. Jager, Matthew               )
                                    )
2164. Jainer, Justin               )
                                    )
2165. Jalbert, Michael             )
                                    )
2166. James, Bobby                 )
                                    )
2167. James, Isaac                 )
                                    )
2168. James, Robert                )
                                    )
2169. Jameson, John                )
                                    )
2170. Jankowski, Kristin           )
                                    )
2171. Jara Gonzalez, Rito          )
                                    )
2172. Jaramillo, Francisco         )
                                    )
2173. Jaramillo, Pete              )
                                    )
2174. Jaramillo, Saddy             )
                                    )
2175. Jaronski, Bartosz            )
                                    )
2176. Jarvis, Jared                )
                                    )
2177. Jason, James                 )
                                    )
2178. Jasso, Joaquin               )
                                    )
2179. Jauregui, Edgar              )
                                    )
2180. Jauregui, Miguel             )
                                    )
2181. Jauregui, Roberto            )
                                    )
2182. Jauregui, Rogelio            )
                                    )
2183. Jaurequi, John               )
                                    )

2184. Jaurequi, Julio    )
2185. Javery, Jon Paul    )
2186. Jemelka, Joshua    )
2187. Jenne, David    )
2188. Jennings, Daniel    )
2189. Jensen, Jill    )
2190. Jensen, Luke    )
2191. Jensen, Ryan    )
2192. Jenson, Jed    )
2193. Jeude, Jeffrey    )
2194. Jimenez, Carlos    )
2195. Jimenez, Erik    )
2196. Jimenez, Jesus    )
2197. Jimenez, Jorge    )
2198. Jimenez, Kristian    )
2199. Jimenez, Michael    )
2200. Jimenez, Richard    )
2201. Jimenez, Richard    )
2202. Jimeno, Michael    )
2203. Jiron, Marvin    )
2204. Joffre, Mark    )
2205. Johanson, Darin    )
2206. John, Tyson    )
)

2207. Johnson, Brian　　　　　　　　　)
2208. Johnson, James　　　　　　　　　)
2209. Johnson, James　　　　　　　　　)
2210. Johnson, Jodan　　　　　　　　　)
2211. Johnson, John　　　　　　　　　　)
2212. Johnson, Jonathan　　　　　　　　)
2213. Johnson, Karla　　　　　　　　　　)
2214. Johnson, Kristopher　　　　　　　　)
2215. Johnson, Kylie　　　　　　　　　　)
2216. Johnson, Marcus　　　　　　　　　)
2217. Johnson, Martin　　　　　　　　　　)
2218. Johnson, Matthew　　　　　　　　　)
2219. Johnson, Patrick　　　　　　　　　　)
2220. Johnson, Shane　　　　　　　　　　)
2221. Johnson, Todd　　　　　　　　　　)
2222. Johnson, Travis　　　　　　　　　　)
2223. Johnston, John　　　　　　　　　　)
2224. Johnston, Mike　　　　　　　　　　)
2225. Jones, Brian　　　　　　　　　　　)
2226. Jones, Christopher　　　　　　　　)
2227. Jones, Christopher　　　　　　　　)
2228. Jones, Corey　　　　　　　　　　　)
2229. Jones, Dustin　　　　　　　　　　　)

2230. Jones, Edward )
2231. Jones, Eric )
2232. Jones, Jeffrey )
2233. Jones, Ronald )
2234. Jordan, Damon )
2235. Jordan, Nick )
2236. Jordan, Robert )
2237. Jordan, TImothy )
2238. Joya, Jose )
2239. Juarez, Cesar )
2240. Juarez, Duschek )
2241. Juarez, Edward )
2242. Juarez, Enrique )
2243. Juarez, Isaias )
2244. Juarez, Jesus )
2245. Juarez, Jesus )
2246. Juarez, Marco )
2247. Juarez, Polykarlo )
2248. Judd, Brandon )
2249. Judd, Dustin )
2250. Judd, Jonathan )
2251. June, Kathleen )
2252. Jung, Joseph )
)

2253. Justiniano, Oswald  )
2254. Kahl, Daryn  )
2255. Kane, Jason  )
2256. Kantura, Kurtis  )
2257. Kapsar, Jeremy  )
2258. Karanfil, Yaret  )
2259. Karjala, Todd  )
2260. Karlsson, Lars  )
2261. Karski, Todd  )
2262. Kartchner, Steven  )
2263. Kasputis, Algimantas  )
2264. Kast, Nathan  )
2265. Kastl, Raymond  )
2266. Kaufman, Daniel  )
2267. Kaufman, Kathleen  )
2268. Keller, Chance  )
2269. Keller, Simon  )
2270. Kelley, Hugh  )
2271. Kelley, Jason  )
2272. Kelley, Jeffrey  )
2273. Kelley, Phillip  )
2274. Kelly, Jack  )
2275. Kemper, Claudious  )

2276. Kennedy, Brian )
)
2277. Kennedy, Daniel )
)
2278. Kennedy, David )
)
2279. Kennedy, Shayne )
)
2280. Kermis, Steven )
)
2281. Kern, Anthony )
)
2282. Kern, Mark )
)
2283. Kertenian, David )
)
2284. Kertson, Gary )
)
2285. Keyser, Adam )
)
2286. Keyser, Benjamin )
)
2287. Khan, Atif )
)
2288. Khnaizir, Zachary )
)
2289. Kicker, Daniel )
)
2290. Kidwell, Corey )
)
2291. Kielas-Valenzuela, Johnathan )
)
2292. Kim, Haesung )
)
2293. Kimball, Benjamin )
)
2294. Kinblom, Trevor )
)
2295. KinCannon, Bryan )
)
2296. King, Michael )
)
2297. King, Nicholas )
)
2298. King, Stephen )
)

2299. King, Terence                           )
                                              )
2300. Kiniery, Matthew                        )
                                              )
2301. Kinley, Kasey                           )
                                              )
2302. Kinzie, Justin                          )
                                              )
2303. Kipp, Joshua                            )
                                              )
2304. Kirchmeyer, William                     )
                                              )
2305. Kirchner, Anna                          )
                                              )
2306. Kirk, Jason                             )
                                              )
2307. Kirkbride, Anthony                      )
                                              )
2308. Kirkegaard, Lars                        )
                                              )
2309. Kirker, Eric                            )
                                              )
2310. Kirkman, Jacob                          )
                                              )
2311. Kirkpatrick, Bradley                    )
                                              )
2312. Kirkpatrick, Shayne                     )
                                              )
2313. Kiyan, Daniel                           )
                                              )
2314. Klasen, John                            )
                                              )
2315. Klauenberg, Matthew                     )
                                              )
2316. Klein, David                            )
                                              )
2317. Klein, Eric                             )
                                              )
2318. Kleine, John                            )
                                              )
2319. Kluczek, Stanley                        )
                                              )
2320. Knoll, Brian                            )
                                              )
2321. Koch, Thomas                            )
                                              )

2322. Kochmanski, Frederick )
)
2323. Kocian, Michal )
)
2324. Kolean, Bradley )
)
2325. Koltuniak, Shaun )
)
2326. Kolze, David John )
)
2327. Koment, Steven )
)
2328. Kondrat, James )
)
2329. Kooiman, Nathaniel )
)
2330. Koole, Jose )
)
2331. Koon, Michelle )
)
2332. Koppal, Brian )
)
2333. Kornachuk, Mark )
)
2334. Korpolinski, Richard )
)
2335. Korte, Craig )
)
2336. Korzeniewski, Michael )
)
2337. Kossman, Kase )
)
2338. Kourda, Samir )
)
2339. Kowalski, Matthew )
)
2340. Koziel, Michael )
)
2341. Kraengel, Andrew )
)
2342. Krahl, Kristopher )
)
2343. Kramer, Yancy )
)
2344. Krasnodemski, Jeremy )
)

2345. Kristinsson, Robert )
2346. Kromer, Kai )
2347. Krueger, Chad )
2348. Krytusa, David )
2349. Kujacznski, Doug )
2350. Kukharsky, Pyotr )
2351. Kunkle, Jeremy )
2352. Kush, Peter )
2353. Kushon, Jeffrey )
2354. Kusper, Paul )
2355. Kyne, Shawn )
2356. La Bue, Matthew )
2357. La Rue, Brian )
2358. Labady, Hugo )
2359. Labaff, Benjamin )
2360. Labao, Gregory )
2361. Labbe, Tyler )
2362. Labrado, Peter )
2363. Lackey, Craig )
2364. Lackey, Joseph )
2365. Lafrenier, Christopher )
2366. Lahart, Jonathan )
2367. Lahbabi, Alex )

2368. Laidlaw, Bryan )
2369. Lamb, Jeffrey )
2370. Lambrecht, Matthew )
2371. Lamore, Ross )
2372. Land, Troy )
2373. Landi, Matthew )
2374. Landrum, David )
2375. Lane, Rodd )
2376. Lange, Andrew )
2377. Lapage, Shepard )
2378. Lapaglia, Dorian )
2379. Lapierre, James )
2380. Lapinski, Benjamin )
2381. Lara, Aaron )
2382. Lara, Carlos )
2383. Lara, David )
2384. Lara, Javier )
2385. Lara, Joel )
2386. Lara, Luis )
2387. Lara, Mark )
2388. Lares, Ana )
2389. Lares, JR )
2390. Larios, Genaro )
)

2391. Larsen, Jarad )
)
2392. Last, Benjamin )
)
2393. Laug, Brett )
)
2394. Laughter, Joshua )
)
2395. Laurent, David )
)
2396. Laurich, Gregory )
)
2397. Law, Bryan )
)
2398. Lawrence, Alvie )
)
2399. Lawrence, Steven )
)
2400. Lawson, Michael )
)
2401. Layden, Kevin )
)
2402. Laymon Jr, William )
)
2403. Layton, Michael )
)
2404. Layugan, Marlon )
)
2405. Leal, Jesus )
)
2406. Leal, Mario )
)
2407. Lebaron, Tobias )
)
2408. Lebischak (Tucker), Erin )
)
2409. Leclaire, Joseph )
)
2410. Ledezma, Rigoberto )
)
2411. Lee, Daryl )
)
2412. Lee, Donald )
)
2413. Lee, Fadil )
)

2414. Lee, Jaime )
2415. Lee, Michael )
2416. Lee, Troy )
2417. Lee, Wendi )
2418. Lee, Yuri )
2419. Leep, Nicholas )
2420. Legendre, Nathan )
2421. Leija, Ernest )
2422. Leija, Roberto )
2423. Lejman, Joshua )
2424. Lemay, Brian )
2425. Lemme, Ryan )
2426. Lemmon, Aaron )
2427. Lemmon, Jason )
2428. Lemos, Jessie )
2429. Lemos, Jose )
2430. Lemos, Kevin )
2431. Lempke, John )
2432. Lemus, Miguel )
2433. Lennick, Lance )
2434. Lenyk, Christopher )
2435. Leon, Edgar )
2436. Leon, Jon )

2437. Leon, Jose                          )
                                          )
2438. Leon, Martin                        )
                                          )
2439. Leon, Pedro                         )
                                          )
2440. Leon, Rodney                        )
                                          )
2441. Leon, Xareny                        )
                                          )
2442. Leon, Yesenia                       )
                                          )
2443. Leon Gonzalez, Julio                )
                                          )
2444. Leonard, Matthew                    )
                                          )
2445. Leonard, Michael                    )
                                          )
2446. Lepe, Antonio                       )
                                          )
2447. Lerma, Abram                        )
                                          )
2448. Lerma, Carlos                       )
                                          )
2449. Lerma, Gabriel                      )
                                          )
2450. Lerma, Juan                         )
                                          )
2451. Lerma, Marco                        )
                                          )
2452. Letavay, Adam                       )
                                          )
2453. Letney, John                        )
                                          )
2454. LeTourneau, David                   )
                                          )
2455. Levario, Henry                      )
                                          )
2456. Leveck, Philip                      )
                                          )
2457. Leverett, Cliffton                  )
                                          )
2458. Lewis, David                        )
                                          )
2459. Lewis, Jason                        )
                                          )

2460. Lewis, John                     )
                                      )
2461. Lewis, Stephen                  )
                                      )
2462. Leyva, Eleodoro                 )
                                      )
2463. Leyva, Francisco                )
                                      )
2464. Licano, Frank                   )
                                      )
2465. Licari, Peter                   )
                                      )
2466. Licon, Lionel                   )
                                      )
2467. Lidrazzah, Julian               )
                                      )
2468. Lienhard, Jered                 )
                                      )
2469. Light, Joseph                   )
                                      )
2470. Lilenfeld, Adam                 )
                                      )
2471. Limon, Leonardo                 )
                                      )
2472. Limon, Roque                    )
                                      )
2473. Limon, Salvador                 )
                                      )
2474. Linares, Jose                   )
                                      )
2475. Lindemer, Jesse                 )
                                      )
2476. Lindman, Kristopher             )
                                      )
2477. Lindvall, Robert                )
                                      )
2478. Link, William                   )
                                      )
2479. Linke, Michael                  )
                                      )
2480. Lino, Ernesto                   )
                                      )
2481. Lino Rios, Carlos               )
                                      )
2482. Lira, Osvaldo                   )
                                      )

2483. Liriano, Oliver                        )
                                             )
2484. Lively, Eloite                         )
                                             )
2485. Livermore, Craig                       )
                                             )
2486. Livingston, Tyler                      )
                                             )
2487. Llamas, Edward                         )
                                             )
2488. Loehlein, Maxwell                      )
                                             )
2489. Loera, Jose                            )
                                             )
2490. Loera, Victor                          )
                                             )
2491. Logan, Aaron                           )
                                             )
2492. Lohwasser, Kurt                        )
                                             )
2493. Lomax, Betsy                           )
                                             )
2494. Long, Daniel                           )
                                             )
2495. Long, David                            )
                                             )
2496. Longest, Alfred                        )
                                             )
2497. Longoria, Alberto                      )
                                             )
2498. Longoria, Felipe                       )
                                             )
2499. Longstaff, Gregory                     )
                                             )
2500. Loomis, James                          )
                                             )
2501. Looney, Charles                        )
                                             )
2502. Lopez, Alberto                         )
                                             )
2503. Lopez, Angel                           )
                                             )
2504. Lopez, Carlos                          )
                                             )
2505. Lopez, Carlos                          )
                                             )

2506. Lopez, Carlos )
2507. Lopez, Cindy )
2508. Lopez, Claudio )
2509. Lopez, Eduardo )
2510. Lopez, Eric )
2511. Lopez, Esteban )
2512. Lopez, Fausto )
2513. Lopez, Fernando )
2514. Lopez, Francisco )
2515. Lopez, Gregorio )
2516. Lopez, Hector )
2517. Lopez, Hector )
2518. Lopez, Hugo )
2519. Lopez, Hugo )
2520. Lopez, Javier )
2521. Lopez, Javier )
2522. Lopez, Jose )
2523. Lopez, Jose )
2524. Lopez, Jose )
2525. Lopez, Jose )
2526. Lopez, Joseph )
2527. Lopez, Juan )
2528. Lopez, Luis )
)

2529. Lopez, Mauro                          )
                                            )
2530. Lopez, Max                            )
                                            )
2531. Lopez, Mayra                          )
                                            )
2532. Lopez, Oscar                          )
                                            )
2533. Lopez, Oscar                          )
                                            )
2534. Lopez, Ovidio                         )
                                            )
2535. Lopez, Pedro                          )
                                            )
2536. Lopez, Rene                           )
                                            )
2537. Lopez, Rene                           )
                                            )
2538. Lopez, Robert                         )
                                            )
2539. Lopez, Robert                         )
                                            )
2540. Lopez, Roberto                        )
                                            )
2541. Lopez, Roberto                        )
                                            )
2542. Lopez, Rogelio                        )
                                            )
2543. Lopez, Ronald                         )
                                            )
2544. Lopez, Uriel                          )
                                            )
2545. Lopez, Uriel                          )
                                            )
2546. Lopez, Wilson                         )
                                            )
2547. Lopez (Chesley), Elizabeth            )
                                            )
2548. Lopez Perez, Roberto                  )
                                            )
2549. Lopez Velazquez, Jesus                )
                                            )
2550. Lorenz, Joseph                        )
                                            )
2551. Lorenzo, Arturo                       )
                                            )

2552. Lorenzo, Edgar )
2553. Lorimor, Brian )
2554. Lorincz, Adrian )
2555. Losieniecki, Robert )
2556. Lott, James )
2557. Lott (Ward), Aubrey )
2558. Loucks, Jeff )
2559. Loudermilk, Justin )
2560. Louks, James )
2561. Lovett, Marquis )
2562. Lovlin, Landon )
2563. Lovria, Richard )
2564. Low, Derek )
2565. Lowe, Aaron )
2566. Lowe, Shayne )
2567. Loy, Charles )
2568. Loya, Rolando )
2569. Loya, Victor )
2570. Loza, Miguel )
2571. Lozada, Luis )
2572. Lozani, Hiva )
2573. Lozano, Daniel )
2574. Lozano, Fernando )
)

2575. Lozano, Javier )
2576. Lozano, Jesus )
2577. Lozano, Juan )
2578. Lozano, Lorenzo )
2579. Lozano, Manuel )
2580. Lozano, Rene )
2581. Lozano, Ricardo )
2582. Lubischer, Mark )
2583. Lucatero, Saul )
2584. Lucero, Antonio )
2585. Lucia, Anthony )
2586. Lugashi, Leann )
2587. Lugge, Mark )
2588. Lugo, Charles )
2589. Lugo, Giancarlo )
2590. Lugo, Maximo )
2591. Lujan, Cesar )
2592. Lujano, Ernesto )
2593. Lukacinsky, Joseph )
2594. Luna, David )
2595. luna, Emmanuel )
2596. Luna, Frank )
2597. Luna, Gerardo )
)

2598. Luna, Hector                                )
                                                  )
2599. Luna, Jesus                                 )
                                                  )
2600. Luna, Jose                                  )
                                                  )
2601. Luna, Miguel                                )
                                                  )
2602. Luna, Phillip                               )
                                                  )
2603. Lundy, Keith                                )
                                                  )
2604. Lupercio, Alfredo                           )
                                                  )
2605. Lupiani, Anthony                            )
                                                  )
2606. Luquette, Robert                            )
                                                  )
2607. Luzanilla, Raul                             )
                                                  )
2608. Luzbert, Alberto                            )
                                                  )
2609. Lyons, Kevin                                )
                                                  )
2610. Maas, Calvin                                )
                                                  )
2611. MacCallum, Nathan                           )
                                                  )
2612. Macdonald, Michael                          )
                                                  )
2613. MacGregor, Dylan                            )
                                                  )
2614. Machado, Edgar                              )
                                                  )
2615. Macias, Efren                               )
                                                  )
2616. Macias, Gabriel                             )
                                                  )
2617. Macias, Jose                                )
                                                  )
2618. Macisaac, Jacob                             )
                                                  )
2619. Madlangbayan, Romel                         )
                                                  )
2620. Madrid, Carlos                              )
                                                  )

2621. Madrid, Colin )
)
2622. Madrid, Rafael )
)
2623. Madrigal, Francisco )
)
2624. Madrigal, Gregorio )
)
2625. Madrigal, Jose )
)
2626. Madueno, Marco )
)
2627. Maezdeurriola, Fernando )
)
2628. Magana, Anthony )
)
2629. Magana, Oscar )
)
2630. Magana, Ricardo )
)
2631. Magnuson, Ryan )
)
2632. Magrath, Gregory )
)
2633. Maguire, Peter )
)
2634. Mahoney, Kevin )
)
2635. Mahtesian, Matthew )
)
2636. Maidona, Patricia )
)
2637. Maimbourg, Stephen )
)
2638. Mais, Daniel )
)
2639. Majeski, Stephen )
)
2640. Majestic, Adam )
)
2641. Maldonado, Carlos )
)
2642. Maldonado, Edwin )
)
2643. Maldonado, Isaias )
)

2644. Maldonado, Samuel )
2645. Maley, Gregory )
2646. Malinowski, Michael )
2647. Malpezzi, Steven )
2648. Manchester, James )
2649. Mandel, Dean )
2650. Manent, Luis )
2651. Manges, Brian )
2652. Mann, Jarrett )
2653. Manrique, Jesus )
2654. Manzanales, Jesse )
2655. Marca, Roberto )
2656. Marcarian, Paul )
2657. Marcellus, Aron )
2658. Marenco, Wilmer )
2659. Mares, Tony )
2660. Marez, Patrick )
2661. Marin, Hernan )
2662. Marin (Carlson), Lisa )
2663. Marinez, Eder )
2664. Mariona, Jose )
2665. Markham, Ryan )
2666. Marlett, Jeffrey )
)

2667. Marmion, Angel )
)
2668. Marquez, Daniel )
)
2669. Marquez, Eddie )
)
2670. Marquez, Jose )
)
2671. Marquez, Lawrence )
)
2672. Marquissee, John )
)
2673. Marrero, Jose )
)
2674. Marrow, James )
)
2675. Marsh, Anthony )
)
2676. Marsh, Zachariah )
)
2677. Marshall, Lillian )
)
2678. Marston, David )
)
2679. Marth, Daniel )
)
2680. Martin, Andrew )
)
2681. Martin, Benjamin )
)
2682. Martin, Chad )
)
2683. Martin, Christopher )
)
2684. Martin, Curtis )
)
2685. Martin, David )
)
2686. Martin, Derek )
)
2687. Martin, Jeremiah )
)
2688. Martin, Joshua )
)
2689. Martin, Kimberley )
)

2690. Martin, Nichole )
)
2691. Martinez, Adrian )
)
2692. Martinez, Albert )
)
2693. Martinez, Alberto )
)
2694. Martinez, Alberto )
)
2695. Martinez, Alejandro )
)
2696. Martinez, Alex )
)
2697. Martinez, Alexander )
)
2698. Martinez, Alfonso )
)
2699. Martinez, Anthony )
)
2700. Martinez, Ariel )
)
2701. Martinez, Armando )
)
2702. Martinez, Arturo )
)
2703. Martinez, Carlos )
)
2704. Martinez, Daniel )
)
2705. Martinez, Daniel )
)
2706. Martinez, Daniel )
)
2707. Martinez, David )
)
2708. Martinez, Diego )
)
2709. Martinez, Esteban )
)
2710. Martinez, Gabriel )
)
2711. Martinez, Guadalupe )
)
2712. Martinez, Hector )
)

2713. Martinez, Hermenegildo          )
                                       )
2714. Martinez, Hugo                   )
                                       )
2715. Martinez, Israel                 )
                                       )
2716. Martinez, Israel                 )
                                       )
2717. Martinez, Jacob                  )
                                       )
2718. Martinez, Jaime                  )
                                       )
2719. Martinez, James                  )
                                       )
2720. Martinez, Jeffery                )
                                       )
2721. Martinez, Jesus                  )
                                       )
2722. Martinez, Jesus                  )
                                       )
2723. Martinez, Jon                    )
                                       )
2724. Martinez, Jose                   )
                                       )
2725. Martinez, Jose                   )
                                       )
2726. Martinez, Jose                   )
                                       )
2727. Martinez, Jose                   )
                                       )
2728. Martinez, Jose                   )
                                       )
2729. Martinez, Jose                   )
                                       )
2730. Martinez, Jose                   )
                                       )
2731. Martinez, Juan                   )
                                       )
2732. Martinez, Juan                   )
                                       )
2733. Martinez, Juan                   )
                                       )
2734. Martinez, Khristopher            )
                                       )
2735. Martinez, Luis                   )
                                       )

2736. Martinez, Luis                          )
                                              )
2737. Martinez, Luis                          )
                                              )
2738. Martinez, Manuel                        )
                                              )
2739. Martinez, Martin                        )
                                              )
2740. Martinez, Michael                       )
                                              )
2741. Martinez, Oscar                         )
                                              )
2742. Martinez, Porfirio                      )
                                              )
2743. Martinez, Raul                          )
                                              )
2744. Martinez, Richard                       )
                                              )
2745. Martinez, Robert                        )
                                              )
2746. Martinez, Roberto                       )
                                              )
2747. Martinez, Roberto                       )
                                              )
2748. Martinez, Roberto                       )
                                              )
2749. Martinez, Roel                          )
                                              )
2750. Martinez, Rolando                       )
                                              )
2751. Martinez, Ruben                         )
                                              )
2752. Martinez, Santiago                      )
                                              )
2753. Martinez, Saul                          )
                                              )
2754. Martinez, Sergio                        )
                                              )
2755. Martinez, Sergio                        )
                                              )
2756. Martinez, Toribio                       )
                                              )
2757. Martinez-peregrino, Christian           )
                                              )
2758. Martini, John                           )
                                              )

2759. Martino, Cesar                    )
                                         )
2760. Martino, Nicholas                 )
                                         )
2761. Marzolino, Thomas                 )
                                         )
2762. Mashburn, Jacob                   )
                                         )
2763. Mason, Cristobal                  )
                                         )
2764. Massey, Jacob                     )
                                         )
2765. Massingburge, Lemmie              )
                                         )
2766. Mateo deleon, Santiago            )
                                         )
2767. Matias, Charles                   )
                                         )
2768. Matias, Noel                      )
                                         )
2769. Matott, Adam                      )
                                         )
2770. Matthews, Dustin                  )
                                         )
2771. Matthews, Nathan                  )
                                         )
2772. Mattoon, Joshua                   )
                                         )
2773. Mattox, Jesse                     )
                                         )
2774. Matty, Martin                     )
                                         )
2775. Matuszynski, Bogdan               )
                                         )
2776. Matzke, Michael                   )
                                         )
2777. Maudlin, Kregg                    )
                                         )
2778. Maurer, Kenneth                   )
                                         )
2779. Mausteller, Zachary               )
                                         )
2780. Maxwell, Nicholas                 )
                                         )
2781. May, Benjamin                     )
                                         )

2782. May, Tobias                          )
                                           )
2783. Mayer, Travis                        )
                                           )
2784. Mayoral, Ricardo                     )
                                           )
2785. Mazur, Andrew                        )
                                           )
2786. Mazzola, Donato                      )
                                           )
2787. Mc Cann, Stephen                     )
                                           )
2788. Mc Connell, James                    )
                                           )
2789. Mc Craw, Joe                         )
                                           )
2790. Mc Grail, Christopher                )
                                           )
2791. Mc Gruder, Robert                    )
                                           )
2792. Mc Guigan, Kevin                     )
                                           )
2793. Mc Kee, Timothy                      )
                                           )
2794. Mc Keever, Aaron                     )
                                           )
2795. McAfee, Eddie                        )
                                           )
2796. McAllister, Christopher              )
                                           )
2797. Mcardle, Robert                      )
                                           )
2798. Mcauley, Samuel                      )
                                           )
2799. Mcbirnie, David                      )
                                           )
2800. McCain, Derrick                      )
                                           )
2801. Mccann, Curtis                       )
                                           )
2802. Mccarthy, Michael                    )
                                           )
2803. Mccasland, Richard                   )
                                           )
2804. McClanahan, Matthew                  )
                                           )

2805. Mcclung, Stanley                    )
                                          )
2806. Mcclure, Scott                      )
                                          )
2807. Mccormack, Brian                    )
                                          )
2808. McCormick, Heather                  )
                                          )
2809. McCormick, Thomas                   )
                                          )
2810. McCreight, Adam                     )
                                          )
2811. Mcdonough, Sean                     )
                                          )
2812. McDowell, Timothy                   )
                                          )
2813. McElheran, David                    )
                                          )
2814. Mcewen, Dustin                      )
                                          )
2815. McFeely, James                      )
                                          )
2816. Mcginnis, Michial                   )
                                          )
2817. McGowan, Steven                     )
                                          )
2818. McGrath, James                      )
                                          )
2819. Mcgrath, Philip                     )
                                          )
2820. Mcilnay, Brian                      )
                                          )
2821. Mcilwee, Kevin                      )
                                          )
2822. Mcivor, Zenaida                     )
                                          )
2823. Mckelvy, Stephen                    )
                                          )
2824. McKenzie, Ellis                     )
                                          )
2825. Mclean, Colin                       )
                                          )
2826. Mclean, Frederick                   )
                                          )
2827. Mclean, Jenna                       )
                                          )

2828. Mcleroy, Jarod )
2829. Mcmahon, Shane )
2830. Mcmahon, Shawn )
2831. Mcmann, Daniel )
2832. Mcmullan, Samuel )
2833. Mcnally, Tyler )
2834. Mcnamara, Patrick )
2835. McNeil, Justin )
2836. Mcshane, John )
2837. McTaggart, Ryan )
2838. Meador, Kellen )
2839. Meadows, James )
2840. Medero, Elvis )
2841. Mederos, Alexis )
2842. Medin, Jay )
2843. Medina, Agapito )
2844. Medina, Cristian )
2845. Medina, Eric )
2846. Medina, Jimmy )
2847. Medina, Justin )
2848. Medina, Natanael )
2849. Medina, Pedro )
2850. Medina, Ruben )

2851. Medrano, Jose )
)
2852. Mejia, Adan )
)
2853. Mejia, Ariel )
)
2854. Mejia, Fernando )
)
2855. Mejia, Gilberto )
)
2856. Mejia, Hector )
)
2857. Mejia, Ramiro )
)
2858. Mejia, Romeo )
)
2859. Melchor, Abdel )
)
2860. Melendez, Roberto )
)
2861. Mellado, Charles )
)
2862. Melton, Lance )
)
2863. Mena, Ernesto )
)
2864. Menchaca, Javier )
)
2865. Mendez, Alejandro )
)
2866. Mendez, Amando )
)
2867. Mendez, Arthur )
)
2868. Mendez, David )
)
2869. Mendez, Edgar )
)
2870. Mendez, Guadalupe )
)
2871. Mendez, Israel )
)
2872. Mendez, Jairo )
)
2873. Mendez, Jose )
)

2874. Mendez, Jose )
2875. Mendez, Julio )
2876. Mendez, Melissa )
2877. Mendez, Noel )
2878. Mendez, Rogelio )
2879. Mendez, Rolando )
2880. Mendiola, Jorge )
2881. Mendivil, Edwin )
2882. Mendofik, John )
2883. Mendola, Vincent )
2884. Mendoza, Alejandro )
2885. Mendoza, Alex )
2886. Mendoza, Arturo )
2887. Mendoza, Arturo )
2888. Mendoza, Cristobal )
2889. Mendoza, Gabriel )
2890. Mendoza, Jacob )
2891. Mendoza, Jose )
2892. Mendoza, Jose )
2893. Mendoza, Julio )
2894. Mendoza, Kathryn )
2895. Mendoza, Raul )
2896. Mendoza, Ricardo )
)

2897. Mendoza, Ruben )
2898. Mendoza, Saul )
2899. Mendoza, Theodore )
2900. Meninzor, John )
2901. Menz, Rodney )
2902. Merancio, Luis )
2903. Meraz, John )
2904. Mercado, Juan )
2905. Mercado sanchez, Alfredo )
2906. Mercer, David )
2907. Merefield, Todd )
2908. Merklein, Steven )
2909. Merrill, Glenn )
2910. Merriman, Derek )
2911. Mesa, Antonio )
2912. Messer, Ryan )
2913. Messinger, Michael )
2914. Mestas, Ruben )
2915. Metheny, Mark )
2916. Meyer, Michael )
2917. Meyer, Paul )
2918. Meyer, Robert )
2919. Meyers, Mark )
)

2920. Meyers, Mark                    )
                                      )
2921. Meza, Abel                      )
                                      )
2922. Meza, Adam                      )
                                      )
2923. Meza, Jose                      )
                                      )
2924. Meza, Juan                      )
                                      )
2925. Meza, Robert                    )
                                      )
2926. Micallef, Devin                 )
                                      )
2927. Michael, John                   )
                                      )
2928. Michael, Tekae                  )
                                      )
2929. Michalke, Paul                  )
                                      )
2930. Middleton, Jesse                )
                                      )
2931. Middleton, Mark                 )
                                      )
2932. Mihalik, William                )
                                      )
2933. Mikuski, Michael                )
                                      )
2934. Milanes, Anthony                )
                                      )
2935. Mildenberger, Keith             )
                                      )
2936. Miles, Nicholas                 )
                                      )
2937. Miller, Cary                    )
                                      )
2938. Miller, Casey                   )
                                      )
2939. Miller, Christopher             )
                                      )
2940. Miller, Ian                     )
                                      )
2941. Miller, Jarod                   )
                                      )
2942. Miller, Marcus                  )
                                      )

2943. Miller, Mark )
)
2944. Miller, Matthew )
)
2945. Miller, Nathan )
)
2946. Miller, Rebecca )
)
2947. Miller, Richard )
)
2948. Miller, Samuel )
)
2949. Miller, Tamica )
)
2950. Miller, Tristan )
)
2951. Miller, Will )
)
2952. Millers, Jeremy )
)
2953. Millhausen, James )
)
2954. Mills, Jacob )
)
2955. Mills, Jerry )
)
2956. Minigell, Mark )
)
2957. Minniear, William )
)
2958. Miramontes, Christian )
)
2959. Miranda, Adrian )
)
2960. Miranda, Alvaro )
)
2961. Miranda, Cuevas )
)
2962. Miranda, Ernesto )
)
2963. Miranda, Jesus )
)
2964. Miranda, Rosa )
)
2965. Miranda, William )
)

2966. Mireles, Ibis )
)
2967. Mireles, Jose )
)
2968. Mireles, Juan )
)
2969. Mireles, Marcos )
)
2970. Mistele, Jason )
)
2971. Mitchell, Dana )
)
2972. Mitchell, Jeremy )
)
2973. Mitchell, Ryan )
)
2974. Mobley, Jeremy )
)
2975. Moccia, Mark )
)
2976. Moch, Jeffrey )
)
2977. Modrow, Chris )
)
2978. Moedano Villar, Jose )
)
2979. Moen III, Thurston )
)
2980. Moguel, Juan )
)
2981. Mohammad, Zirivan )
)
2982. Molano, Jorge )
)
2983. Molchanow, William )
)
2984. Moldenhauer, Daniel )
)
2985. Molina, Hugo )
)
2986. Molina, Issac )
)
2987. Molina, Manuel )
)
2988. Molina, Wellington )
)

2989. Molinar, Guillermo )
)
2990. Molinares, Jorge )
)
2991. Molloy, James )
)
2992. Molnar, Joseph )
)
2993. Molzen, Joseph )
)
2994. Momberg, Mary )
)
2995. Mongan, Owen )
)
2996. Monholland, Jaron )
)
2997. Monreal, Ramon )
)
2998. Monroy, Mauro )
)
2999. Montalvo, Ricardo )
)
3000. Montanez, Deliris )
)
3001. Montano, Cynthia )
)
3002. Montano, Mauro )
)
3003. Montano, Ryan )
)
3004. Montellano, Florencio )
)
3005. Montelongo, Rolando )
)
3006. Montemayor, Raul )
)
3007. Montero, Jesus )
)
3008. Montes, Anthony )
)
3009. Montes, Arnoldo )
)
3010. Montes, Joseas )
)
3011. Montes, Luis )
)

3012. Montes, Trinity )
)
3013. Montez, Ignacio )
)
3014. Montgomery, Joseph )
)
3015. Montijo, Jose )
)
3016. Montoya, Michael )
)
3017. Montoya, Victor )
)
3018. Montoya (Tafarella), Jamie )
)
3019. Monzon, Cesar )
)
3020. Mooney, Steven )
)
3021. Moore, Andrew )
)
3022. Moore, Jimmy )
)
3023. Moore, Rory )
)
3024. Moore, Ryan )
)
3025. Moorefield, John )
)
3026. Mora, Enrique )
)
3027. Mora, Jonathan )
)
3028. Mora, Michael )
)
3029. Mora, Rudy )
)
3030. Morales, Abram )
)
3031. Morales, Benjamin )
)
3032. Morales, Carlos )
)
3033. Morales, Christopher )
)
3034. Morales, Cindy )
)

3035. Morales, Craig                    )
                                        )
3036. Morales, Efrain                   )
                                        )
3037. Morales, Eloy                     )
                                        )
3038. Morales, Elvia                    )
                                        )
3039. Morales, Eric                     )
                                        )
3040. Morales, Frank                    )
                                        )
3041. Morales, Hector                   )
                                        )
3042. Morales, Jose                     )
                                        )
3043. Morales, Masumi                   )
                                        )
3044. Morales, Oscar                    )
                                        )
3045. Morales, Ramon                    )
                                        )
3046. Morales, Roberto                  )
                                        )
3047. Morales, Ruben                    )
                                        )
3048. Morales, Ruben                    )
                                        )
3049. Morales, Rullan                   )
                                        )
3050. Moran, Frank                      )
                                        )
3051. Moran, Margarita                  )
                                        )
3052. Moran, Shawn                      )
                                        )
3053. Morando, Sergio                   )
                                        )
3054. Morehead, Aaron                   )
                                        )
3055. Morehead, Eric                    )
                                        )
3056. Morehead, Jason                   )
                                        )
3057. Morelli, Jason                    )
                                        )

3058. Morelli, Lindsey )
3059. Moreno, Alfredo )
3060. Moreno, Carlos )
3061. Moreno, Cesar )
3062. Moreno, David )
3063. Moreno, Eddy )
3064. Moreno, Fernando )
3065. Moreno, Jair )
3066. Moreno, Jesus )
3067. Moreno, Jesus )
3068. Moreno, Jimmy )
3069. Moreno, Joel )
3070. Moreno, Jose )
3071. Moreno, Luis )
3072. Moreno, Marcial )
3073. Moreno, Rodolfo )
3074. Moreno, Rodolfo )
3075. Moreno, Sergio )
3076. Morgan, James )
3077. Moriarty, Jennifer )
3078. Morin, Jorge )
3079. Morley, Danielle )
3080. Morones, Michael )

3081. Morou, Fataou )
3082. Morretta, Anthony )
3083. Morris, Bret )
3084. Morris, Dara )
3085. Morrison, John )
3086. Morsell, Jeremy )
3087. Mortera, Raul )
3088. Moss, Tyrel )
3089. Mota, Aldo )
3090. Moulton, Kyle )
3091. Mount, David )
3092. Moya, Robert )
3093. Mrofka, Kyle )
3094. Mueller, Fritz )
3095. Mujica, Adolfo )
3096. Mullaney, Brett )
3097. Mullis, Vance )
3098. Mullis (Bowden), Erin )
3099. Mulvaney, Charles )
3100. Muniz, Dario )
3101. Munoz, Adan )
3102. Munoz, Benjamin )
3103. Munoz, Christian )

3104. Munoz, Fernando            )
                                 )
3105. Munoz, Jorge               )
                                 )
3106. Munoz, Jose                )
                                 )
3107. Munoz, Jose                )
                                 )
3108. Munoz, Juan                )
                                 )
3109. Munoz, Juan                )
                                 )
3110. Munoz, Marco               )
                                 )
3111. Munoz, Matthew             )
                                 )
3112. Munoz, Michael             )
                                 )
3113. Munoz, Miguel              )
                                 )
3114. Munoz, Rafael              )
                                 )
3115. Munoz, Ricardo             )
                                 )
3116. Munoz, Samuel              )
                                 )
3117. Munoz, Wayne               )
                                 )
3118. Munsch, Sean               )
                                 )
3119. Murillo, Javier            )
                                 )
3120. Murphy, James              )
                                 )
3121. Murray, Chris              )
                                 )
3122. Murray, Russell            )
                                 )
3123. Murray, Stephen            )
                                 )
3124. Muscato, Morgan            )
                                 )
3125. Musselwhite, William       )
                                 )
3126. Muto, Jeremy               )
                                 )

3127. Myzie, Justin

3128. Nahas, Leo

3129. Najera, Julian

3130. Nalan, Ahmad

3131. Nanez, Gregory

3132. Napoli, James

3133. Naranjo, Christopher

3134. Naranjo, Julian

3135. Narvais, Carlos

3136. Nassar, Timothy

3137. Natzke, Donald

3138. Navarrete, Omero

3139. Navarro, Annette

3140. Navarro, Daniel

3141. Navarro, Jesus

3142. Navarro, Yesenia

3143. Nazario, Richel

3144. Neal, Keith

3145. Necochea, Alex

3146. Needham, Cody

3147. Negron, Steve

3148. Negus, Jason

3149. Neira, Carlos

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

3150. Nelson, Dale )
3151. Nelson, Drew )
3152. Nelson, Marshall )
3153. Nelson, Rodney )
3154. Nepomuceno, Derek )
3155. Neufner, Sevin )
3156. Neugebauer, Paul )
3157. Nevarez, Mark )
3158. Nevarez, Pedro )
3159. Newsome, George )
3160. Newsome, Jessica )
3161. Nguyen, David )
3162. Nichol, Heath )
3163. Nicholas, Mitchell )
3164. Nichols, Michael )
3165. Nicholson, Jerald )
3166. Nickell, Matthew )
3167. Nicolescu, Ionut )
3168. Niebauer, Brian )
3169. Niebuhr, Russel )
3170. Niedzwiedz, Jeremy )
3171. Niedzwiedz, Priscilla )
3172. Nielsen, Eric )
)

3173. Nielsen, James                    )
3174. Nielsen, Maria                    )
3175. Nieto, Roy                        )
3176. Nieves, Gilberto                  )
3177. Nihiser Jr, Ward                  )
3178. Nino, Veronica                    )
3179. Nissen, Jacob                     )
3180. Nolan, Andrew                     )
3181. Noles, John                       )
3182. Nooner, Jason                     )
3183. Noperi, Pete                      )
3184. Nordbrok, Robert                  )
3185. Nordheim, Kyle                    )
3186. Nordstrom, Paul                   )
3187. Normandia, Alvin                  )
3188. Norr, Franklin                    )
3189. Novak, Josh                       )
3190. Novak, Rocio                      )
3191. Novicio, Esmeraldo                )
3192. Novoa, Ricardo                    )
3193. Novotny, Frank                    )
3194. Novotny, Nicholas                 )
3195. Nunez, Abel                       )
                                        )

3196. Nunez, Ariel )
3197. Nunez, Brian )
3198. Nunez, Daniel )
3199. Nunez, David )
3200. Nunez, Eric )
3201. Nunez, Jose )
3202. Nunez, Rumaldo )
3203. Nunez, Sergio )
3204. Nunez, Steve )
3205. Nuno, Jesus )
3206. Nuttall, Jared )
3207. O Brien, William )
3208. O Connor, Michael )
3209. O Reilly, Michael )
3210. O Rourke, Terrance )
3211. Obermeyer, Joshua )
3212. Ocampo, Frank )
3213. Ocampo, Rae Norman )
3214. Oceguera, Jose )
3215. Ocheltree, Rodger )
3216. Ochoa, Alberto )
3217. Ochoa, Austin )
3218. Ochoa, Carlos )
)

3219. Ochoa, Guillermo )
3220. Ochoa, Iris )
3221. Ochoa, Marco )
3222. Ochoa, Paul )
3223. Odonnell, Sean )
3224. Oelfke, Phillip )
3225. Ojeda, Pablo )
3226. Ojja, Adel )
3227. Okeefe, Daniel )
3228. O'Keefe, Daniel )
3229. Olaya, David )
3230. Oldums, Adolphus )
3231. Oleson, Matthew )
3232. Olivares, Jose )
3233. Olivares, Ruben )
3234. Olivares, Samuel )
3235. Olivarez, Argenis )
3236. Olivarez, Julian )
3237. Olivas, Liliana )
3238. Olivas, Luis )
3239. Olivas, Pedro )
3240. Olmo, Javier )
3241. Olmos, Jaime )

3242. Olsen, Kathryn )
)
3243. Olson, Jared )
)
3244. Olson, Thomas )
)
3245. Olvera, Roxane )
)
3246. Oneill, James )
)
3247. Ontiveros, Alberto )
)
3248. Ontiveros, Carlos )
)
3249. Oppelt, Seth )
)
3250. Ordonez, Amado )
)
3251. Orestad, James )
)
3252. Ornelas, Daniel )
)
3253. Ornelas, Florencio )
)
3254. Ornelas, Jorge )
)
3255. Oronia, Efrain )
)
3256. Oronia, Nikole )
)
3257. Oropallo (Castillo), Melinda )
)
3258. Oropeza, Roberto )
)
3259. O'Rourke, Thomas )
)
3260. Orozco, Aaron )
)
3261. Orozco, Daniel )
)
3262. Orozco, Danny )
)
3263. Orozco, Henry )
)
3264. Orozco, Jose )
)

3265. Orozco, Juan                )
                                  )
3266. Orozco, Julio               )
                                  )
3267. Orozco, Larry               )
                                  )
3268. Orozco, Raul                )
                                  )
3269. Orr, John                   )
                                  )
3270. Orsborn, Christopher        )
                                  )
3271. Orsini, Luis                )
                                  )
3272. Ortega, Daniel              )
                                  )
3273. Ortega, Ernesto             )
                                  )
3274. Ortega, Hector              )
                                  )
3275. Ortega, Joel                )
                                  )
3276. Ortega, Mario               )
                                  )
3277. Ortega, Ricardo             )
                                  )
3278. Ortega, Ricky               )
                                  )
3279. Ortega, Rolando             )
                                  )
3280. Ortiz, Alex                 )
                                  )
3281. Ortiz, Edgar                )
                                  )
3282. Ortiz, Erica                )
                                  )
3283. Ortiz, Evaristo             )
                                  )
3284. Ortiz, Hector               )
                                  )
3285. Ortiz, Hector               )
                                  )
3286. Ortiz, Jacinto              )
                                  )
3287. Ortiz, Jennifer             )
                                  )

3288. Ortiz, Jose )
3289. Ortiz, Jose )
3290. Ortiz, Joseph )
3291. Ortiz, Lorenzo )
3292. Ortiz, Marcos )
3293. Ortiz, Omar )
3294. Ortiz, Osvaldo )
3295. Ortiz, Pedro )
3296. Ortiz, Raul )
3297. Ortiz, Rene )
3298. Ortiz, Robert )
3299. Ortiz, Rolando )
3300. Ortiz, Susana )
3301. Ortiz, Waldemar )
3302. Ortiz Miranda, Raphael )
3303. Osogobio, Nelson )
3304. Osornio, Oscar )
3305. Ostarly, Clinton )
3306. Ostashev, Nikita )
3307. Osterman, Travis )
3308. Ostheimer, Nathan )
3309. Otero, Edgardo )
3310. Otero, Richard )

3311. Otis, John                      )
                                      )
3312. Ouk, Oliver                     )
                                      )
3313. Outfleet, Matthew               )
                                      )
3314. Oviedo, Miguel                  )
                                      )
3315. Owen, Adam                      )
                                      )
3316. Owens, Micah                    )
                                      )
3317. Owens, Michael                  )
                                      )
3318. Pace, Tyden                     )
                                      )
3319. Pacheco, Gabriel                )
                                      )
3320. Pacheco, Jaime                  )
                                      )
3321. Pacheco, Jonathan               )
                                      )
3322. Pacheco, Robert                 )
                                      )
3323. Pacheco, Tomas                  )
                                      )
3324. Pack, Steven                    )
                                      )
3325. Paco, Vicente                   )
                                      )
3326. Padden, Thomas                  )
                                      )
3327. Paddy, Marco                    )
                                      )
3328. Padilla, Andres                 )
                                      )
3329. Padilla, Carlos                 )
                                      )
3330. Padilla, Colin                  )
                                      )
3331. Padilla, Jesus                  )
                                      )
3332. Padilla, Jorge                  )
                                      )
3333. Padilla, Jose                   )
                                      )

3334. Padilla, Ricardo                    )
                                          )
3335. Padilla, Rolando                    )
                                          )
3336. Padmos, Christopher                 )
                                          )
3337. Padua, Carlos                       )
                                          )
3338. Paez, Aaron                         )
                                          )
3339. Pagan, Anthony                      )
                                          )
3340. Page, Allison                       )
                                          )
3341. Pagett, Allen                       )
                                          )
3342. Pair, Scott                         )
                                          )
3343. Pak, Scott                          )
                                          )
3344. Palacios, Epifanio                  )
                                          )
3345. palacios, Homero                    )
                                          )
3346. Palacios, Ivan                      )
                                          )
3347. Palacios, Noel                      )
                                          )
3348. Palafox, Filiberto                  )
                                          )
3349. Palafox, Jorge                      )
                                          )
3350. Palafox, Sergio                     )
                                          )
3351. Palczewski, David                   )
                                          )
3352. Palma, Matthew                      )
                                          )
3353. Palmer, Aaron                       )
                                          )
3354. Palmer, Hunt                        )
                                          )
3355. Palmer, Jason                       )
                                          )
3356. Palmer, Jason                       )
                                          )

3357. Palmer, John )
)
3358. Palmer, Todd )
)
3359. Palmer Jr, Ronald )
)
3360. Palomin, Jose )
)
3361. Palomino, Jose )
)
3362. Palovcik, John )
)
3363. Pangan, Jason )
)
3364. Pantaleon, Felix )
)
3365. Pantazatos, Marie )
)
3366. Papierski, John )
)
3367. Paraiso, Daniel )
)
3368. Parara, Omar )
)
3369. Paraventi, Jacob )
)
3370. Pardo, Camilo )
)
3371. Paredes, Jose )
)
3372. Park, Rodrigo )
)
3373. Parker, David )
)
3374. Parker, Erik )
)
3375. Parker, Michael )
)
3376. Parmer, David )
)
3377. Parr, Jennifer )
)
3378. Parra, Adam )
)
3379. Parra, Adriana )
)

3380. Parra, Antonio )
3381. Parra, Edmund )
3382. Parra, Francisco )
3383. Parra, Jeffrey )
3384. Parra, Jennifer )
3385. Parra, Jesus )
3386. Parra, Marcos )
3387. Parra, Oscar )
3388. Parra, Salvador )
3389. Parsons, Thomas )
3390. Paskowski, Jeremy )
3391. Patt, Derek )
3392. Patterson, Brian )
3393. Patterson, Jonathan )
3394. Patton, Chad )
3395. Patton, Charles )
3396. Paulasosa, Alfredo )
3397. Paulino, Olga )
3398. Payan, Manuel )
3399. Payment, Joshua )
3400. Payne, Christopher )
3401. Payne, James )
3402. Pearce, Richard )
)

3403. Pearson, Adrian                    )
                                         )
3404. Pearson, Steven                    )
                                         )
3405. Peck, Crystal                      )
                                         )
3406. Pederson, Leif                     )
                                         )
3407. Pedraza, Arnulfo                   )
                                         )
3408. Pedrego, Franco                    )
                                         )
3409. Peet, Guthrie                      )
                                         )
3410. Peless, Harry                      )
                                         )
3411. Pelletier, Zachary                 )
                                         )
3412. Pelton, Nathan                     )
                                         )
3413. Pena, Alex                         )
                                         )
3414. Pena, Alexis                       )
                                         )
3415. Pena, Cynthia                      )
                                         )
3416. Pena, Doroteo                      )
                                         )
3417. Pena, Fermin                       )
                                         )
3418. Pena, Jorge                        )
                                         )
3419. Pena, Jorge                        )
                                         )
3420. Pena, Juan                         )
                                         )
3421. Pena, Luis                         )
                                         )
3422. Pena, Miguel                       )
                                         )
3423. Pena, Pedro                        )
                                         )
3424. Pena, Victor                       )
                                         )
3425. Pena Quintero, Erasmo              )
                                         )

3426. Penagos, Enrique )
3427. Pendygraft, Eric )
3428. Penfield, Jerred )
3429. Penuela, Alexander )
3430. Pepen, Manuel )
3431. Pepperdine, Rosemarie )
3432. Pequeno, Alejandro )
3433. Peraldi, Ricardo )
3434. Peralez, Leodoro )
3435. Peralta, Heriberto )
3436. Peralta, Joseph )
3437. Pereyra, Carlos )
3438. Perez, Alex )
3439. Perez, Angel )
3440. Perez, Anthony )
3441. Perez, Blas )
3442. Perez, Blas )
3443. Perez, Carlos )
3444. Perez, Claritza )
3445. Perez, Daniel )
3446. Perez, Edgar )
3447. Perez, Edward )
3448. Perez, Efren )
)

3449. Perez, Elmer                    )
                                      )
3450. Perez, Enrique                  )
                                      )
3451. Perez, Francisco                )
                                      )
3452. Perez, Gerardo                  )
                                      )
3453. Perez, Gonzalo                  )
                                      )
3454. Perez, Hiram                    )
                                      )
3455. Perez, Jack                     )
                                      )
3456. Perez, Javier                   )
                                      )
3457. Perez, Jorge                    )
                                      )
3458. Perez, Jose                     )
                                      )
3459. Perez, Jose                     )
                                      )
3460. Perez, Juan                     )
                                      )
3461. Perez, Lazaro                   )
                                      )
3462. Perez, Leonel                   )
                                      )
3463. Perez, Luis                     )
                                      )
3464. Perez, Luis                     )
                                      )
3465. Perez, Luis                     )
                                      )
3466. Perez, Manuel                   )
                                      )
3467. Perez, Marco                    )
                                      )
3468. Perez, Oscar                    )
                                      )
3469. Perez, Porfirio                 )
                                      )
3470. Perez, Rael                     )
                                      )
3471. Perez, Raul                     )
                                      )

3472. Perez, Rene )
3473. Perez, Ricardo )
3474. Perez, Ubaldo )
3475. Perez-Araujo, Juan )
3476. Perez-Chiong, Yan )
3477. Perkins, Jared )
3478. Perkins, Jonathan )
3479. Permenter, Grant )
3480. Perricane, Brian )
3481. Perry, Anthony )
3482. Perry, Benjamin )
3483. Perry, Demetrious )
3484. Perry, Ryan )
3485. Pesina, Jesus )
3486. Peters, Jores )
3487. Petersen, Jason )
3488. Petersen, Joseph )
3489. Petersen, Mike )
3490. Petersen, Randy )
3491. Peterson, Christopher )
3492. Peterson, John )
3493. Peterson, Keith )
3494. Peterson, Kenneth )
)

3495. Peterson, Lori )
)
3496. Peterson, Michael )
)
3497. Peterson, Robin )
)
3498. Peterson, Shane )
)
3499. Petroni, Gabriel )
)
3500. Pferdekamper, Jack )
)
3501. Pham, Scott )
)
3502. Phelps, Jeremy )
)
3503. Phillips, Eric )
)
3504. Phillips, Mark )
)
3505. Phillips, Ronald )
)
3506. Phillips, Tara )
)
3507. Picazo, Osvaldo )
)
3508. Piccolo, Nick )
)
3509. Pidgeon, Richard )
)
3510. Pierce, George )
)
3511. Pierce, Wesley )
)
3512. Pietrolaj, John )
)
3513. Pimenta, Bruno )
)
3514. Pimentel, Henry )
)
3515. Pimentel, Juan )
)
3516. Pina, Jesus )
)
3517. Pina, Mario )
)

3518. Pina, Roberto                )
                                    )
3519. Pine, Stephen                )
                                    )
3520. Pineda, Juan                 )
                                    )
3521. Pinkston, Jeffrey            )
                                    )
3522. Pino, Frank                  )
                                    )
3523. Pinon, Patrik                )
                                    )
3524. Pinones, Salvador            )
                                    )
3525. Pinto, Reynaldo              )
                                    )
3526. Pinto, Ronnie                )
                                    )
3527. Piper, Brian                 )
                                    )
3528. Pippin, Caleb                )
                                    )
3529. Pittman, Aaron               )
                                    )
3530. Pitts, Jonathan              )
                                    )
3531. Pizana, Fernando             )
                                    )
3532. Pizana, Xavier               )
                                    )
3533. Pizarro, Fernando            )
                                    )
3534. Plante, Jeremy               )
                                    )
3535. Plattel, Tony                )
                                    )
3536. Plaza, Efrain                )
                                    )
3537. Plesuk, Scott                )
                                    )
3538. Plummer, Dustin              )
                                    )
3539. Poe, Blake                   )
                                    )
3540. Poellot, Jason               )
                                    )

3541. Poisot, Angelica )
)
3542. Polaczyk, Jeffrey )
)
3543. Polanco, Daniel )
)
3544. Polanco, Danny )
)
3545. Polanco, Robert )
)
3546. Polanco, Vincent )
)
3547. Pollard, Brandon )
)
3548. Pollett, Joshua )
)
3549. Polo-Figueroa, Luis )
)
3550. Pompa, Victor )
)
3551. Ponce, Mario )
)
3552. Ponce, Onecimo )
)
3553. Ponce, Osiel )
)
3554. Ponce de leon, Miguel )
)
3555. Ponzio, Anthony )
)
3556. Popoca, David )
)
3557. Popovich, Joshua )
)
3558. Porras, Arturo )
)
3559. Porras, Christian )
)
3560. Porter, David )
)
3561. Poser, Jeremy )
)
3562. Post, Joshua )
)
3563. Pou, Arturo )
)

3564. Povoli, Dario )
)
3565. Powell (Rivera), Cassidy )
)
3566. Powers, Clark )
)
3567. Powers, Stephen )
)
3568. Pradoguevara, Everlyn )
)
3569. Presichi, Jose )
)
3570. Price, Darrel )
)
3571. Price, Jeremy )
)
3572. Prince, Seth )
)
3573. Prindle, Roger )
)
3574. Prock, Jeff )
)
3575. Proffitt, James )
)
3576. Progen, Matthew )
)
3577. Pruett, Zachary )
)
3578. Prybyla, Matthew )
)
3579. Puente, Jesus )
)
3580. Puentes, Yesid )
)
3581. Puerta, Andres )
)
3582. Purcell, Ryan )
)
3583. Purdy, Kevin )
)
3584. Pye, Charles )
)
3585. Qualey, Martin )
)
3586. Quant, Matthew )
)

3587. Queen, Barry )
)
3588. Quezada, Eduardo )
)
3589. Quezada, Harley )
)
3590. Quezada, Juan )
)
3591. Quezada, Manuel )
)
3592. Quezada, Rosalio )
)
3593. Quijada, Edgardo )
)
3594. Quijano, Rafael )
)
3595. Quijas, Eduardo )
)
3596. Quinn, George )
)
3597. Quinn, Joseph )
)
3598. Quinn, Sean )
)
3599. Quinones, Birmaik )
)
3600. Quinones, Irma )
)
3601. Quinones, Jose )
)
3602. Quinones, Rafael )
)
3603. Quinonez, Yolanda )
)
3604. Quintana, Harley )
)
3605. Quintana, Jose )
)
3606. Quintana, Roel )
)
3607. Quintanar, Jason )
)
3608. Quintanilla, Pablo )
)
3609. Quintanilla, Rene )
)

3610. Quintanilla, Samuel                )
                                          )
3611. Quintanilla, Sergio                )
                                          )
3612. Quintela, Robert                   )
                                          )
3613. Quintero, David                    )
                                          )
3614. Quintero, Melinna                  )
                                          )
3615. Quiroga, Artemio                   )
                                          )
3616. Quiroz, Abel                       )
                                          )
3617. Quiroz, Melissa                    )
                                          )
3618. Raad, Ronald                       )
                                          )
3619. Rabassa, Juan                      )
                                          )
3620. Rabreau, Raymond                   )
                                          )
3621. Radcliffe, Katherine               )
                                          )
3622. Radke, Kevin                       )
                                          )
3623. Railey, Marivel                    )
                                          )
3624. Rainey, David                      )
                                          )
3625. Rainwater, Matthew                 )
                                          )
3626. Rakela, Storm                      )
                                          )
3627. Ram, Stephen                       )
                                          )
3628. Ramirez, Adan                      )
                                          )
3629. Ramirez, Albert                    )
                                          )
3630. Ramirez, Alberto                   )
                                          )
3631. Ramirez, Arturo                    )
                                          )
3632. Ramirez, Carlos                    )
                                          )

3633. Ramirez, Carlos                    )
                                          )
3634. Ramirez, David                     )
                                          )
3635. Ramirez, David                     )
                                          )
3636. Ramirez, Enrique                   )
                                          )
3637. Ramirez, Ezequiel                  )
                                          )
3638. Ramirez, Fernando                  )
                                          )
3639. Ramirez, Fernando                  )
                                          )
3640. Ramirez, German                    )
                                          )
3641. Ramirez, Gustavo                   )
                                          )
3642. Ramirez, Jesus                     )
                                          )
3643. Ramirez, Jose                      )
                                          )
3644. Ramirez, Joshua                    )
                                          )
3645. Ramirez, Julio                     )
                                          )
3646. Ramirez, Ladislao                  )
                                          )
3647. Ramirez, Larry                     )
                                          )
3648. Ramirez, Luis                      )
                                          )
3649. Ramirez, Mark                      )
                                          )
3650. Ramirez, Omar                      )
                                          )
3651. Ramirez, Oscar                     )
                                          )
3652. Ramirez, Ramiro                    )
                                          )
3653. Ramirez, Reymundo                  )
                                          )
3654. Ramirez, Roberto                   )
                                          )
3655. Ramirez, Rodofo                    )
                                          )

3656. Ramirez, Sergio                          )
                                               )
3657. Ramos, Agustin                           )
                                               )
3658. Ramos, Anthony                           )
                                               )
3659. Ramos, Bryan                             )
                                               )
3660. Ramos, Cesar                             )
                                               )
3661. Ramos, Christopher                       )
                                               )
3662. Ramos, Clemente                          )
                                               )
3663. Ramos, Jimmy                             )
                                               )
3664. Ramos, John                              )
                                               )
3665. Ramos, Jorge                             )
                                               )
3666. Ramos, Luis                              )
                                               )
3667. Ramos, Luis                              )
                                               )
3668. Ramos, Luis                              )
                                               )
3669. Ramos, Mauricio                          )
                                               )
3670. Ramos, Ricardo                           )
                                               )
3671. Ramos, Roel                              )
                                               )
3672. Ramos, Ryan                              )
                                               )
3673. Ramos, Sergio                            )
                                               )
3674. Ramos-Carlos, Jorge                      )
                                               )
3675. Randich, Sean                            )
                                               )
3676. Rangel, Jorge                            )
                                               )
3677. Rangel, Rene                             )
                                               )
3678. Rascon, Tony                             )
                                               )

3679. Ratel, Bryan )
)
3680. Ratto, Nicholas )
)
3681. Raymond, Christopher )
)
3682. Raymonda, Richard )
)
3683. Raynor, Aaron )
)
3684. Razo, Christopher )
)
3685. Razo, Jose )
)
3686. Reale, Kara )
)
3687. Reamer, Michael )
)
3688. Rebolledo, Rocky )
)
3689. Recio, Felix )
)
3690. Reece, Frank )
)
3691. Reed, Daniel )
)
3692. Reedy, Robert )
)
3693. Reedy, Robert )
)
3694. Reese, David )
)
3695. Regalado, Leonardo )
)
3696. Regan, Damon )
)
3697. Regan, Daniel )
)
3698. Reid, Casey )
)
3699. Reid, Courtney )
)
3700. Rein, Tristan )
)
3701. Renaud, Roland )
)

3702. Rendon, Bruce )
)
3703. Rendon, Enrique )
)
3704. Rendon, Mark )
)
3705. Renkema, Daniel )
)
3706. Renovato, Miguel )
)
3707. Renteria, Luis )
)
3708. Retana, David )
)
3709. Revels, Jordan )
)
3710. Rey, Fernando )
)
3711. Reyes, Alberto )
)
3712. Reyes, Emigdio )
)
3713. Reyes, Emmanuel )
)
3714. Reyes, Emmanuel )
)
3715. Reyes, Guadalupe )
)
3716. Reyes, Juan )
)
3717. Reyes, Juan )
)
3718. Reyes, Julio )
)
3719. Reyes, Lionel )
)
3720. Reyes, Luis )
)
3721. Reyes, Luis )
)
3722. Reyes, Pedro )
)
3723. Reyes, Rene )
)
3724. Reyes, Robert )
)

3725. Reyes, Rodolfo )
)
3726. Reyes, Ruben )
)
3727. Reyes, Ruth )
)
3728. Reyes, Tomas )
)
3729. Reyna, Adolfo )
)
3730. Reyna, Cesar )
)
3731. Reyna, George )
)
3732. Reynaga, Robert )
)
3733. Reynolds, Daniel )
)
3734. Reynolds, Shain )
)
3735. Reza, Jorge )
)
3736. Rhodes, Andrew )
)
3737. Ribac, Norberto )
)
3738. Riccardi, Justin )
)
3739. Rice, Bradley )
)
3740. Rice, Chantry )
)
3741. Rice, Jonathan )
)
3742. Rich, Jeffrey )
)
3743. Richard, Brian )
)
3744. Richards, Gary )
)
3745. Richardson, Brian )
)
3746. Richardson, David )
)
3747. Richardson, Matthew )
)

3748. Richmond, Davin                    )
                                          )
3749. Richter, Marisa                     )
                                          )
3750. Rico, Enrique                       )
                                          )
3751. Rico, Marcos                        )
                                          )
3752. Rider, Stacy                        )
                                          )
3753. Riehle, Lee                         )
                                          )
3754. Riffle, Robert                      )
                                          )
3755. Rijos, Fidel                        )
                                          )
3756. Rincon, Pedro                       )
                                          )
3757. Ringley, Ryan                       )
                                          )
3758. Rinker, Lucas                       )
                                          )
3759. Riojas III, Onofre                  )
                                          )
3760. Rios, Bernardo                      )
                                          )
3761. Rios, Danny                         )
                                          )
3762. Rios, Eleazar                       )
                                          )
3763. Rios, Joel                          )
                                          )
3764. Rios, Juan                          )
                                          )
3765. Rios, Omar                          )
                                          )
3766. Rios, Osbaldo                       )
                                          )
3767. Rios, Russell                       )
                                          )
3768. Ripley, Jesse                       )
                                          )
3769. Ripplinger, Jeremy                  )
                                          )
3770. Rivas, Eric                         )
                                          )

3771. Rivas, Fabian )
)
3772. Rivas, Gabriel )
)
3773. Rivas, Ismael )
)
3774. Rivas, Juan )
)
3775. Rivera, Agripino )
)
3776. Rivera, Alcides )
)
3777. Rivera, Alfred )
)
3778. Rivera, Benjamin )
)
3779. Rivera, Cesar )
)
3780. Rivera, Crisantos )
)
3781. Rivera, Dominic )
)
3782. Rivera, Jaime )
)
3783. Rivera, Jim )
)
3784. Rivera, Jose )
)
3785. Rivera, Jose )
)
3786. Rivera, Jose )
)
3787. Rivera, Jose )
)
3788. Rivera, Julio )
)
3789. Rivera, Luis )
)
3790. Rivera, Manuel )
)
3791. Rivera, Melquiades )
)
3792. Rivera, Navid )
)
3793. Rivera, Rafael )
)

3794. Rivera, Ramon                )
                                    )
3795. Rivera, Raul                 )
                                    )
3796. Rivera, Ricardo              )
                                    )
3797. Rivera, Rodrigo              )
                                    )
3798. Rivera, Sylvia               )
                                    )
3799. Rivera, William              )
                                    )
3800. Rivera, Zorahida             )
                                    )
3801. Rivera Aviles, Jean          )
                                    )
3802. Rivero, Merced               )
                                    )
3803. Rivers, Robert               )
                                    )
3804. Rizzo, Roger                 )
                                    )
3805. Roa, Edward                  )
                                    )
3806. Roberts, Brandon             )
                                    )
3807. Roberts, Cody                )
                                    )
3808. Roberts, James               )
                                    )
3809. Roberts, Kevin               )
                                    )
3810. Robertson, Joshua            )
                                    )
3811. Robinette, Joseph            )
                                    )
3812. Robinson, Brian              )
                                    )
3813. Robinson, Brolin             )
                                    )
3814. Robinson, Keith              )
                                    )
3815. Robinson, Norman             )
                                    )
3816. Robischon, Matthew           )
                                    )

3817. Robison, Corina                    )
                                          )
3818. Robles, David                      )
                                          )
3819. Robles, Samuel                     )
                                          )
3820. Roca, Harold                       )
                                          )
3821. Rocha, Alfredo                     )
                                          )
3822. Rocha, Manuel                      )
                                          )
3823. Rocha, Mark                        )
                                          )
3824. Rocha, Rogelio                     )
                                          )
3825. Rocha-arvaye, Andres               )
                                          )
3826. Rockelman, Todd                    )
                                          )
3827. Roddewig, Daryl                    )
                                          )
3828. Rodgers, Anthony                   )
                                          )
3829. Rodley, Joseph                     )
                                          )
3830. Rodriguez, Alexander              )
                                          )
3831. Rodriguez, Alvaro                  )
                                          )
3832. Rodriguez, Angel                   )
                                          )
3833. Rodriguez, Anna                    )
                                          )
3834. Rodriguez, Anthony                )
                                          )
3835. Rodriguez, Armando                )
                                          )
3836. Rodriguez, Carlos                  )
                                          )
3837. Rodriguez, Carlos                  )
                                          )
3838. Rodriguez, Carlos                  )
                                          )
3839. Rodriguez, Charlie                )
                                          )

3840. Rodriguez, Daniel                    )
                                           )
3841. Rodriguez, Daniel                    )
                                           )
3842. Rodriguez, Danniel                   )
                                           )
3843. Rodriguez, Dave                      )
                                           )
3844. Rodriguez, David                     )
                                           )
3845. Rodriguez, Eliud                     )
                                           )
3846. Rodriguez, Ernesto                   )
                                           )
3847. Rodriguez, Federico                  )
                                           )
3848. Rodriguez, Felipe                    )
                                           )
3849. Rodriguez, Felix                     )
                                           )
3850. Rodriguez, Felix                     )
                                           )
3851. Rodriguez, Francisco                 )
                                           )
3852. Rodriguez, Freddie                   )
                                           )
3853. Rodriguez, George                    )
                                           )
3854. Rodriguez, George                    )
                                           )
3855. Rodriguez, Gerardo                   )
                                           )
3856. Rodriguez, Hector                    )
                                           )
3857. Rodriguez, Hector                    )
                                           )
3858. Rodriguez, Heriberto                 )
                                           )
3859. Rodriguez, Hugo                      )
                                           )
3860. Rodriguez, Humberto                  )
                                           )
3861. Rodriguez, Iris                      )
                                           )
3862. Rodriguez, Isai                      )
                                           )

3863. Rodriguez, J r                )
                                     )
3864. Rodriguez, Japhet             )
                                     )
3865. Rodriguez, Jesus              )
                                     )
3866. Rodriguez, Jesus              )
                                     )
3867. Rodriguez, Jorge              )
                                     )
3868. Rodriguez, Jose               )
                                     )
3869. Rodriguez, Jose               )
                                     )
3870. Rodriguez, Juan               )
                                     )
3871. Rodriguez, Julian             )
                                     )
3872. Rodriguez, Leroy              )
                                     )
3873. Rodriguez, Lorenzo            )
                                     )
3874. Rodriguez, Luis               )
                                     )
3875. Rodriguez, Luis               )
                                     )
3876. Rodriguez, Luis               )
                                     )
3877. Rodriguez, Manuel             )
                                     )
3878. Rodriguez, Mario              )
                                     )
3879. Rodriguez, Michael            )
                                     )
3880. Rodriguez, Miguel             )
                                     )
3881. Rodriguez, Miguel             )
                                     )
3882. Rodriguez, Ortelio            )
                                     )
3883. Rodriguez, Oscar              )
                                     )
3884. Rodriguez, Ramon              )
                                     )
3885. Rodriguez, Randy              )
                                     )

3886. Rodriguez, Raul                )
                                      )
3887. Rodriguez, Ray                 )
                                      )
3888. Rodriguez, Ricardo             )
                                      )
3889. Rodriguez, Ricardo             )
                                      )
3890. Rodriguez, Robert              )
                                      )
3891. Rodriguez, Robert              )
                                      )
3892. Rodriguez, Roberto             )
                                      )
3893. Rodriguez, Rosas               )
                                      )
3894. Rodriguez, Samuel              )
                                      )
3895. Rodriguez, Wedyn               )
                                      )
3896. Rodriguez Mejias, Luis         )
                                      )
3897. Roesch, Jeremy                 )
                                      )
3898. Rogers, James                  )
                                      )
3899. Rogers, Sharon                 )
                                      )
3900. Rojas, Edgar                   )
                                      )
3901. Rojas, Gabriel                 )
                                      )
3902. Rojas, Ricardo                 )
                                      )
3903. Rojas, Sergio                  )
                                      )
3904. Rojo, Josue                    )
                                      )
3905. Rolon, Rafael                  )
                                      )
3906. Rolon Rivera, Angel            )
                                      )
3907. Roman, Alejandro               )
                                      )
3908. Roman, Anthony                 )
                                      )

3909. Roman, Carlos                )
                                    )
3910. Roman Jr., Rafael            )
                                    )
3911. Romero, Cesar                )
                                    )
3912. Romero, Federico             )
                                    )
3913. Romero, Geraldo              )
                                    )
3914. Romero, Jose                 )
                                    )
3915. Romero, Julio                )
                                    )
3916. Romero, Manuel               )
                                    )
3917. Romo, Oscar                  )
                                    )
3918. Ronquillo, Adrian            )
                                    )
3919. Roozen, Alexander            )
                                    )
3920. Rosa, Ruben                  )
                                    )
3921. Rosales, Jose                )
                                    )
3922. Rosales, Martin              )
                                    )
3923. Rosales, Obed                )
                                    )
3924. Rosales, Romulo              )
                                    )
3925. Rosales, Teofilo             )
                                    )
3926. Rosamond, Michael            )
                                    )
3927. Rosario, Kenneth             )
                                    )
3928. Rosas, Alan                  )
                                    )
3929. Rosas, Mario                 )
                                    )
3930. Rose, David                  )
                                    )
3931. Rose, Mark                   )
                                    )

3932. Rose, Philip                )
                                   )
3933. Rosenberg, Louis            )
                                   )
3934. Rosenberger, Michael        )
                                   )
3935. Ross, Jonathan              )
                                   )
3936. Rossi, Brian                )
                                   )
3937. Rossi, Joseph               )
                                   )
3938. Rossner, Arcadius           )
                                   )
3939. Rouch, Jason                )
                                   )
3940. Rowe, Anthony               )
                                   )
3941. Rowland, Themis             )
                                   )
3942. Rowley, Brian               )
                                   )
3943. Rowley, Forest              )
                                   )
3944. Roy, Brendan                )
                                   )
3945. Ruan, David                 )
                                   )
3946. Rubalcava, Ruben            )
                                   )
3947. Rubalcava, Salvador         )
                                   )
3948. Rubelt, Jacob               )
                                   )
3949. Rubero, Carlos              )
                                   )
3950. Rubio, Angel                )
                                   )
3951. Rubio, Carlos               )
                                   )
3952. Rubio, Daniel               )
                                   )
3953. Rubio, Roman                )
                                   )
3954. Rude, Dale                  )
                                   )

3955. Ruffino, Michael )
)
3956. Ruggeri, Joseph )
)
3957. Ruis, Daniel )
)
3958. Ruiz, Daniel )
)
3959. Ruiz, Eduardo )
)
3960. Ruiz, Esperanza )
)
3961. Ruiz, Estevan )
)
3962. Ruiz, Gabriel )
)
3963. Ruiz, Gilbert )
)
3964. Ruiz, Henry )
)
3965. Ruiz, Jose )
)
3966. Ruiz, Juan )
)
3967. Ruiz, Noel )
)
3968. Ruiz, Reginaldo )
)
3969. Ruiz, Thelma )
)
3970. Ruiz, Wenceslao )
)
3971. Runyon, Robert )
)
3972. Rusnell, Bethney )
)
3973. Russell, Clinton )
)
3974. Russell, Daniel )
)
3975. Russell, James )
)
3976. Russell, Robert )
)
3977. Russell, Rory )
)

3978. Russell, Shawna )
)
3979. Russell, Thomas )
)
3980. Russo, Jeremy )
)
3981. Russo, Joseph )
)
3982. Russo, Philip )
)
3983. Rutledge, Monte )
)
3984. Ruvalcaba, Alfonso )
)
3985. Ruvalcaba, Christopher )
)
3986. Ryan, Lawrence )
)
3987. Ryan, Robert )
)
3988. Rygg, Matthew )
)
3989. Saari, Bernhard )
)
3990. Sabin, Ivan )
)
3991. Sablan, Michael )
)
3992. Sabol, John )
)
3993. Sadler, Michael )
)
3994. Saenz, Alonso )
)
3995. Saenz, Fidel )
)
3996. Saenz, Guadalupe )
)
3997. Saenz, Joel )
)
3998. Saenz, Joseph )
)
3999. Saenz, Omar )
)
4000. Saguil, Charles )
)

4001. Sahagun, Jose )
)
4002. Sainz, Jose )
)
4003. Salas, Marco )
)
4004. Salas, Mario )
)
4005. Salas, Tracie )
)
4006. Salazar, Christopher )
)
4007. Salazar, Hector )
)
4008. Salazar, Juan )
)
4009. Salazar, Michael )
)
4010. Salceda, Juan )
)
4011. Salcedo, Roy )
)
4012. Salcido, Maria )
)
4013. Salcido, Ralph )
)
4014. Salcido, Ruben )
)
4015. Salcido, Stephen )
)
4016. Saldana, Pablo )
)
4017. Saldana, Salvador )
)
4018. Saldivar, Carlos )
)
4019. Saldivar, Felix )
)
4020. Saldivar, Juan )
)
4021. Salgado, Angel )
)
4022. Salinas, Alberto )
)
4023. Salinas, Aron )
)

4024. Salinas, Danny

4025. Salinas, Guillermo

4026. Salinas, Jose

4027. Salinas, Mario

4028. Salinas, Martin

4029. Salinas, Michael

4030. Salinas, Pedro

4031. Salinas, Roman

4032. Salinas, Samuel

4033. Salinas, Vicente

4034. Salinas-Quintanilla, Felix

4035. Salmon, Lenny

4036. Salts, Samuel

4037. Salvino, Mark

4038. Salyer, John

4039. Samperi, Travis

4040. Samson, Daniel

4041. San Pedro, Jerry

4042. Sanabria, Hiram

4043. Sanchez, Albert

4044. Sanchez, Aldo

4045. Sanchez, Alexander

4046. Sanchez, Alfred

4047. Sanchez, Anna    )
)
4048. Sanchez, Carlos    )
)
4049. Sanchez, Carlos    )
)
4050. Sanchez, Carmelo    )
)
4051. Sanchez, David    )
)
4052. Sanchez, Erasmo    )
)
4053. Sanchez, Erica    )
)
4054. Sanchez, Ernesto    )
)
4055. Sanchez, Felipe    )
)
4056. Sanchez, Francisco    )
)
4057. Sanchez, Francisco    )
)
4058. Sanchez, Gabriel    )
)
4059. Sanchez, German    )
)
4060. Sanchez, Guillermo    )
)
4061. Sanchez, Gustavo    )
)
4062. Sanchez, Gustavo    )
)
4063. Sanchez, Javier    )
)
4064. Sanchez, Jesus    )
)
4065. Sanchez, Jesus    )
)
4066. Sanchez, John    )
)
4067. Sanchez, Joseph    )
)
4068. Sanchez, Justin    )
)
4069. Sanchez, Leopoldo    )
)

4070. Sanchez, Mario                          )
                                              )
4071. Sanchez, Octavio                        )
                                              )
4072. Sanchez, Oscar                          )
                                              )
4073. Sanchez, Rafael                         )
                                              )
4074. Sanchez, Ricardo                        )
                                              )
4075. Sanchez, Roberto                        )
                                              )
4076. Sanchez, Rodolfo                        )
                                              )
4077. Sanchez, Rudy                           )
                                              )
4078. Sanchez Ramiez, Hector                  )
                                              )
4079. Sanders, Justin                         )
                                              )
4080. Sanders, Robert                         )
                                              )
4081. Sandoval, Alonzo                        )
                                              )
4082. Sandoval, Bladimir                      )
                                              )
4083. Sandoval, Javier                        )
                                              )
4084. Sandoval, Victor                        )
                                              )
4085. Sanford, Bruce                          )
                                              )
4086. Santacruz, Daniel                       )
                                              )
4087. Santana, Daniel                         )
                                              )
4088. Santana, Sergio                         )
                                              )
4089. Santellan, Jesse                        )
                                              )
4090. Santillan, Rosa                         )
                                              )
4091. Santomauro, Victor                      )
                                              )
4092. Santos, Daniel                          )
                                              )

4093. Santos, Francisco )
)
4094. Santos, Frank )
)
4095. Santos, Johnny )
)
4096. Santos, Marion )
)
4097. Santos, Nick )
)
4098. Santos, Norberto )
)
4099. Santos, Ricardo )
)
4100. Santos, Victor )
)
4101. Santoyo, Jose )
)
4102. Sapien, Mark )
)
4103. Sarabia, Luis )
)
4104. Saracco, Adam )
)
4105. Sarantes, Juancarlos )
)
4106. Sargent, Colin )
)
4107. Sarmiento, Eric )
)
4108. Sarquiz, Jorge )
)
4109. Sarria, Yumar )
)
4110. Sartuche, Lora )
)
4111. Sauceda, Alejandro )
)
4112. Saucedo, Edwin )
)
4113. Saucedo, Osvaldo )
)
4114. Sauer, Stevie )
)
4115. Savell, Michael )
)

4116. Sbaa, Mourad                    )
                                       )
4117. Scanzuso, Jeffrey               )
                                       )
4118. Schaben, Jon                    )
                                       )
4119. Schade, Michael                 )
                                       )
4120. Schaedler, Kevin                )
                                       )
4121. Schaefer, Luke                  )
                                       )
4122. Schaefer, Michael               )
                                       )
4123. Schannette, Raylin              )
                                       )
4124. Scharff, Francisco              )
                                       )
4125. Scheffler, Matthew              )
                                       )
4126. Schermerhorn, Daryl             )
                                       )
4127. Schertz, Adam                   )
                                       )
4128. Schiff, Dayton                  )
                                       )
4129. Schille, Ryan                   )
                                       )
4130. Schiller, Robert                )
                                       )
4131. Schilling, Andrew               )
                                       )
4132. Schmader, Patrick               )
                                       )
4133. Schmigel, Harlen                )
                                       )
4134. Schmitz, Jeffrey                )
                                       )
4135. Scholz, Brian                   )
                                       )
4136. Schoonover, Jeffrey             )
                                       )
4137. Schottmuller, Michael           )
                                       )
4138. Schrader, Jason                 )
                                       )

4139. Schram, Nicholas )
)
4140. Schreckengost, Daniel )
)
4141. Schreiner, Brian )
)
4142. Schubert, Jeffrey )
)
4143. Schulte, Darla )
)
4144. Schultz, Clayton )
)
4145. Schultz, Samuel )
)
4146. Schuster, Andrew )
)
4147. Schwartz, Benjamin )
)
4148. Schwartz, Neil )
)
4149. Schwartz, Steven )
)
4150. Scott, John )
)
4151. Scott, Matthew )
)
4152. Seager, Matthew )
)
4153. Secord, Eric )
)
4154. Seed, Edward )
)
4155. Seel, Donald )
)
4156. Seelhorst, Tait )
)
4157. Seely, Jarrad )
)
4158. Seemann, Morgan )
)
4159. Segura, Jairo )
)
4160. Seidel, Jeffrey )
)
4161. Seifert, Matthew )
)

4162. Seigla, Alexander )
)
4163. Seiser, Ross )
)
4164. Seitz, Scott )
)
4165. Selby, Alexander )
)
4166. Selden, Jeff )
)
4167. Selgrath, Eric )
)
4168. Sellan, Angelo )
)
4169. Sena, Raul )
)
4170. Sepulveda, Edward )
)
4171. Sepulveda, Jose )
)
4172. Sequeira, Valdemar )
)
4173. Sermeno, Marco )
)
4174. Serna, Daniel )
)
4175. Serna, Edgar )
)
4176. Serna, Gilbert )
)
4177. Serna, Jesus )
)
4178. Serna, Juan )
)
4179. Serrano, David )
)
4180. Serrano, James )
)
4181. Serrano, Javier )
)
4182. Serrano, Juan )
)
4183. Serrano, Robert )
)
4184. Serrato, David )
)

4185. Serrato, Michael )
4186. Serventi, Jason )
4187. Sesma, George )
4188. Settles, Michael )
4189. Seuferer, Kevin )
4190. Severance, Rod )
4191. Shafar, Donald )
4192. Sharkey, Shawn )
4193. Sharp, Anthony )
4194. Sharp, Kevin )
4195. Shaver, Tyler )
4196. Shaw, David )
4197. Shaw, Jeffrey )
4198. Shaw, Jeremy )
4199. Shawgo, Jeffrey )
4200. Shea, Sean )
4201. Sheehan, Daniel )
4202. Sheffield, Keith )
4203. Shelton, Thomas )
4204. Shepard, Charles )
4205. Sheriff, Marcello )
4206. Sherman, Scott )
4207. Shields, Christopher )
)

4208. Shields, James )
4209. Shigg, Terence )
4210. Shin, John )
4211. Shnider, Ilan )
4212. Shoemake, Tracy )
4213. Short, Kevin )
4214. Short, Zachary )
4215. Shortt, Brent )
4216. Shrader, Thomas )
4217. Siegel, Marc )
4218. Sienkiewicz, Steven )
4219. Sierra, Jeanne )
4220. Sierra, Jerome )
4221. Sierra, Joe )
4222. Sierra, Jose )
4223. Sierra, Martin )
4224. Sifly, John )
4225. Sifuentes, Dan )
4226. Sigala, Ruben )
4227. Silva, Alex )
4228. Silva, Braulio )
4229. Silva, Carlos )
4230. Silva, Edmundo )

4231. Silva, Felipe          )
                             )
4232. Silva, Joyce           )
                             )
4233. Silva, Juan            )
                             )
4234. Silva, Manuel          )
                             )
4235. Silva, Paul            )
                             )
4236. Silva, Richard         )
                             )
4237. Simmons, Daniel        )
                             )
4238. Simon, Scott           )
                             )
4239. Simpkins, Christopher  )
                             )
4240. Simpson, Steven        )
                             )
4241. Singleton, Curtis      )
                             )
4242. Siuda, Jeremiah        )
                             )
4243. Skelton, Brian         )
                             )
4244. Skiles, Stephen        )
                             )
4245. Skinner, David         )
                             )
4246. Slate, Jason           )
                             )
4247. Slaten, John           )
                             )
4248. Slater, Justin         )
                             )
4249. Sloan, Nicholas        )
                             )
4250. Sloan, Patrick         )
                             )
4251. Sloat III, Howard      )
                             )
4252. Smith, Adam            )
                             )
4253. Smith, Christopher     )
                             )

4254. Smith, David )
)
4255. Smith, Jason )
)
4256. Smith, Jebadiah )
)
4257. Smith, Jeffrey )
)
4258. Smith, Jonathan )
)
4259. Smith, Joseph )
)
4260. Smith, Joshua )
)
4261. Smith, Judson )
)
4262. Smith, Lee )
)
4263. Smith, Mahonri )
)
4264. Smith, Matthew )
)
4265. Smith, Matthew )
)
4266. Smith, Michael )
)
4267. Smith, Patrick )
)
4268. Smith, Rowel )
)
4269. Smith, Samantha )
)
4270. Smith, Thomas )
)
4271. Smith, Valden )
)
4272. Smith, Wayne )
)
4273. Sneddon, Glen )
)
4274. Snyder, Brandon )
)
4275. Snyder, Chad )
)
4276. Snyder, Cody )
)

4277. Soberanes, Omar )
)
4278. Solares, Lizette )
)
4279. Solis, Francisco )
)
4280. Solis, Gordon )
)
4281. Solis, Gregory )
)
4282. Solis, Ivis )
)
4283. Solis, Jesus )
)
4284. Solis, Luis )
)
4285. Solis, Marco )
)
4286. Solis, Narciso )
)
4287. Solis, Roberto )
)
4288. Solis, Rodolfo )
)
4289. Solis Jr, Eduardo )
)
4290. Soliz, Victor )
)
4291. Solomon, Robert )
)
4292. Solorzano, Insaan )
)
4293. Soltero, Antonio )
)
4294. Soltero, David )
)
4295. Soltero, Pedro )
)
4296. Somodi, Jeremy )
)
4297. Song, Doo )
)
4298. Sorge, Andrew )
)
4299. Soria, Luis )
)

4300. Sorrento, Joseph  )
)
4301. Sosa, Gabriel  )
)
4302. Sotelo, Reymundo  )
)
4303. Soto, Armando  )
)
4304. Soto, Audeliz  )
)
4305. Soto, Edgar  )
)
4306. Soto, Edwin  )
)
4307. Soto, Heron  )
)
4308. Soto, Isaac  )
)
4309. Soto, Jesus  )
)
4310. Soto, Omar  )
)
4311. Soto, Reginaldo  )
)
4312. Soto Valentin, Richard  )
)
4313. Sotus, Jose  )
)
4314. Southcott, Blair  )
)
4315. Sowards, David  )
)
4316. Spanich, James  )
)
4317. Spann, Joseph  )
)
4318. Sparkman, Eric  )
)
4319. Sparks, Larry  )
)
4320. Spaulding, Joshua  )
)
4321. Spaulding, Nathan  )
)
4322. Speaks, Justin  )
)

4323. Spear, David                )
                                   )
4324. Speltz, Benjamin            )
                                   )
4325. Sperandio, Sara             )
                                   )
4326. Sphon, Jason                )
                                   )
4327. Spiegle, Michel             )
                                   )
4328. Spiering, John              )
                                   )
4329. Spivey, Jeremy              )
                                   )
4330. Spratte, Albert             )
                                   )
4331. Sproul, Matthew             )
                                   )
4332. St Aude, Pierre             )
                                   )
4333. St. Pierre, Matthew         )
                                   )
4334. St.Louis, James             )
                                   )
4335. Stach, Stephen              )
                                   )
4336. Stack, Brian                )
                                   )
4337. Stack, James                )
                                   )
4338. Stag, Yvonne                )
                                   )
4339. Stanek, Milosz              )
                                   )
4340. Stanko, John                )
                                   )
4341. Stanley, James              )
                                   )
4342. Stanley, Thomas             )
                                   )
4343. Stanley, William            )
                                   )
4344. Stapf, Daniel               )
                                   )
4345. Stapleton, Matthew          )
                                   )

4346. Starnes, Tazten )
)
4347. Staulters, Seth )
)
4348. Stayer, Adam )
)
4349. Stead, Sean )
)
4350. Steadman, Daniel )
)
4351. Steenbakker, Carolina )
)
4352. Steffen, Eric )
)
4353. Steffen, Lora )
)
4354. Stengert, Daniel )
)
4355. Stephens, Daniel )
)
4356. Stephens, Steve )
)
4357. Stephenson, Jeffery )
)
4358. Stevenson, Charles )
)
4359. Stewart, Joshua )
)
4360. Stewart, Paul )
)
4361. Stewart, Robert )
)
4362. Stickney, Roland )
)
4363. Stike, Chadwick )
)
4364. Stillman, Joshua )
)
4365. Stoddard, Ronald )
)
4366. Stoeckmann, Jason )
)
4367. Stokes, Corey )
)
4368. Stone, Griff )
)

4369. Stone, Irvine )
)
4370. Stone, William )
)
4371. Stout, Jimmy )
)
4372. Stover, Dewey )
)
4373. Stratford, John )
)
4374. Striplin, Rex )
)
4375. Strohmeyer, Zach )
)
4376. Strum, Adam )
)
4377. Struve, Ilsa )
)
4378. Stubbs, Robert )
)
4379. Stunkel, Steven )
)
4380. Sturgeon, Eric )
)
4381. Sturkie, Daniel )
)
4382. Stypinski, Stephen )
)
4383. Suarez, Alejandro )
)
4384. Subia, Alejandro )
)
4385. Sullivan, Brian )
)
4386. Sullivan, Caleb )
)
4387. Sullivan, Charles )
)
4388. Sullivan, Mark )
)
4389. Sullivan, Meghan )
)
4390. Summerlin, Luke )
)
4391. Sutcliffe, Daniel )
)

4392. Sutfin, Paul                          )
                                            )
4393. Sutton, Christopher                   )
                                            )
4394. Swanson, Eric                         )
                                            )
4395. Swanson, Matthew                      )
                                            )
4396. Swartz, Lonnie                        )
                                            )
4397. Swearingen, Michael                   )
                                            )
4398. Swedberg, Wesley                      )
                                            )
4399. Sweet, Cory                           )
                                            )
4400. Sweet, Donald                         )
                                            )
4401. Sweet, Joshua                         )
                                            )
4402. Swickheimer, Eric                     )
                                            )
4403. Swisher, Christopher                  )
                                            )
4404. Swyers, Thomas                        )
                                            )
4405. Syacsure, Dennis                      )
                                            )
4406. Syposs, Jonathan                      )
                                            )
4407. Szyklinski, Jeffrey                   )
                                            )
4408. Szyp, Daryl                           )
                                            )
4409. Taban, David                          )
                                            )
4410. Tabarez, Isaac                        )
                                            )
4411. Tabasco, Jose                         )
                                            )
4412. Tacbian, Jonathan                     )
                                            )
4413. Tackett, Justin                       )
                                            )
4414. Taft, Anthony                         )
                                            )

4415. Tagle, Edgar                    )
                                      )
4416. Tai, Gregory                    )
                                      )
4417. Taite, Vincent                  )
                                      )
4418. Tamayo, Raul                    )
                                      )
4419. Tang, Anthony                   )
                                      )
4420. Tannehill, Robert               )
                                      )
4421. Taranto, Lisa                   )
                                      )
4422. Tarin, Roberto                  )
                                      )
4423. Tate, Frank                     )
                                      )
4424. Tatro, John                     )
                                      )
4425. Tatum, Andrew                   )
                                      )
4426. Taulbee, Dustin                 )
                                      )
4427. Tavarez, Felipe                 )
                                      )
4428. Taylor, Bradley                 )
                                      )
4429. Taylor, Donald                  )
                                      )
4430. Taylor, Ellery                  )
                                      )
4431. Taylor, Justin                  )
                                      )
4432. Taylor, Kody                    )
                                      )
4433. Taylor, Paul                    )
                                      )
4434. Taylor, Robert                  )
                                      )
4435. Tedford, John                   )
                                      )
4436. Teeple, Heather                 )
                                      )
4437. Tejeda, Jose                    )
                                      )

4438. Tellado, Manuel )
4439. Tellez, Gilberto )
4440. Tello, Adrian )
4441. Tello, Julio )
4442. Tenney, Steven )
4443. Teran, Jose )
4444. Teran, Jovan )
4445. Teran, Ramon )
4446. Tercero, Mark )
4447. Terrones, Israel )
4448. Terry, Eric )
4449. Thebeau, Kevin )
4450. Theis, Timothy )
4451. Theriault, Justin )
4452. Theron, Greg )
4453. Thielemann, Clint )
4454. Thilkey, Blake )
4455. Thomas, Charles )
4456. Thomas, Corey )
4457. Thomas, Joseph )
4458. Thomas, Mark )
4459. Thomas, Ross )
4460. Thomas, Seth )

4461. Thomas, Seth )
)
4462. Thomas, Timothy )
)
4463. Thomas, Todd )
)
4464. Thompson, Garrett )
)
4465. Thompson, James )
)
4466. Thompson, Nathaniel )
)
4467. Thompson, Robert )
)
4468. Thompson, Ryan )
)
4469. Thompson, Warren )
)
4470. Thompson, William )
)
4471. Thorne, Stephen )
)
4472. Thornhill, Dave (DANA) )
)
4473. Thornton, Christopher )
)
4474. Thornton, Ryan )
)
4475. Thorstad, Jesse )
)
4476. Tidwell, Lucas )
)
4477. Tilley, Amanda )
)
4478. Timmer, Ryan )
)
4479. Tinder, Steven )
)
4480. Tinker, Jonathan )
)
4481. Tobar, Roberto )
)
4482. Tobias, Henry )
)
4483. Toledo, Charlie )
)

4484. Tolson, Wayne                    )
                                       )
4485. Tonkovich, Trent                 )
                                       )
4486. Toole, Scott                     )
                                       )
4487. Topete, Ivan                     )
                                       )
4488. Toro, Luis                       )
                                       )
4489. Torres, Aaron                    )
                                       )
4490. Torres, Anibal                   )
                                       )
4491. Torres, Blake                    )
                                       )
4492. Torres, Cesar                    )
                                       )
4493. Torres, Ediberto                 )
                                       )
4494. Torres, Elis                     )
                                       )
4495. Torres, Francisco                )
                                       )
4496. Torres, Genaro                   )
                                       )
4497. Torres, George                   )
                                       )
4498. Torres, Hector                   )
                                       )
4499. Torres, Hector                   )
                                       )
4500. Torres, James                    )
                                       )
4501. Torres, Jerry                    )
                                       )
4502. Torres, John                     )
                                       )
4503. Torres, Jose                     )
                                       )
4504. Torres, Josue                    )
                                       )
4505. Torres, Marco                    )
                                       )
4506. Torres, Michelle                 )
                                       )

4507. Torres, Olga )
)
4508. Torres, Pedro )
)
4509. Torres, Ramon )
)
4510. Torres, Ricardo )
)
4511. Torres, Ruben )
)
4512. Torres, William )
)
4513. Torres, Wilmer )
)
4514. Torres Jr, Martin )
)
4515. Torres Jr., Cesar )
)
4516. Torrez, Paul )
)
4517. Torruella, Hector )
)
4518. Toscano, Ivan )
)
4519. Tostado, Oscar )
)
4520. Totten, Michael )
)
4521. Tournay, Jason )
)
4522. Tovar, Aaron )
)
4523. Tovar, Alejandro )
)
4524. Tracey, Brandon )
)
4525. Tracy, Jesse )
)
4526. Tracy, William )
)
4527. Tracy (Ortega), Beatriz )
)
4528. Trame, Curt )
)
4529. Trautmann, Jacob )
)

4530. Travis, Shane                    )
                                       )
4531. Trebs, Arthur                    )
                                       )
4532. Trejo, Adrian                    )
                                       )
4533. Trevino, Aaron                   )
                                       )
4534. Trevino, Alberto                 )
                                       )
4535. Trevino, Alberto                 )
                                       )
4536. Trevino, Everado                 )
                                       )
4537. Trevino, Gabriel                 )
                                       )
4538. Trevino, George                  )
                                       )
4539. Trevino, Jaime                   )
                                       )
4540. Trevino, Jorge                   )
                                       )
4541. Trevino, Manuel                  )
                                       )
4542. Trevino, Pedro                   )
                                       )
4543. Trevino, Rafael                  )
                                       )
4544. Trevino, Ramiro                  )
                                       )
4545. Trevino, Ricardo                 )
                                       )
4546. Triana, Roberto                  )
                                       )
4547. Trinidad, Ahuitzotl              )
                                       )
4548. Trinidad, Victor                 )
                                       )
4549. Triplett, Ambrose                )
                                       )
4550. Trombly, Mark                    )
                                       )
4551. Troncoso, Jose                   )
                                       )
4552. Trujillo, Helios                 )
                                       )

4553. Trujillo, William )
)
4554. Trzaska, Arthur )
)
4555. Tubbs, Dennis )
)
4556. Tuffly, Edward )
)
4557. Turck, Robert )
)
4558. Turgeon, Jason )
)
4559. Turlington, Guadalupe )
)
4560. Turner, Darrell )
)
4561. Turner, David )
)
4562. Turner, Erik )
)
4563. Turner, Joshua )
)
4564. Turney, Joel )
)
4565. Tursi, Joshua )
)
4566. Turton Larde, Cliff )
)
4567. Twigg, Christopher )
)
4568. Tyler, Richard )
)
4569. Ugarte, Ismael )
)
4570. Ujueta, Juan )
)
4571. Unate, Mario )
)
4572. Underhill, Jesse )
)
4573. Unruh, Ty )
)
4574. Upton, Brian )
)
4575. Urbina, Michael )
)

4576. Ureneck, Joshua )
)
4577. Uribe, Javier )
)
4578. Urquidi, George )
)
4579. Urquidi, John )
)
4580. Urrea, Juan )
)
4581. Urzua, Alejandro )
)
4582. Vaca, Carlos )
)
4583. Vaiasuso, Joe )
)
4584. Valada, Brian )
)
4585. Valdes, Felix )
)
4586. Valdez, Christian )
)
4587. Valdez, Eduardo )
)
4588. Valdez, Humberto )
)
4589. Valdez, Jaime )
)
4590. Valdez, Julian )
)
4591. Valdez, Marco )
)
4592. Valdez, Marco )
)
4593. Valdez, Michael )
)
4594. Valdez, Victor )
)
4595. Valdivia, Gustavo )
)
4596. Valdivia, Obed )
)
4597. Valencia, Marte )
)
4598. Valentin, Jose )
)

4599. Valenzuela, Antonio )
)
4600. Valenzuela, Guadalupe )
)
4601. Valenzuela, Jesus )
)
4602. Valenzuela, Oscar )
)
4603. Valenzuela, Pablo )
)
4604. Valenzuela, Rafael )
)
4605. Valenzuela, Rene )
)
4606. Valenzuela-Reyes, Gerardo )
)
4607. Valle, Carlos )
)
4608. Valle, Gerson )
)
4609. Vallerga, Ryan )
)
4610. Valles, Anthony )
)
4611. Vallotton, Russell )
)
4612. Valverde, Alexander )
)
4613. Van Dusen, Lance )
)
4614. Van Gorder, Steven )
)
4615. Van Kirk, Kameron )
)
4616. Van Pelt, Troy )
)
4617. Van Wagenen, Michael )
)
4618. Vandale, Paul )
)
4619. Vanderhoof, Sean )
)
4620. Vanderveen, John )
)
4621. Vandevender, Mark )
)

4622. Vandish, Paul )
)
4623. Vanfossan, Joshua )
)
4624. Vanterpool, David )
)
4625. Varela, David )
)
4626. Varela, Jay )
)
4627. Varela, Nicolas )
)
4628. Varga, Keith )
)
4629. Vargas, Armando )
)
4630. Vargas, Efrain )
)
4631. Vargas, Marcos )
)
4632. Vargas, Ricardo )
)
4633. Vargas, Richard )
)
4634. Varley, Dean )
)
4635. Varriale, Ryan )
)
4636. Vasquez, Alexander )
)
4637. Vasquez, David )
)
4638. Vasquez, Francisco )
)
4639. Vasquez, Freddie )
)
4640. Vasquez, Gilberto )
)
4641. Vasquez, Jesus )
)
4642. Vasquez, Jocelyn )
)
4643. Vasquez, Jorge )
)
4644. Vasquez, Jose )
)

4645. Vasquez, Jose )
)
4646. Vasquez, Julio )
)
4647. Vasquez, Mario )
)
4648. Vasquez, Marlene )
)
4649. Vasquez, Martin )
)
4650. Vasquez, Miguel )
)
4651. Vasquez, Moises )
)
4652. Vasquez, Rodolfo )
)
4653. Vasquez, Ruben )
)
4654. Vasquez, Valentin )
)
4655. Vaughn, Eric )
)
4656. Vazquez, Cesar )
)
4657. Vazquez, Cynthia )
)
4658. Vazquez, Daniel )
)
4659. Vazquez, Edgar )
)
4660. Vazquez, Edgar )
)
4661. Vazquez, Karina )
)
4662. Vazquez, Luis )
)
4663. Vazquez, Victor )
)
4664. Vazzana, Emilio )
)
4665. Vega, Adrian )
)
4666. Vega, Alonzo )
)
4667. Vega, Bernardo )
)

4668. Vega, Ernesto                    )
                                       )
4669. Vega, Hector                     )
                                       )
4670. Vega, Hugo                       )
                                       )
4671. Vega, Ivan                       )
                                       )
4672. Vega, Jose                       )
                                       )
4673. Vega, Miguel                     )
                                       )
4674. Vega, Raymond                    )
                                       )
4675. Vega, Robert                     )
                                       )
4676. Vega, Sylvia                     )
                                       )
4677. Veith, William                   )
                                       )
4678. Vela, Armando                    )
                                       )
4679. Vela, Arturo                     )
                                       )
4680. Vela, Emmanuel                   )
                                       )
4681. Vela, Joel                       )
                                       )
4682. Vela, Juan                       )
                                       )
4683. Vela, Pedro                      )
                                       )
4684. Vela, Sergio                     )
                                       )
4685. Velasquez, Jorge                 )
                                       )
4686. Velasquez, Noe                   )
                                       )
4687. Velastegui, Angelo               )
                                       )
4688. Velazquez, Eleazar               )
                                       )
4689. Velazquez, Irving                )
                                       )
4690. Velez, Gregorio                  )
                                       )

4691. Velez, Hernan )
)
4692. Velez, Joel )
)
4693. Veliz, Miguel )
)
4694. Veloz, Steve )
)
4695. Vendituoli, Steve )
)
4696. Venegas, Miguel )
)
4697. Venema, Jason )
)
4698. Vera, Alejandro )
)
4699. Vera, Luis )
)
4700. Verdugo, Carlos )
)
4701. Verdura, Juan )
)
4702. Vergara, Alberto )
)
4703. Vergara, Leonardo )
)
4704. Vermaas, Joseph )
)
4705. Vermont, Robert )
)
4706. Vernon, James )
)
4707. Vida, Lisette )
)
4708. Vidal, Daniel )
)
4709. Vidal, Omar )
)
4710. Vilano, Armando )
)
4711. Villa, Chaise )
)
4712. Villa, Jorge )
)
4713. Villa, Juan )
)

4714. Villa, Victor )
)
4715. Villa Gran, Alex )
)
4716. Villalobos, Arturo )
)
4717. Villaneva (Messelt), Brittney )
)
4718. Villanueva, Edward )
)
4719. Villanueva, Edwin )
)
4720. Villanueva, Fernando )
)
4721. Villanueva, Francisco )
)
4722. Villanueva, Marcos )
)
4723. Villanueva, Randy )
)
4724. Villarreal, Armando )
)
4725. Villarreal, Carlos )
)
4726. Villarreal, Daniel )
)
4727. Villarreal, Eric )
)
4728. Villarreal, Francisco )
)
4729. Villarreal, Francisco )
)
4730. Villarreal, Gabriel )
)
4731. Villarreal, Gil )
)
4732. Villarreal, Jesse )
)
4733. Villarreal, Pedro )
)
4734. Villarreal, Pedro )
)
4735. Villarreal Jr, Victor )
)
4736. Villegas, Daniel )
)

4737. Villegas, Isaac                          )
                                               )
4738. Villescas, Lorenzo                       )
                                               )
4739. Vincent, Andrew                          )
                                               )
4740. Vincent, Matthew                         )
                                               )
4741. Vinch, Justin                            )
                                               )
4742. Vines, James                             )
                                               )
4743. Violante, Dominic                        )
                                               )
4744. Viramontes, Jaime                        )
                                               )
4745. Vivian, William                          )
                                               )
4746. Vogt, Bruce                              )
                                               )
4747. Vogt, Timothy                            )
                                               )
4748. Voiles, Robin                            )
                                               )
4749. Volk, Bryan                              )
                                               )
4750. Von, Korff                               )
                                               )
4751. Votta, Roberto                           )
                                               )
4752. Vought, Thomas                           )
                                               )
4753. Vrigneau, Volmar                         )
                                               )
4754. Vu, Cuong                                )
                                               )
4755. Waddle, Steve                            )
                                               )
4756. Wade, Kevin                              )
                                               )
4757. Wagner, Brian                            )
                                               )
4758. Wagner, Jeremy                           )
                                               )
4759. Wagner, Justin                           )
                                               )

4760. Wainwright, Robert )
)
4761. Waite, Jason )
)
4762. Walcott, Garfield )
)
4763. Walder, Mark )
)
4764. Walker, Christopher )
)
4765. Walker, James )
)
4766. Walker, Monica )
)
4767. Walker, Patrick )
)
4768. Walker, Robby )
)
4769. Wallace, David )
)
4770. Wallen, Anthony )
)
4771. Walsh, Sean )
)
4772. Walsh, Timothy )
)
4773. Walz, Harrison )
)
4774. Wamsley, Chad )
)
4775. Ward, Billy )
)
4776. Ward, George )
)
4777. Ward, Jessica )
)
4778. Ward, Ryan )
)
4779. Warholik, Jeffrey )
)
4780. Warren, Darell )
)
4781. Warren, Molly )
)
4782. Warwick, Greg )
)

4783. Wasco, Christopher )
4784. Washecka, Brett )
4785. Washer, Dexter )
4786. Wasser, Steven )
4787. Watkins, Christopher )
4788. Watson, Richard )
4789. Weaks, Danny )
4790. Weaver, William )
4791. Weber, David )
4792. Weber, Justin )
4793. Weber, Nancy )
4794. Weber, Stephan )
4795. Webster, Andrew )
4796. Weddle, Scott )
4797. Wegner, William )
4798. Weinberg, Terry )
4799. Weir, John )
4800. Welch, David )
4801. Welch, Jeremy )
4802. Welch, Paul )
4803. Wells, Edward )
4804. Wence, Francisco )
4805. Wensel, Holly )
)

4806. Weske, Rian                           )
                                            )
4807. West, David                           )
                                            )
4808. Western, William                      )
                                            )
4809. Westlake, Timothy                     )
                                            )
4810. Weston, Daniel                        )
                                            )
4811. Weston, Toni                          )
                                            )
4812. Wetherill, Benjamin                   )
                                            )
4813. Whelan, Martin                        )
                                            )
4814. Whipple, David                        )
                                            )
4815. White, Andrew                         )
                                            )
4816. White, Arthur                         )
                                            )
4817. White, Brian                          )
                                            )
4818. White, Damian                         )
                                            )
4819. White, Teri                           )
                                            )
4820. Whitehead, William                    )
                                            )
4821. Whiting, Colter                       )
                                            )
4822. Whitmore, Wendell                     )
                                            )
4823. Whitten, David                        )
                                            )
4824. Whitworth, Kristopher                 )
                                            )
4825. Wholton, Michael                      )
                                            )
4826. Wical, Ian                            )
                                            )
4827. Wichrowski, Scott                     )
                                            )
4828. Wiedenmayer, Paul                     )
                                            )

4829. Wierenga, Albert          )
4830. Wilber, Shawn            )
4831. Wilder, Matthew          )
4832. Wildgen, Neal            )
4833. Wiley, Daniel            )
4834. Wilhelm, Donald          )
4835. Wilkins, Trevor          )
4836. Wilkinson, Scott         )
4837. Willett, William         )
4838. Williams, Darrel         )
4839. Williams, Gregory        )
4840. Williams, James          )
4841. Williams, Jeffrey        )
4842. Williams, Joshua         )
4843. Williams, Scott          )
4844. Williams, Victor         )
4845. Willis, Benjamin         )
4846. Willis, David            )
4847. Willmer, Michael         )
4848. Wilson, Aaron            )
4849. Wilson, Benjamin         )
4850. Wilson, Charles          )
4851. Wilson, Dale             )
                               )

4852. Wilson, Eric                )
                                   )
4853. Wilson, Kevin               )
                                   )
4854. Wilson, Kevonte             )
                                   )
4855. Wilson, Michael             )
                                   )
4856. Wilson, Michael             )
                                   )
4857. Windle, Owen                )
                                   )
4858. Winkelman, Paul             )
                                   )
4859. Winnecke, Markus            )
                                   )
4860. Wirth, Christopher          )
                                   )
4861. Wise, Sebastian             )
                                   )
4862. Wise, Wheeler               )
                                   )
4863. Wissel, John                )
                                   )
4864. Witherow, Esther            )
                                   )
4865. Witkowski, Vincent          )
                                   )
4866. Witterstauter, Richard      )
                                   )
4867. Wolchko, Joseph             )
                                   )
4868. Wolf, Logan                 )
                                   )
4869. Wolf, Nicholas              )
                                   )
4870. Wolski, Christopher         )
                                   )
4871. Wolters, Alex               )
                                   )
4872. Wong, Joe                   )
                                   )
4873. Wood, Audie                 )
                                   )
4874. Wood, Mark                  )
                                   )

4875. Woodard, Matthew )
4876. Woodbridge, John )
4877. Woodbury, David )
4878. Woodcock, Kellie )
4879. Woods, Benjamin )
4880. Woods, Curtis )
4881. Woods, Seneca )
4882. Work, William )
4883. Worner, Matthew )
4884. Wright, Chris )
4885. Wright, Matt )
4886. Wright, Michael )
4887. Wright, Robert )
4888. Wright, Zachary )
4889. Wroblewski, John )
4890. Wynecoop, Shandon )
4891. Wynglarz, Joseph )
4892. Wypych, Adam )
4893. Yackanin, Steven )
4894. Yackel, Jarrod )
4895. Yanez, Leonelo )
4896. Yannello, Joseph )
4897. Yargus, Braidy )

4898. Yauch, Darryl                      )
                                         )
4899. Ybanez, Mario                      )
                                         )
4900. Ybarra, David                      )
                                         )
4901. Ybarra, Ricardo                    )
                                         )
4902. Yeaman, Simon                      )
                                         )
4903. Yehl, Ryan                         )
                                         )
4904. Yelverton, Robert                  )
                                         )
4905. Yepez, Angel                       )
                                         )
4906. Yglesias, David                    )
                                         )
4907. Young, Adam                        )
                                         )
4908. Young, Steven                      )
                                         )
4909. Young, Will                        )
                                         )
4910. Youngstead, Luke                   )
                                         )
4911. Yusty, Alvaro                      )
                                         )
4912. Zachary, Reid                      )
                                         )
4913. Zaddock, Paul                      )
                                         )
4914. Zadina, Tyler                      )
                                         )
4915. Zakraysek, Matthew                 )
                                         )
4916. Zamora, Francisco                  )
                                         )
4917. Zamora, Jose                       )
                                         )
4918. Zamora, Jose                       )
                                         )
4919. Zamora, Luis                       )
                                         )
4920. Zanni, Gregory                     )
                                         )

4921. Zapata, Julio          )
                             )
4922. Zarate, Daniel         )
                             )
4923. Zayas, David           )
                             )
4924. Zazueta, Jesus         )
                             )
4925. Zbaudin, David         )
                             )
4926. Zdunczyk, Justin       )
                             )
4927. Zdunek, J              )
                             )
4928. Zeller, Arthur         )
                             )
4929. Zermeno, Ronald        )
                             )
4930. Zimmer, John           )
                             )
4931. Zoetewey, Kevin        )
                             )
4932. Zullo, Shawn           )
                             )
4933. Zuniga, Edgar          )
                             )
4934. Zuniga, Jorge          )
                             )
4935. Zuniga, Juan           )
                             )
4936. Zuniga, Julio          )
                             )
4937. Zuniga, Robert         )
                             )
4938. Zurcher, Matthew       )
                             )
                             )
          Plaintiffs,        )
                             )
vs.                          )
                             )
                             )
THE UNITED STATES,           )
                             )
          Defendants.        )
_____    )

## COMPLAINT

1.    The plaintiffs are employees of the defendant United States Government, who are employed at Customs and Border Protection, Department of Homeland Security. Plaintiffs bring this action on behalf of themselves and other employees similarly situated for a declaratory judgment, backpay and other relief, pursuant to 29 U.S.C. § 216(b), 29 U.S.C. § 1331, 28 U.S.C. § 1346(a)(2) and 28 U.S.C. §§ 1491, 2201 and 2202, 5 U.S.C. § 5596, and the overtime provisions of Title 5 of the U.S. Code, 5 U.S.C. §§ 5541, *et. seq.*, and the Fair Labor Standards Act (FLSA), 29 U.S.C. § 207 to remedy the defendant's willful and unlawful violations of federal law complained of herein.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346(a)(2), 28 U.S.C. § 1331, 28 U.S.C. § 1491, and 29 U.S.C. § 216(b).  Venue is proper pursuant to 28 U.S.C. § 1402.

## PARTIES

3.    Plaintiff Nathan MacCallum, is employed as a border patrol agent at the Chula Vista Station in the San Diego Sector of Customs and Border Protection, Department of Homeland Security (hereinafter "CBP"). Plaintiff Chris Harris is employed as a border patrol agent at the Imperial Beach Station in the San Diego Sector of CBP. Plaintiff Zirivan Mohammad is employed as a border patrol agent at the Brown Field station in the San Diego Sector of CBP.  Nestor Claudio is employed as a border patrol agent at the Douglas Station in the Tucson Sector of CBP.  Casey Charter is employed

as a border patrol agent at the Casa Grande Station in the Tucson Sector of CBP.

Andrew Brady is employed as a border patrol agent at the Willcox Station in the Tucson

Sector of CBP. Brandon Budlong is employed at the Laredo West Station in the Laredo

Sector of CBP. Fabian Badillo is employed as a border patrol agent at the Sierra

Blanca Station in the Big Bend Sector of CBP. Enrique Ramirez is a border patrol agent

who is employed at the Detroit Station in the Detroit Sector of CBP. Ryan Andaur is

employed as a border patrol agent at the Freer Station in the Laredo Sector of CBP and

who is also assigned to the Honor Guard. Darren Elwell is employed as a border patrol

agent at the Newport Station in the Swanton Vermont Sector of CBP. Matt Nickell is

employed as a border patrol agent at the Detroit Station in the Detroit Sector of CBP.

Albert Spratte is assigned at the McAllen Station in the Rio Grande Valley Sector of

CBP.

      4.    Additional persons who are plaintiffs in this action are also current or former

border patrol agents in CBP employed at various stations within the Border Patrol

Sectors and they have given their written consent to be party plaintiffs in this action

pursuant to 29 U.S.C. § 216(b). The consent forms are attached as Exhibit A. These

written consent forms set forth each plaintiff's name and home address.

      5.    Each of the plaintiffs in this action is an "employee" within the meaning of

the Fair Labor Standards Act (FLSA), 29 U.S.C. § 203(e)(1).

      6.    The defendant Government of the United States is, and at all material times

has been, a "public agency" and "employer" within the meaning of the FLSA, 29 U.S.C.

§ 203(x) and § 203(d). Defendant employs the plaintiffs and other employees in similar

activities and has its principal place of business in Washington, D.C.

## THE FLSA

7.     The Fair Labor Standards Act (FLSA) was first enacted by Congress in 1938 to protect workers and it was extended to Federal Government employees in 1974.  The Act provides the basic labor protections for federal workers such as guaranteeing a minimum wage and overtime pay.

8.     Employees covered by the FLSA must be paid at a rate of not less than one and one-half times their regular rate of pay for each hour worked in excess of 40 hours in a workweek.  Agencies who adopt a work period of at least 7 days and not more than 28 days, are permitted to pay overtime compensation to federal agency employees pursuant to the hourly standards under section 7(k) of the Act, 29 U.S.C. § 207(k), provided that the employees are engaged in law enforcement activities, and that the employees also receive administratively uncontrollable overtime pursuant to 5 U.S.C. § 5545(c)(2). See  5 C.F.R. § 551.541.  Under section 7(k) of the FLSA, in a 14-day work period, law enforcement employees who also receive AUO are entitled to FLSA overtime compensation at the rate of one and one-half their regular rate of pay for all hours that they are suffered or permitted to work in excess of 85.5 hours.  *Id.*

9.     The FLSA additionally contains protections enabling employees to assert these rights.  Retaliation against employees seeking to be paid overtime is illegal under 29 U.S.C. § 215(a).

## FACTS

10.   At all times material herein, the plaintiffs and other employees similarly situated have been entitled to FLSA overtime pay for all hours of work in excess of 8 in a day and/or 40 in a work week or, for those time periods that the plaintiffs received

AUO, they have been entitled to FLSA overtime pay for all hours of work in excess of 85.5 hours in a 14-day work period.

11.  For federal employees such as plaintiffs, time spent in a paid, nonwork status, such as holiday, paid leave, compensatory time off, and excused absences, is considered "hours of work" for purposes of calculating overtime entitlement.  5 C.F.R. § 551.401(c).

12.  Within the last three years and continuing to date, while working in the position of border patrol agent on behalf of defendant, plaintiffs' job duties are to perform work protecting and serving the public, protecting our nation's borders, apprehending persons entering the nation illegally, defending against terrorist targets, making arrests, processing apprehended persons, tracking suspects, investigating and tracking smugglers, making arrests, testifying in court and in administrative tribunals, guarding and transporting prisoners, testifying before grand juries, capturing fugitives, gathering intelligence, and various other activities related to improving law enforcement and the immigration policies of the United States.

13.  At all or some of the times material herein since May 23, 2011, as well as before, each of the plaintiffs has worked hours in excess of forty (40) hours per week and/or eight (8) hours a day.

14.  At all or at least some times material herein since May 23, 2011, as well as before, plaintiffs have received administratively uncontrollable overtime (AUO) pay in percentages of between 10 percent and 25 percent of their basic pay pursuant to 5 U.S.C. § 5545(c)(2).  At all times material herein that plaintiffs have received AUO pay, plaintiffs have worked hours in excess of 85.5 hours in a 14-day period.

15.   At times material herein, and as reflected in defendant's payroll documents, defendant has on occasion, unilaterally reduced the percentages at which plaintiffs' AUO has been paid and on occasions, stopped paying plaintiffs any AUO pay whatsoever during certain pay periods.  During the occasions in which defendant failed to pay any AUO whatsoever to plaintiffs, plaintiffs have worked overtime hours in excess of 8 hours a day and 40 hours a week, but defendant nonetheless has continued to calculate plaintiffs' FLSA pay utilizing the overtime standard pursuant to section 7(k) of the FLSA of 85.5 hours a pay period.

16.   At all times material herein, defendant has suffered or permitted plaintiffs to work at least 15-30 minutes each day, and some times more, before the official start time of their shift without compensating plaintiffs for this work time.  The types of uncompensated work plaintiffs perform before the start of their shifts include but are not limited to such activities as obtaining and gathering equipment such as tasers or rifles before muster, getting water, performing vehicle inspections, picking up radios and keys, exchanging information with the outgoing shift, checking in with and receiving pertinent information from their supervisors, checking agency emails regarding intelligence and activities in the sector as well as emails related to personnel matters, engaging in agency training activities on the computer, checking sensors, reviewing field operating reports, reviewing intelligence reports, load up packs of ice, cleaning equipment such as chest protectors, bulletproof vests, gloves, goggles, floatation devices for agents who work on boats, cleaning mustang suits and exchange information with outgoing shifts and with incoming supervisors.  Although this work time is routinely performed on a daily basis at all times material herein, defendant has failed

to compensate plaintiffs for this work time that plaintiffs have been suffered or permitted to perform before the official start time of their shifts.

17.  In addition to unpaid work time that plaintiffs have been suffered or permitted to perform before the official start time of their shifts, plaintiffs assigned to special details such as the honor guard or agents assigned to hiring panels or boards, perform work before the official start time of their shifts preparing and setting up for their jobs.  These activities take, on average, 30 minutes to 60 minutes and plaintiffs have not been compensated for the time that they have been suffered or permitted to perform these work activities while working in these specialized assignments.

18.  Each of the twenty sectors within the Border Patrol has specialized units to perform such duties as search and rescue, smuggling interdiction, and similar types of law enforcement activities.  In addition to unpaid work time that plaintiffs have been suffered or permitted to perform before the official start time of their shifts, plaintiffs who are assigned to special units are suffered or permitted to perform additional work after the time that their official 8 hour shift ends and have not been paid for certain post-shift hours to the extent that they exceed defendant's arbitrary cap on how much overtime it is willing to pay.   For example, plaintiff Ziravan Mohammed was assigned to the smuggling interdiction team, and worked numerous overtime hours in this position, but was not permitted to claim more than 17.75 hours of overtime in a pay period regardless of how many hours he was suffered or permitted to work performing anti-smuggling activities such that he worked in excess of 17.75 hours in a pay period.

19.  In addition to unpaid work time that plaintiffs have been suffered or permitted to perform before the official start time of their shifts, each plaintiff is assigned

a minimum of one handgun, and certain other plaintiffs are, in addition to their handgun, assigned a rifle. Plaintiffs are required as part of their job to maintain and clean their guns, and to keep them in good working order. Plaintiffs clean and maintain their guns off-duty. The guns must be cleaned whenever they are exposed to the elements such as dust, dirt or water, or whenever they are fired. Cleaning and maintaining the guns takes a minimum of 30 minutes per gun every 2 weeks period. Plaintiffs are not compensated for the time that they spend cleaning and maintaining their guns off-duty.

## CLAIMS FOR RELIEF FOR
## VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

### COUNT I

FAILURE TO PAY FLSA
OVERTIME UNDER SECTION 7(k) OF THE ACT, 29 U.S.C. § 207(k)

20.    Plaintiffs incorporate by reference paragraphs 1 through 19 in their entirety and restate them herein.

21.    In those pay periods in which plaintiffs have received AUO pay in percentages between 10 percent and 25 percent, defendant's failure to compensate plaintiffs for all hours that plaintiffs have been suffered or permitted to work — such as failing to compensate plaintiffs for activities performed before the official start time of their shifts, failing to pay plaintiffs for time spent cleaning and maintaining their guns, failing to pay plaintiffs assigned to specialized units for time worked beyond the arbitrary caps on overtime established by defendant, failing to compensate plaintiffs assigned to special details such as honor guards and hiring panels for time spent in activities necessary to the performance of their jobs,  and by otherwise failing and refusing to pay

the plaintiffs and other employees similarly situated the overtime pay required under law — the defendant has violated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

22.    As a result of the defendant's willful and purposeful violations of the FLSA and Title 5, there have become due and owing to each of the plaintiffs various amounts that have not yet been precisely determined. The employment and work records for each plaintiff are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amounts owing to each of them. Defendant and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211(c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to plaintiffs and other employees similarly situated from which the amounts of defendant's liability can be ascertained.

23.    Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendant's failure to pay overtime compensation.

24.    Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation.

25.    Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

## COUNT II

### FAILURE TO PAY FLSA
### OVERTIME UNDER SECTION 7(a) OF THE ACT, 29 U.S.C. § 207(a)

26.    Plaintiffs incorporate by reference paragraphs 1 through 19 in their entirety and restate them herein.

27.    Section 7(k) of the Fair Labor Standards Act, 29 U.S.C, § 207(k), may only be applied by federal agencies to calculate FLSA overtime for employees who are engaged in law enforcement activities *and* who receive either AUO or standby pay.  5 C.F.R. § 551.541(a). Employees who do not receive AUO and who are engaged in law enforcement activities are entitled to have their FLSA overtime compensation computed under section 7(a) of the Act, 29 U.S.C. § 207(a).  Under section 7(a), federal employees, such as the plaintiffs, are entitled to receive FLSA overtime compensation on the basis of hours worked in excess of 8 hours a day or 40 hours a week. 5 C.F.R. § 551.501.  For purposes of computing federal employees overtime pay under the FLSA, paid leave hours are counted as hours of work. 5 C.F.R. § 551.401.

28.    On those occasions in which defendant unilaterally stopped paying AUO to plaintiffs, defendant nonetheless computed their FLSA overtime pay entitlement using the overtime standards of 85.5 hours in a 14-day pay period.  By failing to compute plaintiffs' FLSA overtime pay entitlement pursuant to the hourly standards set forth under section 7(a) of the FLSA, 29 U.S.C. § 207(a), defendant has deprived plaintiffs of the overtime pay to which they are entitled under the law. By failing and refusing to pay

the plaintiffs and other employees similarly situated the overtime pay required under law, the defendant has violated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

29.    As a result of the defendant's willful and purposeful violations of the FLSA and Title 5, there have become due and owing to each of the plaintiffs various amounts that have not yet been precisely determined. The employment and work records for each plaintiff are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amounts owing to each of them. Defendant and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211(c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to plaintiffs and other employees similarly situated from which the amounts of defendant's liability can be ascertained.

30.    Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendant's failure to pay overtime compensation.

31.    Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation.

32.     Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

## COUNT III

### FAILURE TO COMPLY WITH THE PROVISIONS OF TITLE 5 REGARDING ADMINISTRATIVELY UNCONTROLLABLE OVERTIME

33.     Plaintiffs incorporate by reference paragraphs 1 through 19 in their entirety and restate them herein.

34.     Administratively Uncontrollable Overtime (AUO) is paid under 5 U.S.C. § 5545(c) as an alternative to payments for irregular overtime that would otherwise be owed under title 5 at 5 U.S.C. § 5542 (a).  The percentages at which AUO is paid are determined by the number of overtime hours that an employee has worked.  5 C.F.R. § 550.154.

35.     In addition, OPM has instructed federal agencies to establish policies on which to base the payment of AUO.  5 C.F.R. § 550.161.  At all times material herein, Customs and Border Protection has established a policy in which, with some limited exceptions, a border patrol agent's AUO payments are based on the number of overtime hours worked in the preceding 3 months.

36.     Defendant has violated the provisions of 5 U.S.C. § 5545, as well as rules and regulations of OPM, and the policies of Customs and Border Protection by instructing agents not to record the actual number of AUO hours that they have worked and, instead, artificially capping the number of hours that the agents report as AUO.  By doing so, defendant has deprived the plaintiffs of the rights and protections of title 5 and acted arbitrarily and in derogation of the rules and regulations of Customs and Border

Protection, resulting in monetary damages to plaintiffs by not being paid AUO at the percentages to which they have been entitled to be paid AUO pursuant to 5 C.F.R. § 550.154.

37.    As a result of the defendant's violations of Title 5, there have become due and owing to each of the plaintiffs various amounts that have not yet been precisely determined.  The employment and work records for each plaintiff are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amounts owing to each of them.  Defendant and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211(c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to plaintiffs and other employees similarly situated from which the amounts of defendant's liability can be ascertained.

38.    Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation.

39.    Plaintiffs are entitled to recover attorneys' fees and costs under the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of their rights;

(b) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c) Award each plaintiff monetary liquidated damages equal to their unpaid compensation, plus interest;

(d) Award plaintiffs their reasonable attorneys' fees to be paid by the defendant, and the costs and disbursements of this action; and

(e) Grant such other relief as may be just and proper.

Respectfully submitted,

Dated: May 23, 2014

Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C.  20005
(202) 833-8855

Counsel of Record

Theodore Reid Coploff
WOODLEY & MCGILLIVARY
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C.  20005
(202) 833-8855